The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELIAS PEÑA, ISAIAH HUTSON, and RAY ALANIS,<br><br>                         Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>                         Defendant. | No. 3:21-cv-05411-MJP<br><br>STIPULATION AND ORDER FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT UNDER RULE 15(A)(2)<br><br>NOTE ON MOTION CALENDAR: September 13, 2021 |

Under Civil Local Rule 15, Plaintiffs Elias Peña, Isaiah Hutson, and Ray Alanis (collectively "Plaintiffs")), and Defendant Clark County, Washington ("Clark County") (collectively, the "Parties") jointly submit the following Stipulation.

WHEREAS, Plaintiffs filed the Complaint in this action on June 1, 2021, ECF No. 1;

WHEREAS, on June 1, 2021, Plaintiffs submitted the Clark County Tort Claim Form to Clark County Office of Risk Management;

WHEREAS, Defendant Clark County answered on June 28, 2021, ECF No. 13;

WHEREAS, Plaintiffs' claims under the Washington Law Against Discrimination ("WLAD") were ripe on August 2, 2021;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be granted freely with the opposing party's written consent;

WHEREAS, the Parties met and conferred, then Defendant Clark County agreed to stipulate to Plaintiffs filing the First Amended Complaint, attached as Exhibit A, that adds

hostile work environment and disparate treatment claims under the WLAD;

WHEREAS, the amended complaint does not significantly expand the scope of discovery or warrant the Court to alter the date of any event or any deadline set by the Court in the Order Setting Trial Dates and Setting Dates, ECF No. 16;

WHEREAS, the Amended Complaint is timely under the Order Setting Trial Dates and Setting Dates, *id*.;

IT IS HEREBY STIPULATED by and between the Parties, through their counsel, that Plaintiffs may file the First Amended Complaint.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

|  |  |
|---|---|
|  | **BRESKIN JOHNSON & TOWNSEND PLLC** |
| Dated: September 7, 2021 | By: /s/ *Roger M. Townsend* |
|  | Roger M. Townsend, WSBA #25525 |
|  | *Attorney for Plaintiffs* |
|  | 1000 Second Ave., Suite 3670 |
|  | Seattle, WA  98104 |
|  | Phone: 206-652-8660 |
|  | Fax: 206-652-8290 |
|  | Email:  rtownsend@bjtlegal.com |
|  |  |
|  | **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** |
| Dated: September 7, 2021 | By: /s/ *Andrés Holguin-Flores* |
|  | Belinda Escobosa Helzer (*Pro Hac Vice*) |
|  | CA Bar No. 214178 |
|  | Tanya Gabrielle Pellegrini (*Pro Hac Vice*) |
|  | CA Bar No. 285186 |
|  | Andrés Holguin-Flores (*Pro Hac Vice*) |
|  | CA Bar No. 305860 |
|  | 634 S. Spring Street, 11th Floor |
|  | Los Angeles, CA  90014 |
|  | Phone: 213-629-2512 |
|  | Email:  bescobosa@maldef.org |
|  | Email:  tpellegrini@maldef.org |

Email: aholguin-flores@maldef.org

*Attorneys for Plaintiffs*

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**

Dated: September 7, 2021

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Audrey M. Airut Murphy, WSBA #56833
801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: jfreeman@kbmlawyers.com

*Special Deputy Prosecuting Attorneys for Defendant*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

IT IS FURTHER ORDERED that under Local Civil Rule 15, Plaintiffs shall file and serve through ECF the amended pleading on all parties within fourteen (14) days of the date of this Order.

DATED: September 13, 2021

_____
Marsha J. Pechman
United States District Judge