UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA, et al.<br><br>                 Plaintiffs,<br><br>   v.<br><br>ISAIAH HUTSON,<br><br>                 Defendant. | CASE NO. 3:21-cv-05411-DGE<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

      On January 24, 2023, the Parties filed a stipulated motion and proposed order for referral to a settlement judge. (Dkt. No. 42.) Local Civil Rule 39.1(e) allows for judicial settlement conferences only in cases where the parties have participated in mediation but have been unable to reach a settlement, unless otherwise ordered by the court. LCR 39.1(e). Before the Court appoints a settlement judge, the Parties must first attempt mediation privately. Alternatively, the Parties may apply for pro-bono mediation through the Clerk's officer per Local Civil Rule

MINUTE ORDER - 1

39.1(c)(4).  Therefore, the Court DENIES the stipulated motion and proposed order for referral to a settlement judge.  (Dkt. No. 42.)

Dated this 25th day of January, 2023.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2