# EXHIBIT B

**CURRICULUM VITAE**

**LAURA S. BROWN, PH.D., ABPP**

**January, 2022**

4131 1st Ave NW, Seattle WA 98107-4910 (Covid Era Mailing Address)
(206) 633-2405 V/(206) 632-1793 Fax
Email: laurabrownphd@gmail.com
www.drlaurabrown.com

Diplomate in Clinical Psychology, American Board of Professional Psychology
Washington Psychology License #0615

## EDUCATION
B.A., cum laude, Case Western Reserve University, Cleveland, Ohio. May, 1972. Psychology major.
M.A., Southern Illinois University, Carbondale, Illinois. May, 1975. Clinical Psychology.
Ph.D., Southern Illinois University, Carbondale, Illinois. August, 1977. Clinical Psychology.

**HONORARY DEGREE**
Doctor of Humane Letters, Honoris Causa, Massachusetts School of Professional Psychology, 1998.

## PROFESSIONAL AFFILIATIONS
American Psychological Association: Fellow, 1987. Affiliated with Divisions 12, 29, 35, 42, 43, 44, 45, 56
Association for Psychological Science: Fellow, 1992
Washington State Psychological Association
Association for Women in Psychology
International Society for Traumatic Stress Studies
American Board of Professional Psychology
International Society for the Study of Trauma and Dissociation, Fellow, 2014
National Academies of Practice in Psychology

## CURRENT POSITIONS
Private practice of supervision, consultation and forensic psychology, 1979-present
Courtesy Clinical Professor, Dept of Psychiatry and Behavioral Sciences, University of Washington, 2015- present

## PROFESSIONAL EDITORSHIPS
Editorial Board, *Frontiers in the Psychotherapy of Trauma and Dissociation,* 2017-present
Associate Editor for Clinical Issues, *Journal of Trauma and Dissociation,*, 2004-present
Editorial Board, *Psychological Trauma: Theory, Research, Practice, Policy*, 2009-present
Editorial Board, *Psychotherapy: Theory, Research, Practice, Training,* 2003-2014.
Editorial Board, *Psychology, Public Policy and the Law,* 2001-2008.
Editorial Board, *Journal of Clinical Psychology,* 2002-2016.
Editorial Board, *Ethics and Behavior*, 1995-present.
Consulting Editor, *Journal of Traumatic Stress,* 1990-1996
Editor, *Sage Series on Counseling Women*, 1994-1998
Editorial Board*, Cultural Diversity and Ethnic Minority Psychology,* 1994-2003
Book Review Editor and Editorial Board Member, Wo*men and Therapy,* 1989-1994
Consulting Editor, *Professional Psychology,* 1987-1994. Editorial reviewer, 1995-present
Consulting editor, *Psychology of Women Quarterly, 1*980-1988. Editorial reviewer, 1988-present
Editorial Board, *Counseling and Values,* 1983-1987.
Consulting Editor, *Journal of Lesbian and Gay Psychotherapy*, 1987-1991.
Guest reviewer, *Violence and Victims, Sex Roles, Psychological Reports, Journal of Interpersonal Violence, American Psychologist, Feminism and Psychology.*

**PAST POSITIONS**

Private practice of psychotherapy, 1979-2018
Director and Founder, Fremont Community Therapy Project, 2006-2015
Clinical Assistant Professor, Smith College School for Social Work, 2011-12
Adjunct Professor of Clinical Psychology, Washington School of Professional Psychology, 2006-2009
Professor of psychology, Washington School of Professional Psychology, 2001-2006
Consulting Psychologist, *Survivor II: The Australian Outback,* 2000.
Clinical  Professor of psychology, University of Washington, Seattle, WA, 1980-1997
Host, Dr. Laura Brown Show, KVI Radio, Seattle, WA 1981-1982
Acting assistant professor of psychology, University of Washington, Seattle, WA, 1978-1980
Assistant professor of psychology, Southern Illinois University at Carbondale, 1977-1978.
Psychology Intern, Veteran's Administration Medical Center, Seattle, WA 1976- 1977.
Teaching and research assistant, Dept. of Psychology, Southern Illinois University at Carbondale, 1973-1976.

**HONORS**

- USPHS Predoctoral Fellow, 1973-1976
- Fellow, American Psychological Association, Divisions 9, 12, 29, 35, 42, 43, 44, 45, 56
- Fellow, Association for Psychological Science
- Fellow, Western Psychological Association
- Fellow, International Society for the Study of Traumla and Dis sociation
- Distinguished Publication Award, Association for Women in Psychology, 1987, 1995.
- Distinguished Contributions Award, American Psychological Association Committee on Lesbian and Gay Concerns, 1989.
- Distinguished Psychologist Award, Washington State Psychological Association, 1989
- Distinguished Professional Contributions Award, APA Division 44, 1990
- Leadership Citation, American Psychological Association Committee on Women in Psychology, 1990
- Invited Participant, American Psychological Association Second Century Assembly
- Cleveland Heights-University Heights High School Alumni Hall of Fame, 1995.
- American Psychological Association Award for Distinguished Professional Contributions to Public Service, 1995.
- International Society for Traumatic Stress Studies  Sarah Haley Memorial Award for Clinical Excellence, 1997
- Distinguished Practitioner, National Academy of Pracice in Psychology, Elected 1998
- Heritage Award for Practice, Division of Psychology of Women of the APA, 1998
- Visiting Fellow, British Psychological Society, 2001
- Raymond Fowler Award for Promotion of Student Professional Development, American Psychological Association of Graduate Students, 2003
- Distinguished Contributions Award, Society for the Psychology of Women Section on Lesbian and Bisexual Women's Issues, 2004
- Carolyn Wood Sherif Memorial Award, Society for the Psychology of Women, 2004.
- Psychotherapy With Women Award, Society for the Psychology of Women, 2008.
- Lifetime Award for Distinguished Contributions to Diversity in Practice, Society for Clinical Psychology, 2009.
- Distinguished Psychologist Award, Washington State Psychological Association, 2009
- Presidential Citation, American Psychological Association, 2011
- Outstanding Mentor Award, Division of Psychologists in Independent Practice, 2012
- Elizabeth Hurlock Beckman Award, 2012
- Award for Distinguished Contributions to Teaching and Mentoring, APA Division of Psychotherapy, 2013
- Carolyn Atteave Diversity Award, Society for Family Psychology, 2013
- Washington State Psychological Association Social Issues Award, 2014.
- Lifetime Achievement Award, Division of Trauma Psychology of the APA, 2015.
- Society for Counseling Psychology Section for the Advancement of Women Foremother of the Year, 2018.
- Elder Award, National Multicultural Conference and Summit, 2019.

**PUBLICATIONS: Books**

Brown, L.S. (2018). *Feminist therapy (2nd Edition).* Washington DC: American Psychological Association.

Brown, L.S. (2016). *Not the price of admission: Healthy relationships after childhood trauma.* Seattle WA: Createspace.

Brown, L. S. (2016). *Essentials of the feminist psychotherapy model of psychotherapy supervision.* Washington DC: American Psychological Association.

Brown, L.S. (2012) *Your turn for care: Surviving the aging and death of the adults who harmed you.* Seattle WA: Createspace.

Brown, L.S. (2009). *Feminist therapy.* Washington DC: American Psychological Association.

Brown, L.S. (2008). *Cultural competence in trauma therapy: Beyond the flashback.* Washington DC: American Psychological Association.

Quina, K. & Brown, LS (Eds.) (2007). *Trauma and dissociation in convicted offenders: Issues of gender, science, and treatment.* New York: The Haworth Press.

Brown, L.S. (Ed.) (2006). *Relational perspectives on trauma treatment.* New York: The Haworth Press.

Ballou, M & Brown, L.S.  (Eds.) (2002). *Rethinking Mental Health and Disorder:  Feminist Perspectives.* New York: Guilford.

Pope.,K.S. & Brown, L.S. (1996). *Recovered memories of abuse: Assessment, therapy, forensics.* Washington DC: American Psychological Association

Brown, L.S. (1994). *Subversive dialogues: Theory in feminist therapy.* New York: Basic Books.

Brown, L.S. and Ballou, M. (Eds) (1992). *Personality and psychopathology: Feminist reappraisals.* New York: Guilford Publications.

Brown, L.S. and Root, M.P.P. (Eds.) (1990). *Diversity and complexity in feminist therapy.* New York: The Haworth Press.

Brown, L.S. and Rothblum, E.D. (Eds) (1989) *Overcoming fat oppression.* New York: The Haworth Press.

**PUBLICATIONS: GUIDELINES**

American Psychological Association, Guideline Development Panel for the Treatment of PTSD in Adults (2017 February). *Clinical practice guideline for the treatment of Posttraumatic Stress Disorder (PTSD) in adults.* Retrieved from:http://www.apa.org/about/offices/directorates/guidelines/ptsd.pdf. Member of Guidelines Panel

**PUBLICATIONS: Articles and Chapters in Professional Journals or Book**

Brand, B.L. & Brown, L.S. (In press) True drama or true trauma: Forensic trauma assessment and the challenge of detecting malingering. In M. Dorahy & S. N. Gold (Eds.). *Dissociation and the dissociative disorders: DSM 5 and beyond.* New York NY: Routledge.

Brown, L.S. & Courtois, C.A. (2021).  Sexual misconduct in the feminist therapy realm. In J. Alpert, A. Steinberg, & C. Courtois (Eds). *Sexual boundary violations in psychotherapy: Therapists indiscretions and transgressions.* (pp. 141-153). Washington DC: American Psychological Association.

Bailey, T. D. & Brown, L.S. (2020). Treating survivors of therapist sexual abuse. . In J. Alpert, A. Steinberg, & C. Courtois (Eds). *Sexual boundary violations in psychotherapy: Therapists indiscretions and transgressions.* (pp. 317-341). Washington DC: American Psychological Association.

Brown, L. S. (2020). Root, Maria Primitiva Paz. In B. J. Carducci (Editor-in-Chief) & J. S. Mio & R. E. Riggio (Vol. Eds.), *The Wiley-Blackwell encyclopedia of personality and individual differences: Vol. IV. Clinical, applied, and cross-cultural research* (pp. 685-687).  Hoboken, NJ: John Wiley & Sons.

Ellis, A. E., Meade, N., & Brown, L. S. (2020). Evidence-based relationship variables when working with affectional and gender minority clients: A systematic review. *Practice Innovations*, 5,  202-217.

Brown, L.S. (2020). Institutional Cowardice: A powerful, often invisible, manifestation of Institutional Betrayal. *Journal of Trauma and Dissociation, 22.*

Bailey, T. D. & Brown, L.S. (2020). Complex trauma: Missed and misdiagnosis in forensic evaluations. *Psychological Injury and  Law, 13,* 109-123.

Brown, L.S. (2020). Complex trauma and the question of reasonableness in sexual harassment cases. *Psychological Injury and  Law, 13,* 155-166.

Brown, L.S. (2020). Cultural humility and spiritual awareness. In C. Courtois and J. Ford (Eds). *Complex trauma (2ᵈ Edition)*, pp 168-188. New York NY: Guilford Press.

Brown, L.S. (2019). Review of *traumatic divorce and separation. Psychology of Women            Quarterly, 43,* 256.

Courtois, C.A. & Brown, L.S. (2019). Guideline orthodoxy and resulting limitations of the APA *Clinical Practice Guideline for the Treatment of PTSD in Adults:* Introduction to the Special Issue. *Psychotherapy: Theory, Research, Practice, Training, 3,* 329-339.

Brown, L.S. & Courtois, C.A. (2019). Trauma treatment: The need for on-going innovation. *Practice Innovations, 4,* 133-138.

Shapiro, R. & Brown, L.S. (2019). Eye Movement Desensitization and Reprocessing therapy and related treatments for trauma: An innovative, integrative trauma treatment. *Practice Innovations, 4, 139-155.*

Brown, L.S. (2019). Celebrating the Fiftieth Anniversary of the Association for Women in Psychology: A life in feminist psychology: A long and interesting journey from Ft. Wayne to Newport. *Sex Roles 81,* 647-655.

Ellis, A., Simiola, V., Brown, L.S., Courtois, C.A. & Cook, J. M. (2018). Effect of evidence-based treatment relationships on treatment outcome for adults with trauma: A systematic review. *Journal of Trauma and Dissociation*, *19,* pp. 185-213.

Brown, L.S. (2017). Feminist therapy. In K. Nadal (Ed.). *The SAGE encyclopedia of psychology and gender* (pp. 565-569). Thousand Oaks CA: SAGE Publications.

Brown, L. S. (2017). Feminist and multicultural perspectives in trauma psychology. In S. Gold, C. Dalenberg & J. Cook (Eds). *APA handbook of trauma psychology* (pp. 501-526). Washington DC: American Psychological Association.

Comas-Diaz, L. & Brown, L.S. (2016). Multicultural theories. In J. Norcross (Ed). *APA handbook of clinical psychology* (pp. 241-273). Washington DC: American Psychological Association.

Brown, L.S. (2014). First do no harm: Is it any longer safe to write case reports? *Journal of Interpersonal Violence, 29*, 1-7.

Brown, L.S. (2014). Looking outside the (voice) box. *Journal of Lesbian Studies, 18,* 43-49.

Brown, L.S. (2013). Feminist therapy process. In G. Vandenbos, E. Meidenbauer & J. Frank-McNeil (Eds). *Psychotherapy theories and techniques: A reader* (pp. 181-186). Washington DC: American Psychological Association.

Brown, L.S. (2013). Feminist therapy. In G. Vandenbos, E. Meidenbauer & J. Frank-McNeil (Eds). *Psychotherapy theories and techniques: A reader* (pp. 173-180). Washington DC: American Psychological Association.

Brown, L.S.(2013). Treating women in psychotherapy. In G. Koocher, J.C. Norcross, and B. Greene (Eds). *Psychologists' Desk Reference (Third Ed).*(pp. 229-233). New York NY: Oxford University Press.

Brown, L.S.(2013). Treating the effects of psychological trauma. In G. Koocher, J.C. Norcross, and B. Greene (Eds). *Psychologists' Desk Reference (Third Ed).*(pp. 289-293). New York NY: Oxford University Press.

Brown, L. S. (2012). On not quitting my day job. In M. Hoyt (Ed). *Therapist stories of inspiration, passion and renewal: What's love got to do with it?* (pp. 36-45). New York NY: Routledge.

Brown, L. S. (2012). Compassion amidst oppression: Increasing cultural competence for managing difficult dialogues in therapy. In M. Goldfried, A. Wolf & J.C. Muran (Eds). *Transforming negative reactions to clients: From frustration to compassion* (pp. 139-158). Washington DC: American Psychological Association.

Brown, L.S. (2012). Feminist therapy as a path to friendship with women. In L. Comas-Diaz and M. Bakur Weiner (Eds). *Women psychotherapists: Journeys in healing.* (pp). New York NY: Jason Aaronson.

DePrince, A.P, Brown, L.S., Cheit, R.E., Freyd, J.J., Gold, S.N., Pezdek, K. & Quina, K. (2012). Motivated forgetting and misremembering: Perspectives from Betrayal Trauma Theory. In Belli, R. F. (Ed.), *True and False Recovered Memories: Toward a Reconciliation of the Debate (Nebraska Symposium on Motivation 58)* (pp 193-243). New York: Springer.

Brown, L.S. (2011). A look back at "New Voices, New Visions:" The view from here. *Psychology of Women Quarterly, 35*, 671-75.

Brown, L.S. (2011). Guidelines for Treating Dissociative Identity Disorder in Adults, Third Revision: A tour de force for the dissociation field. *Journal of Trauma and Dissociation.*

Brown, L.S. & Pantalone, D. (2011). Lesbian, gay, bisexual, and transgender issues in trauma psychology: A topic comes out of the closet. *Traumatology, 17* 1-3.

Brown, L.S. (2011). Everyone I know knows everyone I know: Boundary overlap in the life of one lesbian psychotherapist. In. G.A. Koocher & W. B. Johnson (Eds.) *Ethical conundrums, quandaries and predicaments in mental health practice: A casebook from the files of experts* (pp 17-24). New York NY: Oxford University Press.

Brown, L.S. (2010). Working with diverse clients in psychotherapy. In J.C. Norcross, G. Vandenbos & D. Freedheim (Eds.). *History of psychotherapy: Continuity and change (Second Ed)* pp. 475-484. New York NY: Oxford University Press.

Brown, L.S. (2010). The Jewish non-sheep as lesbian feminist therapist. In B.Greene & D. Brodbar (Eds.). *A minyan of women: Family dynamics, Jewish identity and psychotherapy practice* (pp. 183-188). London: Routledge.

Brown, L.S. (2010). Women's experiences of depression: Visible clearly only through the feminist lens. In D. C. Jack & A. Ali (Eds.), *Cultural perspectives on women's depression: Self-silencing, psychological distress and recovery*(pp. 333-342). New York: Oxford University Press.

Brown, L.S. (2009). Cultural competence: A new way of looking at integration in psychotherapy. *Journal of Psychotherapy Integration, 19,* 340-353

Brown, L. S. (2009). True drama or true trauma? Forensic trauma assessment and the challenge of detecting malingering. In P. F. Dell & J. A. O'Neil (Eds.), *Dissociation and the dissociative disorders: DSM-V and beyond* (pp. 585-594). New York: Routledge.

Brown, L.S. (2009). Cultural competence in the treatment of complex trauma. In C. Courtois & J. Ford (Eds.) *Treating complex traumatic stress disorders: An evidence-based guide.* New York NY: Guilford Press.

Brown, L.S. (2008). Commentary on the major contribution. *The Counseling Psychologist, 36,* 639 - 644.

Brown, L.S. & Freyd, J. J. (2008). PTSD Criterion A and betrayal trauma: A modest proposal for a new look at what constitutes a danger to self. *Trauma Psychology Newsletter, 3(1),* pp. 11-15.

Brown, L.S. (2008). Feminist therapy. In J.L Lebow (Ed.) *Twenty-First Century Psychotherapies* (pp. 277-308). Hoboken, NJ: John Wiley and Sons.

Brown, L.S. & Bryan, T.C.  (2007). Feminist therapy and self-inflicted violence. *Journal of Clinical Psychology: In Session, 63,* 1121-1133.

Brown,  L.S. (2007). Empathy, genuineness—and the dynamics of power: A feminist responds to Rogers. *Psychotherapy: Theory, Research, Practice, Training, 44,* 257-259.

Brown, L.S. (2007). Feminist therapy as a meaning-making practice: Where there is no power, where is the meaning? In. K. Schneider, (Ed.) *Existential-integrative psychotherapy: Guideposts to the core of practice.* (pp. 130-140). New York: Routledge.

Cole, K, Sarlund-Heinrich, P., & Brown, L.S. (2007). Developing and assessing effectiveness of a time-limited therapy group for incarcerated women survivors of childhood sexual abuse. *Journal of Trauma and Dissociation.*

Zimberoff, A. K & Brown, L.S. (2006). Book review: "Only the goyim beat their wives, right?" *Psychology of Women Quarterly, 30(4),* 422-424.

Brown, L.S. (2006) Still subversive after all these years: The relevance of feminist therapy in the age of evidence-based practice. *Psychology of Women Quarterly, 30*, 15-24.

Brown, L.S., Riepe, L.E. & Coffey, R.L. (2005). Beyond color and culture: Feminist contributions to paradigms of human difference. In M. Hill and M. Ballou (Eds.) *The foundation and future of feminist therapy.* New York: Haworth.

Brown, L.S. (2005). Don't be a sheep: How this eldest daughter became a feminist therapist. *In Session/Journal of Clinical Psychology, 8* 949-964.

Brown, L.S. (2005). The neglect of lesbian, gay, bisexual and transgendered clients. In J.C. Norcross, L. Beutler & R Levant (Eds.) *Evidence-based practice in mental health* (pp. 346-352). Washington DC: APA Books.

Brown, L.S. (2005). Outwit, out-last, out-flirt? The women of reality tv. In E.Cole and J.H. Daniel (Eds.). *Featuring females: Feminist analyses of media* (pp. 71-84). Washington DC: American Psychological Association.

Brown, L.S. (2005). Feminist therapy with psychotherapists. In J. Geller, R  Orlinsky & J. Norcross (Eds*). The psychotherapist's own psychotherapy: Patient and clinician perspectives* (pp. 265-581) New York: Oxford University Press.

Brown, L.S. (2004). Feminist paradigms of trauma treatment. *Psychotherapy: Theory Research Practice Training, 41* 464-471.

Brown, L.S. (2004) Recovering from therapy abuse. In J. Kottler & J. Carlson, (Eds.) *Their finest house: Master therapists share their greatest success stories*. Boston: Allyn & Bacon.

Brown, L.S. & Mueller, F. A. (2004). Guidelines for psychotherapy with women. . In G.P. Koocher, J.C. Norcross, and S.S. Hill (Eds.) *Psychologists' Desk Reference, Second Edition.* New York: Oxford University Press.

Mueller, F. A.  & Brown, L.S. (2004). Essential readings on psychotherapy with women: A resource list. In G.P. Koocher, J.C. Norcross, and S.S. Hill (Eds. ) *CD-ROM Supplement to the Psychologists' Desk Reference.* New York: Oxford University Press.

Brown, L.S. (2004). Memories of childhood abuse: Recovered, discovered, and otherwise. In B.J. Cling (Ed). *Sexualized violence against women and children: A psychology and law perspective* (pp. 188-212). New York: Guilford.

Brown, L.S. (2004 ).  Lesbian and gay headed families: What are the legal issues? *Family Law Briefs*.

Brown, L.S. (2003). Not that crazy. *Ethics and Behavior, 13.* 405-407.

Brown, L.S. (2003). Sexuality, Lies, and Loss: Lesbian, Gay, and Bisexual Perspectives on Trauma. *Journal of Trauma Practice,2,* pp. 55-68.

Brown, L.S. (2003). Women and trauma. In J.H. Daniels, A. Banks & L. Slater (Eds*). The women's handbook of mental health.* Boston: Beacon Press.

Brown, L.S. (2003). The three-year-old who was an alcoholic. In J.A. Kottler & J. Carlson, (Eds.) *The mummy at the dining room table: Eminent therapists reveal their most unusual cases.* New York: Wiley.

Brown, L.S. (2003). "Relationships more enduring": Implications of the Troxel decision for lesbian and gay families. *Family Court Review, 41*, pp. 60-66.

Brown, L.S. (2002). The argument against prescribing. In M.T. Sammons, R.U. Paige & R.F. Levant (Eds). *Prescriptive authority for psychologists: A history and guide.* Washington DC: American Psychological Association.

Brown, L.S. (2002). Feminist therapy and EMDR: A theory meets a practice. In F. Shapiro (Ed.).*EMDR as an integrative psychotherapy approach:  Experts of diverse orientations explore the paradigm prism* (pp. 263-288). Washington  DC: American Psychological Association.

Schneider, M. S., Brown, L.S. & Glassgold, J. (2002). Implementing the resolution on appropriate therapeutic responses to sexual orientation: A guide for the perplexed. *Professional Psychology: Research and Practice.* Pp. 265-274.

Brown, L.S. (2002). Delayed recall of trauma. In T. Patterson (Ed.) *Comprehensive handbook of psychotherapy: Cognitive/Behavioral approaches.* (pp. 73-90) New York: Wiley.

Brown, L.S. (2002). The recovered memory debate: Where do we stand now? In J. Zeig (Ed) *Brief therapy: Lasting impressions*. Phoenix AZ: Milton Erickson Foundation.

Brown, L. S. (2001). Feelings in context: Countertransference and the real world in feminist therapy. *In Session/Journal of Clinical Psychology, 57,* 1005-1012.

Brown, L.S. (2000). Feminist therapy. In C.R. Snyder and R. Ingram (Eds). *Handbook of psychological change: Psychotherapy process and practices for the 21st Century.* New York: Wiley and Sons.

Brown, L.S. (2000). Discomforts of the powerless: Feminist constructions of distress. In J. D. Raskin & R.A. Neimeyer (Eds.) *Constructions of disorder.* (pp. 297-308) Washington DC: American Psychological Association.

Brown, L.S. (2000). The controversy over delayed recall for trauma: Historical, scientific and political issues. In A. Shalev, R. Yehuda, and A. C. McFarlane (Eds). *International handbook of human response to trauma.* (pp. 195-210).New York: Plenum.

Brown, L.S. (1999). Feminist Ethical Considerations in Forensic Practice. In M. Brabeck (Ed.) *Practicing feminist ethics in psychology* (pp. 75-100) Washington DC: American Psychological Association.

Brown, L.S. (1999). Dangerousness, impotence, silence and invisiblity: Heterosexism in the construction of women's sexuality. In C. B. Travis & J. W. White (Eds.) *Sexuality, society, and feminism* (pp. 273-298). Washington DC: American Psychological Association.

Brown, L.S. (1999). Psychological evaluations in white collar crime cases: Trauma, dissociation and gender. In *Psychological Expert Testimony and Criminal Justice*. Washington DC: American Psychological Association.

Alpert, J.L., Brown, L.S. & Courtois, C. (1999). Nonissues, real issues and bias: Comments on C. Brooks Brenneis' Commentary. *Psychoanalytic Psychology, 16,* 94-102

Gold, S.N. & Brown, L.S. (1999). Assessing survivors of sexual abuse. In Adult Survivors of Sexual Abuse. In R.T. Ammerman & M. Hersen, (Eds*). Assessment of family violence: A clinical and legal sourcebook (2nd Edition).* (pp. 390-412). New York: Wiley.

Brown, L.S. (1999). Reclaiming the sacred in psychotherapy. *Voices: The art and science of psychotherapy, 35,* 7-18.

Brown, L.S. (1999). All you need is a little respect: What makes feminist therapy effective. *Psychotherapy Bulletin, 34,* 22-27.

Brown, L.S. (1999). Review of *Trauma and memory: Clinical and legal controversies. Psychiatric Services, 50,* 119-120.

Brown, L.S. (1998). The prices of resisting silence. *Ethics and Behavior, 8.,* 189-193.

Brown, L.S. (1998). Sacred space or sacred cows, Or, it's never fun being prophetic. *American Psychologist , 53,* 488-490.

Brown, L.S. (1998). Psychotherapy With Clients Recovering Memories of Childhood Trauma. In G. P. Koocher, J.C. Norcross, & S.S. Hill III (Eds.) *The psychologist's desk reference.* Cambridge MA: Oxford University Press.

Brown, L.S. (1997). Recovered memories of abuse: Research and clinical update. *Clinician's Research Digest, Supplemental Bulletin #17.*

Brabeck, M. &   Brown, L.S.  (1997). Feminist theory and psychological practice. In J. Worell & N. Johnson, (Eds.) *Shaping the future of feminist psychology: Education, research and practice.*  (pp. 15-36) Washington DC: American Psychological Association.

Gold, S.N. & Brown, L.S. (1997) . Therapeutic responses to delayed recall: Beyond recovered memory. *Psychotherapy: Theory, Research, Practice, Training, 32* 182-191.

Brown, L.S. (1997). Review of *Women, madness and medicine. Contemporary Psychology, 42,* 608-609.

Brown, L.S. (1997). Remediation, amends or denial? *Professional Psychology: Research and Practice, 28,* 297-299.

Brown, L.S. (1997). The private practice of subversion: Psychology as tikkun olam. *American Psychologist, 52*, 449-462.

Brown, L.S. & Burman, E. (1997). Why feminists should be concerned with the memory debate. *Feminism and Psychology,7.* pp 7-16

Brown, L.S. (1997). Ethics in psychology: Cui bono? In D. Fox & I. Prilleltensky (Eds.) *The handbook of critical psychology.*  (pp. 51-67). Thousand Oaks: Sage Publications

Brown, L.S. (1996). Politics of incest, politics of memory: Therapy as if politics mattered. *Women and Therapy,19*, 5-18.

Brown, L.S. (1996). Preventing heterosexism and bias in psychotherapy. In E.D. Rothblum & L.A. Bond (Eds.) *Preventing  heterosexism and homophobia*. (pp. 36-58). Thousand Oaks: Sage Publications

Alpert, J. L., Brown, L.S. & Courtois, C. A.  (1996). Symptomatic clients and memories of childhood abuse: What the trauma and child sexual abuse literature tells us. In J. L.  Alpert, L.S. Brown, S.J. Ceci, C. A. Courtois, E.F. Loftus & P. Ornstein, *Final report of the Working Group on investigation of memories of childhood abuse.* Washington DC: American Psychological Association.

Brown, L.S. (1996). On the construction of truth and falsity: Whose memory, whose history. In K. Pezdek & W. Banks (Eds.) *The recovered memory/false memory debate.*   (pp. 341-354) New York: Academic Press.

Brown, L..S. (1996). Ethical issues in mental health treatment of sexual minority patients. In T. Stein and R. Cabaj (eds.). *Textbook of homosexuality and mental health*. Washington DC: American Psychiatric Press.

Brown, L.S. (1995).Notes of a feminist therapy "foredaughter." *Women and Therapy, 17.* pp. 87-96.

Brown, L.S. (1995). Your therapy client as plaintiff: Clinical and legal issues for the treating therapist. In J.L. Alpert (Ed).*Sexual abuse recalled: Treating trauma in the era of the recovered memory debate.* (pp. 337-362) Northvale NJ: Jason Aronson

Brown, L.S. (1995). Cultural diversity and feminist therapy: Theory and practice. In H. Landrine (Ed.) *Bringing cultural diversity to feminist psychology.* (pp 143-162). Washington DC: American Psychological Association.

Brown, L.S. (1995). Working with same-sex couples: An introduction. In. N.S. Jacobson and A Gurman (Eds), *Clinical handbook of couples therapy, Second Edition*. New York: Guilford.

Brown, L.S. (1995). Not outside the range: One feminist perspective on psychic trauma, II. In. C. Caruth (Ed.) *Trauma: Explorations in memory.* Baltimore: Johns Hopkins University Press.

Brown, L.S. (1995). Antiracism as an ethical norm in feminist therapy. In J. Adelman and G. Enguidanos (Eds) *Racism in the lives of women.* New York: Haworth Press, pp 137-148.

Brown, L.S. (1995). Lesbian identities: Concepts and issues. In a. D'Augelli & C. Patterson (Eds.) *Lesbian, gay and bisexual identities over the lifespan.* (pp. 3-23) New York: Oxford University Press .

Brown, L.S. (1995). Toward not forgetting: The science and politics of memory. *The Counseling Psychologist,23*. 310-14.

Brown, L.S. (1994). Memory and psychotherapy: A commentary. *Consciouness and Cognition ,4.*

Brown, L. S. (1994.) Concrete boundaries and the problem of literal-mindedness. *Ethics and Behavior,4*.

Brown, L.S. (1994). Boundaries in feminist therapy: A theoretical formulation. *Women and Therapy, 13,* 29-36.

Brown, L.S. (1993). The Boston Marriage in the therapy office. In E.D. Rothblum and K.Brehony (Eds). *The Boston Marriage today*. Amherst: U. of Massachusetts Press.

Brown, L.S. (1993). Anti-domination training as a central component of diversity in clinical psychology education. *The Clinical Psychologist, 46*, pp. 83-87.

Brown, L.S. (1992). Until the revolution comes: Towards a lesbian feminist psychotherapy. *Feminism and Psychology,* 2, 239-254.

Brown, L.S. (1992). Psychological assessment in cases of sexual harassment. In *Proceedings of the Sex and Power in the Workplace Conference*. Seattle WA: Author.

Brown, L.S. & Brodsky,A.M. (1992) The future of feminist therapy. *Psychotherapy: Theory, Research, Practice, Training,29,*pp.51-57

Brown, L.S. (1992) A feminist critique of the personality disorders. Chapter in L. S.Brown & M. Ballou (Eds.) *Theories of personality and psychopathology: Feminist reappraisals* (pp. 206-228). New York: Guilford Publications.

Brown, L.S. (1991). The meaning of a multicultural perspective in the development of psychotherapy theories. *Systeemteoretisch Bulletin* 9, 230- 251.

Brown, L.S. (1991). Multicultural theories: Perspectives for practice. *Systeemteoretich Bulletin, 9,* 252-268.

Brown, L.S. (1991) Ethical issues in feminist therapy: Selected topics. *Psychology of Women Quarterly,* 15, p. 323-336.

Brown, L.S. (1991). Comment on the Delusional Dominating Personality Disorder diagnosis. *Canadian Psychology,* 32.

Brown, L.S. (1991) Not outside the range: One feminist perspective on psychic trauma. *American Imago,* 48, 119-133.

Brown, L.S. (1991) Anti-racism as an ethical imperative: An example from feminist therapy. *Ethics and Behavior*, 1, 113-127.

Morgan, K.S. & Brown, L.S. (1991) Lesbian career development, work behavior and vocational counseling. *The Counseling Psychologist, 19*, 273-291.

Brown, L.S. (1991). Commentary on the special issue. *The Counseling Psychology,* 19, 235-238.

Brown, L.S. (1991). Plus ca change, or, who writes the scripts for these guys anyways. *Feminism and Psychology*, 1, 89-92.

Brown, L.S. (1991). Therapy with an infertile lesbian client. Chapter in C. Silverstein (Ed*.) Gays, lesbians, and their therapists: Studies in psychotherapy.* (pp,15-30)  New York: W.W. Norton.

Brown, L.S. (1991) How is this feminist different from all other feminists? From Pirke Avot to the feminist therapy ethics code. *Women and Therapy*,10, 14- 22.

Brown, L.S. (1990) Victimization as a risk factor for depression in *women Proceedings of the Task Force on Women and Depression.* Washington DC: American Psychological Association.

Brown, L.S. (1990) What women therapists have in common. Chapter in D. Cantor (Ed.) *Women as therapists: A multi-theoretical casebook.* New York: Springer Publishing Co.

Brown, L.S. (1990) Structuring the business of feminist therapy responsibly. Chapter in H. Lerman and N. Porter (Eds.) *Feminist ethics in psychotherapy.* New York: Springer Publishing Company.

Brown, L.S.  (1990) Confronting ethically problematic behaviors in feminist therapist colleagues. Chapter in H. Lerman and N. Porter (Eds). *Feminist ethics in psychotherapy.* New York: Springer Publishing Company.

Brown, L.S. (1990) Feminist therapy and psychodiagnosis: Beyond DSM and ICD. *Proceedings of the First International Congress of Mental Health Care for Women.* Amsterdam, The Netherlands: Stichting De Maan.

Brown, L.S. (1990) The meaning of a multicultural perspective for theory development in feminist therapy. In Brown,L.S. and Root, M.P.P. (Eds) *Diversity and complexity in feminist therapy.* New York: The Haworth Press.

Brown, L.S. and Walker, L.E.A. (1990) Feminist therapy perspectives on self- disclosure. Chapter in G. Stricker and M. Fisher (Eds.) *Self-disclosure in the therapeutic relationship.(* pp. 135-156).  New York: Plenum.

Brown, L.S. (1990) Listening to the inner soundtrack: A therapist's personal journey. *Imagination, Cognition, and Personality,* 9, pp. 131-139.

Brown, L.S. (1990) Taking account of gender in the clinical assessment interview. *Professional Psychology: Research and Practice,* 21, 12-17.

Brown, L.S. (1989) New voices, new visions: Toward a lesbian/gay paradigm for psychology. *Psychology of Women Quarterly,* 13, pp. 445-458. Reprinted in M. Gergen & S. Davis (Eds.) *Toward a new psychology of gender: A reader.*  New York: Routledge. Reprinted in B. M. Clinchy & J.K. Norem (Eds.) *The gender and psychology reader.* New York: NYU Press.

Gonsiorek, J.C. and Brown, L.S. (1989) Post therapy sexual relationships with clients. In G. Schoener et al (Eds). *Psychotherapists' sexual involvement with clients: Intervention and prevention.* Minneapolis: Walk-In Counseling Center.

Brown, L.S. (1989) Fat oppression and feminist therapy. *Women and Therapy,* 8, pp. 19-30.

Brown, L. S. (1989). Ask the board: Case consultation on a lesbian couple. *Journal of Gay and Lesbian Psychotherapy, 1.*

Brown, L.S. (1989). Commentary on "Impact of contemporary ideology and AIDS upon the counseling of gay clients." *Counseling and Values,* 33, pp. 132-134.

Brown, L.S. (1988) Beyond thou shalt not: thinking about ethics in the lesbian therapy community. *Women and Therapy,* 8, pp. 13-26.

Brown, L.S., Dewolfe, D., and Larson, E.R. (1988). Sex therapy and education with lesbian and bisexual women: A model for intervention. Chapter in C. Gelauff (Ed). *Lust, last, keuze: Denken over lesbisch bestaan. Perspectieven voor vrouwenhelpverlening.* (PP. 74-99). Amsterdam: Schorer/An Dekker.

Brown, L.S. (1988) Lesbians, gay men and their families: Common clinical issues. *Journal of Gay and Lesbian Psychotherapy,* 1.

Brown, L.S. (1988) Feminist therapies with lesbians and gay men. Chapter in  M.A. Douglas and L.E. A.  Walker (Eds)  *Feminist Therapies: Integration of Feminist and Therapeutic Systems.*  Norwood NJ: Ablex Publishing.

Brown, L.S. (1988). Lesbians and family. *National Women's Studies Association Journal,* 1, pp. 109-114.

Brown, L.S. (1988) Harmful effects of post-termination romantic and sexual relationships between therapists and their former clients. *Psychotherapy: Theory, Research, Practice, Training,* 25, pp. 249-255.

Brown, L.S. (1987) The potential for misdiagnosis in the DSM-III-R. *Psychiatric Times,* 4, pp. 1, 27-28.

Brown, L.S. (1987) Lesbians, weight, and eating: New analysis and perspectives. In Boston Lesbian Psychologies Collective (Eds)  *Lesbian Psychologies.* Chicago: University of Illinois Press. Reprinted as: Lesben, Gewicht und Essen, in J .Loulan, M. Nichols, & M. Streit, (Eds), *Lesben, leibe, leidenschaft.* Berlin: Orlanda-Frauenverlag.

Brown, L.S.  (1986) Gender role analysis: A neglected issue in assessment and diagnosis.  *Psychotherapy: Theory, Research, Practice, Training,* 23  pp. 243-248.

Brown, L.S. (1986) Review of Women therapists working with women: New theory and process of feminist therapy.  *Psychotherapy: Theory, Research, Practice, Training,* 23, pp. 326-327.

Brown, L. S.  (1986) From alienation to connection: Feminist therapy with Post-traumatic stress disorder. *Women and Therapy.* 5, pp. 13-26.

Brown, L.S. (1986)  Confronting internalized homophobia in sex therapy with lesbians. *Journal of Homosexuality,* 12 , pp. 99-108.

Brown, L.S. and Zimmer, D.  (1986) An introduction to therapy issues with lesbian and gay male couples. In N. Jacobson and A. Gurman (Eds)  *The Clinical Handbook of Marital Therapy,* New York: Guilford Press.

Brown, L. S. (1985) Power, responsibility, boundaries: Ethical issues for the lesbian-feminist therapist. *Lesbian Ethics,* 1, pp. 30-45.

Brown,  L.S.  (1985) Women, weight and power: Feminist theoretical and therapeutic issues.  *Women and Therapy*, 4, pp. 61-72.

Brown,  L.S. (1985) Ethics and business practice in feminist therapy. In L.B.Rosewater and L.E.A.Walker (Eds) *Handbook of Feminist Therapy.* New York:Springer Publishing Co.

Brown, L.S.  (1984) The lesbian-feminist therapist in private practice and her community. *Psychotherapy In Private Practice,* 2, pp. 9-16

Brown, L.S.   (1984) Finding new language: Beyond analytic verbal shorthand in feminist therapy. *Women and Therapy,* 3, pp. 73-80.

Brown, L.S. (1984)  The implications of media psychology for mental health policy. In L.E.A.Walker (Ed) *Women and Mental Health Policy,* New York:Sage.

Brown, L.S. (1982)  Choosing a therapist. In G. Hongladarom, R. McCorkle, and N.F.Woods (Eds*) The Complete Book of Women's Health.* New York: Prentice-Hall, 1982.

Brown, L.S. and Liss-Levinson, N. (1981) Feminist Therapy.  In R. Corsini (Ed) *The Handbook of Innovative Psychotherapies.* New York:Wiley and Sons.

Brown, L.S. and Ostrow, F.A.  (1979) The development of an assertiveness training program on an alcoholism unit. *International Journal of the Addictions,* 15, pp. 323-327.

O'Leary, M.R., Chaney, E, Brown, L.S., and Schuckit, M. (1978. Use of the Goldberg Indices with alcoholics: A cautionary note. *Journal of Consulting and Clinical Psychology.*

Brown, L.S. (1978) Do users have more fun: A study of the relationship between contraceptive behavior, sexual assertiveness and patterns of causal attribution. *Dissertation Abstracts International,* pp. 5002-5003B.

Rader, G. E.,  Bekker, L. D, Brown, L. S. & Richardt, C. (1978). Psychological correlates of unwanted pregnancy. *Journal of Abnormal Psychology,  87,*  373-376.

Liss-Levinson,N, Coleman, E., and Brown, L.S. (1977)  A program of sexual assertiveness training for women. Chapter in *Assertiveness Training.* Brooks/Cole Publishing . Also published in *The Counseling Psychologist*, 1976.

**PROFESSIONAL TRAINING VIDEOTAPES**

Brown, L.S. (1994). *Feminist therapy.* American Psychological Association Psychotherapy Videotape Series.

Brown, L. S. (1999) *Feminist couples therapy*. International Association of Marriage and Family Counseling Distinguished Presenter Videotape Series.

Brown, L.S. (2005). *Treating women survivors of trauma and abuse.* American Psychological Association Psychotherapy Videotape Series

Brown, L.S. (2006)  *Treating male survivors of trauma and abuse*. American Psychological Association Psychotherapy Videotape Series.

Brown, L.S. (2009). *Feminist therapy over time.* American Psychological Association Psychotherapy Videotape Series.

Brown, L. S. (2011). *Cultural competence in trauma treatment*. American Psychological Association Continuing Education On-Line Video Series.

Brown, L.S. (2016). *The feminist approach to therapy supervision.*  American Psychological Association Psychotherapy Supervision Videotape Series.

**ON-LINE TRAINING COURSES**

Brown, L.S. (2015-2020). *C ultural competence in trauma treatment*. APA On-Line Continuing Education Interactive Classroom Program, http://apa.bizvision.com/category/interactive-classroom-trauma.

Brown, L.S. (2015-2020). *Becoming a Trauma-Aware Therapist: Definitions and Assessment.*
http://www.continuingedcourses.net

Brown, L.S. (2015-2020). *Treating Trauma: Basic Skills and Specific Treatments*. http://www.continuingedcourses.net

## PROFESSIONAL PRESENTATIONS

Brown, L.S. (2021, August). Decolonial liberatory intersectional feminist therapy. In L. Comas-Diaz (Chair) *Decolonial psychotherapy: Healing in context*. Symposium presented at the Online Convention of the American Psychological Association.

Brown, L.S. (2021, June). *Aikido and the neurobiology of trauma.* In K. Richardson (Chair). *Heart to heart: The healing power of Aikido.* Zoom Internet Platform.

Brown, L. S. (2020, March). *Feminist perspectives on trauma treatment.* Workshop presented at the School of Social Work, Tel Aviv University, Ramat Gan Israel.

Brown, L.S. (2020, March). *Feminist therapy with survivors of severe childhood sexual abuse.* Workshop presented at Lotem Center for Trauma Treatment, Tel Aviv Israel.

Brown, L.S. (2020, March). *Insights and innovative feminist models and techniques for working with complex PTSD*. Workshop presented at the Women's Wisdom Center, Tel Aviv Israel.

Brown, L.S. (2020, February and March). *Feminist and liberatory perspectives on psychotherapy supervision: Empowerment, not shame*. Workshop presented at the School of Social Work, Ben Gurion University of the Negev, Beer Sheva Israel.

Brown, L.S. (2020, February). *Helping trauma survivors to have the relationships they deserve.* Workshop presented at the Healing Together Conference, Orlando FL.

Brown, L. S. & Richardson, K.S. (2019, November). *Ethical and practical issues in the integration of Aikido practice into trauma treatment.* Workshop sponsored by the Two Cranes Institute, Seattle WA.

Brown, L.S (2019, August). Discussant in S. Gold (Chair), *Contextual Trauma Therapy for cients wth Complex Trauma---Skill-building using a video recording.* Symposium presented at the Annual Convention of the American Psychological Association, Chicago IL.

Brown, L.S. (2019, August). Invited presidential panel participant in S. Marrotta (Chair), *Blending science and art in trauma therapy outcomes.* Symposium presented at the Annual Convention of the American Psychological Association, Chicago IL.

Brown, L.S. (2019, April). *Feminist and liberatory supervision practices.* Invited workshop, Skaluv Institute of Integrative Psychotherapy, Prague, Czech Republic.

Brown, L. S. (2019, April). *Feminist and liberatory models for working with trauma survivors.* Invited workshop, Skaluv Institute of Integrative Psychotherapy, Prague, Czech Republic.

Brown, L.S. (2019, March*). A Life in Feminist Psychology: A Long and Interesting Journey from Ft. Wayne to Newport.* Invited Keynote Address, Annual Conference of the Association for Women in Psychology, Newport RI.

Brown, L.S. (2018, December). *Culturally competent trauma practice.* Invited workshop presented at the Brief Therapy Conference, San Francisco CA.

Brown, L.S. (2018, December). *Liberatory models of psychotherapy supervision.* Invited workshop presented at the Brief Therapy Conference, San Francisco CA.

Brown, L.S. (2018, December). *Helping trauma survivors to have the relationships they deserve.* Invited lecture presented at the Brief Therapy Conference, San Francisco CA.

Brown, L.S. and Connie, E. (2018, December). *Increasing cultural humility as a path toward competence.* Invited workshop presented at the Brief Therapy Conference, San Francisco CA.

Brown, L.S. (2018, October). *Cultural competence and humility in psychotherapy practice.* Workshop presented for the National Psychology Training Consortium, Seattle WA.

Brown, L.S. (2018, August). Cultural competence and humility in work with trauma survivors. Discussant of a symposium, *Multicultural trauma practice,* presented at the annual meeting of the American Psychological Association, San Francisco CA.

Brown, L.S. (2018, August). Feminist approaches to psychotherapy supervision. In H. Levenson and A. Inman (Chairs). *Psychotherapy Supervision Essentials.* Workshop presented at the annual meeting of the American Psychological Association, San Francisco CA.

Brown, L.S. (2018, June). Feminist approaches to psychotherapy supervision. In H. Levenson and A. Inman (Chairs). *Psychotherapy Supervision Essentials.* Workshop presented at the annual meeting of the Society for Psychotherapy Research, Amsterdam The Netherlands.

Brown, L.S. (2018, May). *Holistic care for pregnant and new mothers with histories of childhood sexual trauma.* Grand Rounds, Bastyr University Medical School, Seattle WA.

Brown, L.S. (2018, February). *Women trauma and psychotherapy: New insights.* Invited keynote address at the conference, Women's Health and Mental Health, Ben Gurion University of the Negev, Beersheva Israel.

Brown, L.S. (2018, February). *Feminist perspectives on the treatment of trauma.* Invited workshop, at the conference, Women's Health and Mental Health, Ben Gurion University of the Negev, Beersheva Israel.

Brown, L.S. (2017, October). *Cultural competence in trauma practice.* Professional development workshop presented for the Washington State Society for Clinical Social Work, Seattle WA.

Brown, L.S. (2017, August). *How can we engender healthy relationships in survivors of complex trauma?* Keynote address, EMDR International Association Conference, Bellevue WA.

Brown, L.S. (2017, April). Panel member in M.B. Donner, (Chair). *When referral is not an option.* Plenary panel, California Psychological Association Annual Meeting, San Francisco CA.

Brown, L.S. (2017, April). Feminist therapy supervision. In H. Levenson (Chair), *Supervision Revealed: Master Supervisors of Various Orientations Show/Discuss Their Supervision Session Videos.* Symposium presented at the California Psychological Association Annual Meeting, San Francisco CA.

Brown, L.S. (2017, April). *Ethical and cultural competence in treating trauma survivors: Beyond diagnostic categories.* Pre-Meeting Institute presented at the California Psychological Association Annual Meeting, San Francisco CA.

Brown, L.S. (2016, September). *Cultural competence in the 21st Century.* Invited Keynote Address, Tennessee Association of Mental Health Organizations Annual Conference, Nashville TN.

Brown, L. S. (2016, August). How can I care for the person who harmed me? Abuse survivors as filial caregivers. In C. Goodheart (Chair) *Trauma and Caregiving: Complicated Situations and Solutions*. Symposium presented at the Annual Convention of the American Psychological Association, Denver CO.

Brown, L. S. (2016, August). Belief, patience, connection: Relationship above and beyond evidence in trauma treatment in S. Gold (Chair). *Beyond do no harm: The relationship in trauma treatment.* Symposium presented at the Annual Convention of the American Psychological Association, Denver CO

Brown, L. S. (2016, August). Participant, in C. Courtois (Chair). *Ethics and self-care: Challenges in treating trauma*. Discussion program presented at the Annual Convention of the American Psychological Association, Denver CO

Brown, L. S. (2016, August). Participant, *Establishing a Clinical Practice in Trauma Psychology*. Discussion Program presented at the Annual Convention of the American Psychological Association, Denver CO

Brown, L. S. (2016, August). Participant, in J. Cook (Chair) *A past-presidential panel on getting the word out on trauma*. Panel presented at the Annual Convention of the American Psychological Association, Denver CO

Brown, L. S. (2016, August). Discussant, in S. Gold (Chair). *Forensic practice with vulnerable populations: The victim-victimizer-victim cycle*. Symposium presented at the Annual Convention of the American Psychological Association, Denver CO.

Brown, L.S. & Slaughter, S. L (2016, June). What feminist psychotherapy supervision looks like. In H. Levenson & A. G. Inman, Chairs, *Master Supervisors and Their Supervisees Show/Discuss Their APA Supervision Videos.* Invited Pre-conference Workshop, Society for the Exploration of Psychotherapy Integration, Dublin, Ireland.

Brown, L. S. (2016, April). *Assessing trauma in the forensic context*. Invited address, Division of Independent Practice Forensic Conference, Pasadena, CA.

Brown, L.S. (2016, March). *Cultural competence in trauma treatment.* Invited Advanced Workshop, New South Wales Service for the Treatment and Rehabilition of Torture and Trauma Survivors, Sydney NSW Australia.

Brown, L.S. (2016, March). *Complex childhood trauma and relationships: Helping survivors to stop paying the price of admission.* Invited lecture, Queensland Univerity of Technology, Brisbane, QLS Australia.

Brown, L.S. (2015, August). Feminist therapy with complex trauma: Accompanying a survivor on her hobbit journey. In B. Greene (Chair). *Frodo and Sam enter Mordor: The feminist therapy alliance in complex trauma.* Symposium presented at the 123rd Annual Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L.S. (2015, August). Relational and countertransferential issues in work with complex trauma. In L. Rocchio (Chair). *Ethical and relational issues in complex trauma treatment in independent practice.* Symposium presented at the 123rd Annual Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L.S. (2015, August). Discussant. In S. Gold (Chair). *A contextual approach to treating dissociation.* Symposium presented at the 123rd Annual Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L. S. (2015, January). Therapist self-care as a social justice ethic. In B. Greene (Chair), *No easy answers: Ethics and social justice practice.* Symposium presented at the National Multicultural Conference and Summit, Atlanta GA.

Brown, L.S. (2014, October). *The therapist as person, the person as therapist: The interweave between the two in my development.* Invited lecture, Annual Meeting of the Seattle Psychotherapy Cooperative, Seattle WA.

Brown, L.S. (2014, August). Empowerment as an ingredient of effective psychotherapy.  In R.K. Goodyear (Chair), *How does psychotherapy work?Looking to theory and evidence to identify change mechanisms.* Symposium presented at the 122nd Annual Convention of the American Psychological Association, Washington DC

Brown, L.S. (2014, August). On not quitting the day job. In M. Hoyt, Chair, *Psychotherapist tales of inspiration, passion and renewal.* Symposium presented at the 122nd Annual Convention of the American Psychological Association, Washington DC

Brown, L.S. (2014, August). What empowerment looks like. In J. Magnavita (Chair), *Psychotherapy revealed: A glimpse of eminent psychotherapists in session.* Symposium presented at the 122nd Annual Convention of the American Psychological Association, Washington DC

Brown, L.S., Gold, S.N, and Rocchio, L. (2014, August). *The basics of forensic trauma practice.* Workshop presented at the 122nd Annual Convention of the American Psychological Association, Washington DC.

Brown, L.S. (2014, April). How to publish: The editor's perspective. In J. Till (Chair). *How to publish.* Symposium presented at the 94th Annual Convention of the Western Psychological Association, Portland OR.

Brown, L.S. (2014, April). *With power tools: Lesbian feminists enter marriage.* 20th Annual Andrea Carson Coley Memorial Lecture, Institute for Women's Studies, University of Georgia, Athens GA.

Brown, L. S. (2014, April). *Developing cultural competence: Intersections of therapists' and clients' lives.* Invited keynote address, Our Alaska Lives Conference, Anchorage AK.

Brown, L.S. (2014, April). *Their turn for care: Supporting clients dealing with the aging and death of abusive elders.* Invited workshop,  Our Alaska Lives Conference, Anchorage AK.

Brown, L.S. (2013, November). *Their turn for care: Assisting survivors in dealing with the aging and death of family member perpetrators.* Workshop presented at the 20th Annual Conference of the International Society for the Study of Trauma and Dissociation, Baltimore, MD.

Brown, L.S. & Steele, K. (2013, November). *Eek, there's dissociation in my office! Supervision and consultation with therapists new to complex trauma and dissociation* Workshop presented at the 20th Annual Conference of the International Society for the Study of Trauma and Dissociation, Baltimore, MD.

Golston, J., Brown, L.S., Courtois, C.A. & Kinsler, P. (2013, November). *Ethics and trauma, working under pressure: A relational perspective.* Workshop presented at the 20th Annual Conference of the International Society for the Study of Trauma and Dissociation, Baltimore, MD

Brown, L.S. (2013, August). Breathing in power: Bringing the body back in feminist practice. In B. Greene (Chair), *Embodied paths toward the future of feminist psychology.* Symposium presented at the Annual Conference of the American Psychological Association, Honolulu HI.

Brown, L.S. (2013, August). Feminist therapy: What empowerment looks like. In J. Magnavita, (Chair), *Psychotherapy revealed: A glimpse of eminent psychotherapists at work.* Symposium presented at the Annual Conference of the American Psychological Association, Honolulu HI.

Brown, L.S. (2013, April). *Cultural competence in trauma therapy: A social justice perspective.* Workshop presented at the West Coast Children's Clinic, Oakland CA.

Brown, L.S. (2013, April). *Supervisory challenges in trauma work: Boundaries, self-care, and reenactments.* Workshop presented at the West Coast Children's Clinic, Oakland CA.

Brown, L.S. (2013, February). *Twentyfirst Century cultural competence. Cultural competence in trauma treatment*. Workshop presented at the New School for Social Research, New York NY.

Brown, L. S. (2013, February). *Cultural competence in trauma treatment*. Workshop presented for the Institute for Contemporary Psychotherapy, New York NY.

Brown, L.S. (2012, October). *Cultural competence in trauma treatment*. Workshop presented for the Nashville Psychotherapy Institute, Nashville TN.

Brown, L.S. (2012, October). *Increasing cultural competence through mindful self-awareness*. Workshop presented to the Executive Board of the Divison of Psychotherapy of the American Psychological Association, Washington DC.

Brown, L.S. (2012, September). *Vicarious traumatization and self-care.* In-service workshop conducted for the staff of Western State Hospital, Steilacoom WA.

Brown, L.S. (2012, August). Becoming a culturally competent trauma therapist. In J. Cook (Chair). *Working with adult trauma survivors: What every practitioner should know.* Continuing Education Workshop presented at the 120th Annual Convention of the American Psychological Association, Orlando FL.

Brown, L.S. (2012, August). Becoming a culturally competent trauma therapist. In J. Cook (Chair). *Working with adult trauma survivors: What every practitioner should know.* Continuing Education Workshop presented at the 120th Annual Convention of the American Psychological Association, Orlando FL.

Brown, L.S. (2012, August). Discussant in C. Dalenberg (Chair). *Ethics of case studies,* Symposium presented at the 120th Annual Convention of the American Psychological Association, Orlando FL.

Brown, L.S. (2012, August). We're all women or we're not: Gender and cultural competence. In L. Comas-Diaz (Chair), *Cultural competence in independent practice,* Symposium presented at the 120th Annual Convention of the American Psychological Association, Orlando FL.

Brown, L.S. (2012, August). Feminist supervision: Empowerment all around. In C.E. Watkins (Chair). *Seasoned psychotherapy supervisors' visions of supervision: Abiding practice convictions.* Symposium presented at the 120th Annual Convention of the American Psychological Association, Orlando FL.

Brown, L.S. (2012, July). *Cultural competence in trauma treatment: Self-care for the therapist*. Workshop presented by the Fremont Community Therapy Project, Seattle WA.

Brown, L.S. (2012, June). *Cultural competence in trauma.* Trauma Talks Conference, Toronto Ontario Canada.

Brown, L.S. (2012, May). *Cultural competence as the integrating variable: Training the next generation of therapists. Invited keynote address*, Society for the Exploration of Psychotherapy Integration, Evanston IL.

Brown, L.S. (2012, February). *Ethical and cultural competence in work with trauma survivors*. Invited continuing education workshop, Washington State University, Pullman WA.

Brown, L. S. (2012, April). *Swimming in murky ethical waters: Self-care and social justices as guides to safer shores.* Invited continuing education workshop, Georgia Society for Clinical Social Work, Atlanta GA.

Brown, L.S. (2012, February). *Ethical and cultural competence in work with trauma survivors*. Invited continuing education workshop, University of North Texas/Texas Women's University, Denton TX.

Brown, L. S. (2011, September). *Feminist perspectives on work with trauma survivors*. Invited Continuing Education Workshop presented at the Mariposa Center, Orange CA.

Brown, L.S. (2011, August). *Trauma and myths of masculinities*. Invited keynote address, Society for the Psychological Study of Men and Masculinity, 119th Conference of the American Psychological Association, Washington DC.

Brown, L. S. (2011, August). You will so be empowered: Feminist therapy with a reluctant participant. In J. Magnativa (Chair). *Eminent psychotherapists revealed: Audiovisual presentation of principles of psychotherapy.* Symposium presented at the 119th Conference of the American Psychological Association, Washington DC.

Brown, L. S. (2011, August). Teaching and supervising feminist therapy in the 21st Century. In C. Watkins (Chair), *Teaching and supervising psychotherapies in the 21st Century: Pressing needs, impressing possibilities.* Symposium presented at the 119th Conference of the American Psychological Association, Washington DC.

Brown, L.S. (2011, August). *Forensic trauma practice*. Continuing Education Workshop sponsored by the Division of Trauma Psychology, 119th Conference of the American Psychological Association, Washington DC.

Brown, L.S. (2011, August). *Cultural competence in trauma practice*. Continuing Education Workshop sponsored by the Division of Trauma Psychology, 119th Conference of the American Psychological Association, Washington DC.

Brown, L.S. (2011, June). *Feminist perspectives on trauma treatment.* Invited workshop, Adler Graduate School of Professional Psychology, Chicago IL.

Brown, L.S. (2011, January). Speaker, *A minyan of women*, Discussion program presented at the Sixth National Multicultural Conference and Summit of the APA, Seattle WA.

Brown, L.S. (2011, January). Panel member and discussant, *Is multicultural psychology ascientific?* Program presented at the Sixth National Multicultural Conference and Summit of the APA, Seattle WA.

Brown, L.S. (2010, August). *Can we create social justice: Toward an ethic of justice for trauma psychology.* Division of Trauma Psychology Presidential Address, presented at the 118th Annual Convention of the American Psychological Association, San Diego CA.

Brown, L.S. (2010, May). *Establishing and rebutting emotional distress damage claims: The forensic mental health expert's perspective.* Invited speaker, 43rd Annual Pacific Coast Labor and Employment Law Conference, Seattle WA.

Brown, L.S. (2010, April). *Real men don't get terrified: Working with male survivors of trauma.* Invited keynote address at a conference, Counseling Men in Difficult Times. California State University, Fullerton CA.

Brown, L.S. (2010, February. The Fremont Community Therapy Project: Creating our feminist vision. In L.S. Brown (Chair) *Creating a feminist therapy community training clinic.* Symposium presented at the Annual Conference of the Association for Women in Psychology, Portland OR.

Brown, L.S. (2010, February). Preventing vicatious traumatization through supervision. In E. Zurbriggen (Chair). *Vicarious traumatization in the clinic, classroom, and laboratory: Caring for ourselves and each other.* Symposium presented at the Annual Conference of the Association for Women in Psychology, Portland OR.

Brown, L.S. (2009, August). Re-centering margins and marginalizing centers. In B. Greene (Chair). *From margins to center---Feminist psychology discourse and socialjJustice in the Sherif tradition* . Symposium presented at the 117th Annual Convention of the American Psychological Association, Toronto Ontario.

Brown, L.S. (2009, August). Assessment and climbing on rocks: Psychologist meets reality TV. In S. Ladani (Chair). *Vive la difference: Lessons from psychologists in unusual careers.* Symposium presented at the 117th Annual Convention of the American Psychological Association, Toronto Ontario.

Brown, L.S. (2009, May). *Cultural Competence: A New Way of Thinking about Integration in Therapy.* Invited Keynote Address, Society for the Exploration of Psychology Integration Annual Meeting, Seattle WA.

Brown, L.S. (2009, May). *Cultural competence for the 21st Century.* Invited Workshop, Society for the Exploration of Psychology Integration Annual Meeting, Seattle WA.

Brown, L.S. (2009, May). *Transferential and countertransferetial issues in work with lesbian and bisexual women clients.* Invited Workshop, Center for Women's Health Promotion, Ben Gurion University, Beer Sheva Israel.

Brown, L.S. (2009, May). *New approaches to working with women and trauma*. Invited Address, , Center for Women's Health Promotion, Ben Gurion University, Beer Sheva Israel.

Brown, L.S. (2009, May). *Feminist therapy theory.* Invited Workshop, Center for Women's Health Promotion, Ben Gurion University, Beer Sheva Israel.

Brown, L.S. (2009, May). *Feminist psychotherapy supervision.* Invited Workshop, Center for Women's Health Promotion, Ben Gurion University, Beer Sheva Israel

Brown, L.S. (2009, April). Panelist in discussion program, *The Great ethics debate:How many "right" solutions can there be?* Convention of the California Psychological Association, Oakland CA.

Brown, L.S. (2008, October). *Enhancing cultural competence in psychotherapy.* Invited workshop, Pacific University Graduate School of Professional Psychology, Hillsboro OR.

Brown, L.S. (2008, October). *Cultural competence in trauma therapy: Getting beyond the flashback*. Invited workshop, Womencare Counseling Center, Evanston IL.

Brown, L.S. (2007, November). Betrayal trauma and the ethics of diagnosis. In J. Freyd (Chair), *Betrayal trauma: The ethics of diagnosis and treatment.* Symposium presented at the Annual Meeting, International Society for Traumatic Stress Studies, Baltimore MD.

Brown, L. S. (2007, November). *Cultural competence in response to multiple identities in the context of trauma.* Pre-Meeting Institute presented at the Annual Meeting, International Society for Traumatic Stress Studies, Baltimore MD.

Brown, L.S. (2007, October). *Developing cultural competence for the 21st Century.* Workshop presented for the Diversity Interest Group, Center for the Study of Women in Society, University of Oregon, Eugene OR.

Brown, L.S. (2007, October). *Treating Bajorans: Epistemologies of cultural competence in trauma treatment.* Invited colloquium lecture, Dept. of Psychology University of Oregon, Eugene OR.

Brown, L.S. (2007, August). Finding my center: Martial arts on the way to Tikkun Olam. In J.C. Norcross (Chair) *Psychotherapist self-care: Leaving it at the office.* Symposium presented at the 115th Annual Convention of the American Psychological Association, San Francisco CA.

Brown, L. S. (2007, August). Re-centering at the margin: Creating a continuously multicultural feminist therapy. In E. N  Williams (Chair). *International perspectives on feminist multicultural psychotherapy: Content and connection.* Symposium presented at the 115th Annual Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (2007, August). Discussant. In S. Gold, Chair, *Prostitution, trafficking, sexual compulsivity, and trauma.* Symposium presented at the 115th Annual Convention of the American Psychological Association, San Francisco CA.

Ford, L.N., Brown, L.S., Kerr, D. M, and Schwartz, L. (2007, August). *Qualitative study of previously infertile mothers and their experiences.* Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (2007, March). *Feminist therapy paradigms for working with complex trauma.* Workshop presented at the Annual Conference of the Association for Women in Psychology, San Francisco CA.

Brown, L.S. (2006, December). *More Than A Flashback:  Existential and Multicultural Issues in Trauma Treatment.* Invited Keynote Address, Annual Conference of the British Columbia Association of Specialized Victim Assistance and Counseling Programs. Vancouver BC Canada.

Brown, L.S. (2006, December). *Which self am I for: Intersecting identities in feminist trauma practice.* Invited workshop Annual Conference of the British Columbia Association of Specialized Victim Assistance and Counseling Programs. Vancouver BC Canada

Brown, L.S. (2006, November). *Culturally competent trauma practice.* Invited workshop, Convention of the Minnesota Counseling Association, St. Cloud MN.

Brown, L.S. (2006, November). *Is it a girl? The importance of gender in psychotherapy.* Keynote workshop, Convention of the Minnesota Counseling Association, St. Cloud MN.

Brown, L.S. (2006, August). *Swimming as a feminist.* Invited presentation, 114th Annual Convention of the American Psychological Association, New Orleans LA.

Brown, L.S. (2006, June). *Feminist therapy in the context of multiple and conflicting identities.* Invited address, Section on Psychology and Women, Conference of the Canadian Psychological Association, Calgary, Alberta.

Brown, L.S. (2006, May). *Feminist therapy with difficult and challenging clients.* Invited workshop presented for the Chinese Guidance and Couseling Association, Taipei, Taiwan.

Brown, L.S. (2006, May). *Working with trauma survivors.* Invited workshop presented at the National Dongwa University, Dongwa, Taiwan.

Brown, L.S. (2006, May). *Feminist therapy perspectives on trauma treatment.* Invited workshop presented at the National Changua University of Education, Changua Taiwan.

Brown,  L.S. (2006, May). *Working with lesbian, gay and bisexual clients.*  Invited workshop presented at the National Changua University of Education, Changua Taiwan.

Brown, L.S. (2006, March). *If I'm not for myself–but which self? Living in multiple identities.* Invited keynote address, Annual Conference of the Association for Women in Psychology, Ann Arbor MI.

Brown, L.S. (2005, August). *Still subversive after all these years.* Carolyn Wood Sherif Memorial Award Invited Address, 113th Annual Convention of the American Psychological Asssociation, Washington DC.

Brown, L.S. & Garnets, L. (2005, August). *So these two Jewish lesbians walk into an AWP conference.* Section on Lesbian Issues Invited Address, 113th Annual Convention of the American Psychological Asssociation, Washington DC.

Brown, L.S. (2005, August). Discussant. In L.S. Brown, Chair, *Ethical and pedagogical issues in assigned student self-disclosures.* Symposium presented at the 113th Annual Convention of the American Psychological Asssociation, Washington DC.

Brown, L.S., Antuna, C. & Underwood, B. (2004, November). *Infusing multicultural competence into trauma work.* Workshop presented at the Annual Conference of the International Society for Traumatic Stress Studies, New Orleans LA.

Brown, L.S. (2004, November). Contextual issues in the assessment of complex trauma. In S. Gold (Chair), *Contextual issues in complex trauma: Assessment and treatment.* Symposium presented at at the Annual Conference of the International Society for Traumatic Stress Studies, New Orleans LA.

Brown, L.S. (2004, August). Teaching about trauma in the professional school setting. In L.S. Brown, (Chair) *Telling the truth about trauma in psychology training.* Symposium presented at the 112th Annual Convention of the American Psychological Association, Honolulu Hawai'i.

Brown, L.S. (2004, August). Discussant. In. B. Greene (Chair). *A minyan of women.* Symposium presented at the 112th Annual Convention of the American Psychological Association, Honolulu Hawai'i

Brown, L.S. (2004, May). *Diversity and Clinical Psychology.* Colloquium presented at the Dept. of Psychology, University of Oregon, Eugene OR.

Brown, L.S. (2004, May). *Self-care and the therapist.* Lecture presented at the Dept. of Psychology, Univerfsity of Oregon, Eugene OR.

Brown, L.S. (2004, April). *Trauma memory and treatment: Therapy in a minefield.* Workshop presented at Kansas Wesleyan University, Salina KS.

Brown, L.S. (2004, March). *Feminist contributions to women's mental health.* Plenary Address presented at the Second International Congress on Women's Mental Health, Washington DC.

Brown, L.S. (2003, October). True trauma or true drama: Forensic trauma assessment and the challenge of malingering. In. L.S. Brown (Chair), *Trauma assessment: Challenges and contexts.* Symposium presented at the 19th Annual Meeting of the International Society for Traumatic Stress Studies, Chicago IL.

Courtois, C.A., Turkus, J. & Brown, L.S. (2003, October). *Risk management in trauma treatment.* Workshop presented at the 19th Annual Meeting of the International Society for Traumatic Stress Studies, Chicago IL.

Brown, L. S. (2003, August). "And my people shall be your people: A Jewish alliance journey." In  J. Mio (Chair). *Diversity in allied behavior: From the general to the specific*, Symposium presented at the 111th Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L. S. (2003, August). When feminist and mainstream ethics collide. In L. Knauss, (Chair). *Feminist Ethics-Practice and Perspective.* Symposium presented at the 111th Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L. S. (2003, August). From practice to classroom: Creating the next generation. In L. S. Brown and D. Haldeman (Chairs). *Privately out of the closet: Lives and work of LGB therapists.* Symposium presented at the 111th Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L. S. (2003, August). Advances in practice. In E. Cole, (Chair). *Thirty years of passion and progress- APA Committee on Women in Psychology.* Symposium presented at the 111th Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L.S. (2003, May). *Deconstructing diagnosis: Thinking beyond the DSM.* Invited keynote workshop, Annual Convention of the Oregon Psychological Association, Eugene OR.

Brown, L.S. (2003, May). *Diversity: Yours, mine and ours.* Workshop presented at the Annual Convention of the Oregon Psychological Association, Eugene OR.

Brown, L.S. (2003, February). *Deconstructing diagnosis: How to think diagnostically.* Workshop presented for the Portland Chapter, Association for Women in Psychology, Portland OR.

Brown, L.S. (2003, January).  Panel member in S. Dworkin (Chair).   *From Moshe Rabenu to Go Down Moses: A Jewish-African American dialogue.*  Third National Multicultural Conference and Summit, Los Angeles CA.

Brown, L.S. (2002, November). Forensic assessment of complex post-traumatic states in civil litigation. In L.S. Brown (Chair). *Contextual issues in complex trauma.* Symposium presented at the Eighteenth Annual Meeting, International Society for Traumatic Stress Studies, Baltimore MD.

Brown, L.S. (2002, August). *Can trauma be queer too? LGB issues in the study of trauma, loss, and grief.* Invited lecture presented at the 110th Annual Convention of the American Psychological Association, Chicago IL.

Brown, L.,S. (2002, August) My "family" in psychology": The people who have taught me. In M. Hoyt (Chair) *Honoring our teachers: Eminent psychologists describe who influenced them and how.* Symposium presented at the 110th Annual Convention of the American Psychological Association, Chicago IL.

Brown, L.S. (2002, August). "Don't be a sheep": How this oldest daughter became a feminist therapist. In J. Norcross, (Chair).*Why I (really) became a psychotherapist: Five psychologists speak.* Symposium presented at the 110th Annual Convention of the American Psychological Association, Chicago IL.

Brown, L.S. (2001, August). How I embody feminist therapy. In J. Norcross (Chair) *How do eminent therapist embody their theory of psychotherapy.* Symposium presented at the 109th Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (2001, August). Will the "Real" Mother Please Stand Up?: Implications of the Troxel Decision for Lesbian and Gay Families. In M. Gottlieb (Chair). *Implications of the US Supreme Court Troxel Decision.* Symposium presented at the 109th Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (2001, March). *Increasing competency in psychotherapy with lesbian, gay and bisexual clients.* Workshop presented at Birkbeck College, Unversity of London,  London England.

Brown, L.S. (2001, March). A century of psychotherapy with lesbian, gay and bisexual clients: Always patients? In S. Wilkinson, (Chair), *A century of lesbian and gay psychology.* Symposium presented at the Centenary Meeting of the British Psychological Society, Glasgow, Scotland.

Brown, L.S. (2001, March). *Lesbian and gay paradigm in psychology: Notes for the second stage.* Invited Address presented at the Centenary Meeting of the British Psychological Society, Glasgow, Scotland.

Brown, L.S. (2001, March). From subversive dialogues to difficult ones: Feminist therapy with highly challenging clients. In L. Moss (Chair), *Advanced Feminist Therapy Institute,* Workshop presented at the Annual Conference of the Association for Women in Psychology, Los Angeles CA.

Brown, L.S. (2001, January). *Ethical and professional issues in managing overlapping relationships.* Workshop presented for the Oregon State University Counseling Center, Corvallis OR.

Brown, L.S. .(2000, August) Feelings in context: Feminist therapy perspectives on countertransference. In J. Norcross, (Chair) *Six perspectives on countertransference.* Symposium presented at the 108th Convention of the American Psychological Association, Washington DC.

Brown, L.S. (2000, May). *Basic concepts in feminist therapy theory.* Workshop presented for the University of Florida Counseling Center, Gainseville FL.

Brown, L.S. (2000, May). *Surviving and Thriving in Trauma Work in the 21ˢᵗ Century.* Keynote address to the Gainesville Commission on the Status of Women Annual Conference on Sexual Assault, Gainseville FL.

Brown, L.S. (2000, May). *From subversive dialogues to difficult ones: Challenges in feminist therapy practice.* Workshop presented for the Portland Women's Therapy Project, Portland, OR.

Brown, L.S. (2000, March). *Welcome to the Gamma quadrant: Forensic survival strategies for trauma therapists*. Workshop presented for the Women's and Children's Center, Boise ID.

Brown, L.S. (2000, January). *Trauma, memory, and treatment.* Workshop presented for Eastern Washington University Continuing Professional Education Program, Spokane WA.

Frankel, S., Brown, L.S.& Dalenberg, C. (1999, November). *Forensic assessment of Dissociative Identity Disorder*. Workshop presented at the 15th Annual Meeting of the International Society for Traumatic Stress Studies, Miami FL.

Brown, L.S. (1999, November). *Finding hope: Surviving as a trauma therapist.* Keynote address and workshop presented at the Ninth Annual Conference of the Renfrew Center Foundation, Phildelphia PA.

Brown, L.S. (1999, October). *Trauma, memory, and feminist perspectives on trauma treatment.* Workshop presented for Joining Together Against Sexual Abuse, Cleveland OH.

Brown, L.S. (1999, October). *Forensic concerns for treating therapists.* Workshop presented at the Midwest Conference on Child Sexual Abuse, Madison WI.

Brown, L.S. (1999, October). *Trauma, memory and treatment.* Workshop presented at the Midwest Conference on Child Sexual Abuse, Madison WI.

Brown, L.S. (1999, October). Psychological expert testimony in white collar crime cases. In M. Pasano (Chair), *White collar crime,* Symposium presented at the APA-ABA Conference on Psychological Expertise and the Criminal Justice System, Arlington VA.

Brown, L.S. (1999, August). Coping with "retractor" lawsuits: How to reduce risk. Presented at a symposium, *Therapist misconduct in the next millenium: Trends, legal costs and risk management.* (R. Folman, Chair). 107th Annual Convention of the American Psychological Association, Boston MA.

Brown, L.S. (1999, August). Participant, roundtable discussion, *Feminist therapy experiences and reflections*. (M. Ballou, Chair). 107th Annual Convention of the American Psychological Association, Boston MA.

Brown, L.S. (1999, August). Forensic issues in recovered memory cases: An update. Presented at a symposium, *Delayed recall of trauma: An update on clinical and forensic practice.* (C. Courtois, Chair). 107th Annual Convention of the American Psychological Association, Boston MA.

Brown, L.S. (1999, April). *Feminist therapy with a same-sex couple*. Invited Distinguished Presenter,  Annual Meeting, International Association of Marriage and Family Counselors, San Diego CA.

Brown, L.S. (1999, April). *Forensic issues for trauma therapists.* Invited workshop at a conference, Posttraumatic Stress Disorders Treatment in the Post DSM IV World. US Dept. of Veteran's Affairs, Seattle WA.

Brown,  L.S. (1998, November). *Adventures in the Gamma Quadrant: Surviving as a trauma specialist in the age of "false memory" litigation.* Plenary lecture presented to the Annual Meeting of the International Society for the Study of Dissociation, Seattle WA.

Brown, L.S. (1998, November). *Forensic concerns for treating therapists.* Workshop presented at the Annual Meeting of the International Society for the Study of Dissociation, Seattle WA.

Brown, L.S. (1998, October). *Reclaiming the sacred in psychotherapy practice: The challenge of the new millenium.* Keynote Address at the Annual Institute and Conference, American Academy of Psychotherapists, Austin, TX.

Brown, L.S. (1998, October). *Feminist therapy: Not for women only.* Workshop presented at the Annual Institute and Conference, American Academy of Psychotherapists, Austin, TX.

Brown, L.S. (1998, September). *Trauma and memory: Cognitive and neuroscience findings as applied to EMDR practice.* Pacific NW EMDR Conference, Seattle WA.

Brown, L.S. (1998, August). *The recovered memory debate: Where do we stand now?* Invited address, Brief Therapy Conference of the Milton Erickson Foundation, New York NY.

Brown, L.S. (1998, August). *When your client is a plaintiff: Forensic survival strategies for treating therapists. Workshop* presented at the Brief Therapy Conference of the Milton Erickson Foundation, New York NY.

Brown, L.S. (1998, August). Forensic assessment issues in delayed recall cases. In C. Courtois (Chair), *Issues in recovered memory: What's the state of the art,* Symposium presented at the 106th Annual Convention of the American Psychological Association, San Francisco CA.

Brown, L. S. (1998, August). All you need is a little respect: What makes feminist therapy effective. In J. Norcross (Chair). *Three things that make my therapy effective.* Symposium presented at the 106th Annual Convention of the American Psychological Association, San Francisco CA.

Brown, L. S. (1998, August). *Trauma, memory and treatment: A feminist perspective.* Continuing education workshop presented for the Division of Psychotherapy, 106th Annual Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (1998, June). *Making social justice a life focus.* Invited speaker, 1998 Commencement of the Massachusetts School of Professional Psychology, Boston MA.

Brown, L.S. (1998, April). *False memories or false assumptions: A critical look at the memory debates.* Visiting Scholar Lecture, Kenyon College, Gambier OH.

Brown, L.S. (1998, April). *Feminist models of ethical decision-making for practice.* Workshop presented for the Interdisciplinary Program in Feminist Practice, University of Michigan, Ann Arbor MI.

Brown, L.S. (1998, March). Therapists in the courtroom: Probably not, maybe? In W. Foote, chair *An immodest proposal: Therapists should not be allowed in the courtroom,* Syposium presented at the Biennial Meeting, American Psychology-Law Society, Redondo Beach CA.

Brown, L.S. (1998, February). *Introduction to theory of feminist practice.* Workshop presented at Rollins College, Winter Park FL.

Brown, L.S. (1998, February). *Ethical dilemmas in feminist forensic practice.* Presented at the Annual Conference, Division of Psychology of Women, Lexington KY.

Brown, L.S., (1998, January). *Towards subverting despair: Finding the sacred in psychotherapy practice.* Keynote address presented at the Mid-Winter Meeting of the Georgia Psychological Association, Division E, Young Harris GA.

Brown, L.S. (1998, January). *Who me, spiritual? Recreating meaning in psychotherapy.* Workshop presented at the Mid-Winter Meeting of the Georgia Psychological Association, Division E, Young Harris GA

Brown, L.S. (1997, November). *Overcoming fear of politics: How embracing diversity can empower you as a therapist.* Invited keynote address, Women and Power Conference, Arbour Health Systems, Boston MA.

Brown, L.S. (1997, November). Discussant, in M. A. Dutton, (Chair*). Alternative hypotheses in feminist forensic psychology*. Symposium presented at the 13th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal Quebec.

Brown, L.S. (1997, November). Special topics in forensic assessment of trauma: Gender, race, class, and culture. In A. Pratt (Chair) *Psychological trauma: Forensic evaluation and testimony*. Invited Workshop presented at the 13th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal Quebec.

Brown, L.S. & Courtois, C. (1997, November*). Delayed memory in the clinical setting: Treatment principals and guidelines*. Invited Workshop presented at the 13th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal Quebec.

Brown, L.S. (1997, October). *Trauma, memory and treatment: What's the state of the art.* Workshop presented at the Nova Southeastern University School of Professional Psychology, Ft. Lauderdale FL.

Brown, L.S. (1997, September). *What do gender and sexuality issues have to do with the practice of clinical psychology?* Workshop presented at the San Diego campus, California School of Professional Psychology, San Diego CA.

Brown, L.S. (1997, August). Discussant, in G. Koocher, Chair, *Scientific and political issues in the recovered memory debate.* Symposium presented at the 105th Annual Convention of the American Psychological Association, Chicago IL.

Brown, L.S. (1997, August). *Giving away feminist psychology:  To whom, and how?* Division 35 Presidential Address presented at the 105th Annual Convention of the American Psychological Association, Chicago IL.

Brown, L.S. (1997, July). *Forensic considerations for EMDR practitioners.* Invited plenary lecture, Second Annual Conference of the EMDR International Association, San Francisco CA.

Brown, L.S. (1997, June). *Feminist therapy theory and practice.* Workshop presented at the Justice Institute, Vancouver BC.

Brown, L.S. (1997, April). *The debate over delayed recall of childhood abuse: What do we know now*. Invited lecture presented at the Annual Meeting of the Western Psychological Association, Seattle WA.

Brown, L.S. & Haldeman, D. (1997, March). *Lesbian and gay issues in professional psychology.*  Workshop presented at the Midwinter Conference of Divisions 29, 42, 43, St. Petersburg FL.

Brown, L.S. (1997, March). *Introduction to Feminist Therapy theory and practice.* Workshop presented for the Psychological Service Center, Pacific University, Forest Grove OR.

Brown, L.S. (1997, January). *Ethical and legal concerns for therapists in the recovered memory context*. Lecture presented to the Seattle Counselor Association, Seattle WA.

Brown, L.S. (1996, December). *Core concepts in feminist therapy theory*. Workshop presented at the Brief Therapy Conference of the Milton Erickson Foundation, San Francisco CA.

Brown, L.S. (1996, December). *Feminist therapy perspectives on diagnosis*. Workshop presented at the Brief Therapy Conference of the Milton Erickson Foundation, San Francisco CA.

Brown, L.S. (1996, November). Expert testimony and forensic evaluations. In K.S. Pope (Chair) *Recovered memory controversy: Legal trends, expert testimony and clinical implications.* Symposium presented at the 12th Annual Meeting, International Society for Traumatic Stress Studies, San Francisco CA.

Brown, L.S. (1996, November).Special considerations in forensic evaluations: Multiple vulnerabilities. In. M.A. Dutton, (Chair), *Sexual harassment as trauma: The controversy in a forensic context.* Symposium presented at the 12th  Annual Meeting, International Society for Traumatic Stress Studies, San Francisco CA.

Brown, L.S. (1996, November) *PTSD in civil litigation: Forensic evaluation and testimony.* Chair of workshop presented at the 12th  Annual Meeting, International Society for Traumatic Stress Studies, San Francisco CA.

Brown, L.S. (1996, October). *Feminist therapy: Creating the egalitarian relationship*. Invited workshop presented at the American Academy of Psychotherapists Annual Institute and Conference, Atlanta GA.

Brown, L.S. (1996, October). Ethical and legal considerations for feminist practice with recovered memories. Presented at a symposium, *Feminist psychology and the recovered memory debate.* Annual Conference of the SE Regional Chapter, Association for Women in Psychology, Hilton Head SC.

Brown, L.S. (1996, October). *The continuing adventure: Inventing and reinventing theory in feminist psychology.* Invited plenary address at the Annual Conference, SE Regional Chapter, Association for Women in Psychology, Hilton Head SC.

Brown, L.S. (1996, October). *The politics of memory: Whose science, whose history.* Plenary invited lecture at a conference Memory: Authorizing the Twentieth Century, University of Colorado, Boulder CO.

Brown, L.S. (1996, August). *The private practice of subversion: Psychotherapy as Tikkun Olam.* Awards address presented at the 104th Annual Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L.S. (1996, June). *Psychotherapy and assessment in the context of sexual harassment.* Workshop presented at the conference of the Florida Psychological Association, West Palm Beach FL.

Brown, L. S. (1996, June). *The recovered memory debate: What do we know now.* Workshop presented at the conference of the Florida Psychological Association, West Palm Beach.

Brown, L.S. (1996, June). Strategies for enhancing client empowerment in cases of recovered memory. In W. Freed (Chair) *The recovered memory debate: Scientific and clinical issues.* Symposium presented at the Second International Conference of the ISTSS, Jerusalem Israel.

Brown, L.S. (1996, April). *Dissociation as a coping strategy in the face of trauma.* Workshop presented at the Children's Justice Conference, Bellevue WA.

Brown, L.S. (1996, April). *Healing the traumatized woman: Strategies for effective intervention*. Workshop presented at the 11th Regional Conference on Trauma, Dissociation and Related Disorders, Akron OH.

Brown, L.S. (1996, April). *An introduction to feminist therapy theory and practice.* Workshop presented at Austin Women's Psychotherapy Project, Austin TX.

Brown, L.S. (1996, April). *False memories or false issues: What's really happening in therapy*? Lecture presented at Austin Women's Psychotherapy Project, Austin TX.

Brown, L.S. (1996, March). Supporting clients with containment in the memory recovery process. In. S. Gold (Chair) *Alternatives to memory recovery,* Symposium presented at the Mid-Winter Convention of the Divisions of Psychology, Independent Practice, and Family Psychology, Scottsdale AZ.

Brown, L.S. (1996, March). *Theory in feminist therapy: Where from here?* Invited awards address presented at the 21st Annual Convention, Association for Women in Psychology, Portland OR.

Brown, L.S. (1996, March). Ethical and legal implications of the delayed memory debate. In K. Quina (Chair). *Making the personal political and theoretical: Feminist perspectives on the delayed memory debate.* Symposium presented at the 21st Annual Convention, Association for Women in Psychology, Portland OR.

Brown, L.S. (1996, February). *Heterosexism in the construction of women's sexuality.* Presented at the Mid-Winter Conference of the Division of Psychology of Women, Knoxville TN.

Brown, L.S. (1995, November). The clinicians' critique of the memory scientists. In J. Herman (Chair*). Clinicians' report from the APA Working Group on Memories of Abuse.* Symposium presented at the annual meetings of the International Society for Traumatic Stress Studies, Boston MA.

Brown, L.S. (1995, October). *Clinical and forensic considerations with the remembering client.* Workshop presented at the Fall Meeting of the Washington State Psychological Association, Tacoma WA.

Brown, L.S. (1995, October). *Subversive dialogues: Feminist therapy.* Workshop presented at the California Institute of Integral Studies, San Francisco CA.

Brown, L.S. (1995, September). Evaluating future damages. Presented at a symposium, *Violence: Liability and Damages,* Washington State Trial Lawyers Association, Seattle WA.

Brown, L.S. (1995, August). Theory-building as feminist practice. In R. Nutt (Chair*) The many faces of feminist practice,* Symposium presented at the 103rd Annual Convention of the American Psychological Association, New York NY.

Brown, L.S. (1995, August). Feminist issues in evaluation and testimony in recovered memory cases. In. L.S. Brown (Chair), *Feminist forensic psychology: An emerging field of feminist practice.* Symposium presented at the 103rd Annual Convention of the American Psychological Association, New York NY.

Brown, L.S. (1995, June). *Preventing heterosexism in psychotherapy.* Workshop prevented at the Vermont Conference on Primary Prevention, Burlington VT.

Brown, L.S. (1995, April). *Not the Ethics 101 Class: Empowering therapists as ethical decision-makers.* CHASTEN Spring Workshop Series, Toronto Ontario Canada.

Brown, L.S. (1995, April). *Sexual harassment: Conceptual issues for forensic practitioners.* Presented at the Fifth Annual University of Miami  Law School National Symposium: Mental Health and the Law, Ft. Lauderdale FL.

Brown, L.S. (1995, February). Working with the treating therapist and expert witness. Presented at a symposium, *Representing victims of sexual abuse*, Washington State Trial Lawyers Association, Seattle WA.

Brown, L.S. (1995, February).Forensic issues for the treating therapist of sexual abuse survivors. Lecture presented at a workshop, *Feminist approaches to trauma treatment*, Center for Community Counseling, Eugene OR.

Brown, L.S. (1995, February). *Standards for practice after Ramona: Issues for forensic practitioners.* Invited lecture, American Academy of Forensic Sciences Annual Meeting, Seattle WA.

Brown, .L.S. (1994, October). *The recovered memory debate: Issues for clinicians*. Lecture presented at the Fall Convention, Washington State Psychological Association, Bellevue WA.

Brown, L.S. (1994, October). *When the therapist is a woman: Responding to same-sex abuse in therapy.* Workshop presented at the Third It's Never Okay Conference, Toronto Ontario Canada.

Brown, L.S. (1994, October). *Mind-rape: Non-sexual abuse and malpractice in therapy.* Workshop presented at the Third It's Never Okay Conference, Toronto Ontario Canada.

Brown, L.S. (1994, September). *Avoiding heterosexism in psychotherapy and counseling.* Workshop presented at the University of Georgia, Athens GA.

Brown, L.S. (1994, September). *The lesbian/gay paradigm; Directions for the 21st Century*. Inaugural invited lecture, Andrea Colley Memorial Lecture Series, Women's Studies Program, University of Georgia, Athens GA

Brown, L.S. (1994, September). *The recovered memory controversy; Facts and realities.* Lecture presented for the East Side Sexual Assault Center Consultation, Bellevue WA.

Brown, L.S. (1994, August).. When your patient is the plaintiff: Staying sane as the psychotherapist. In K.S. Pope, (Chair). *When your patient is the plaintiff: A new look*. Symposium presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles CA.

Brown, L..S. (1994, August). Gender issues in lesbian couples. In R.Scrivner (Chair*), Gender role as a factor in gay male and lesbian couples*. Symposium presented at the 102nd annual Convention of the American Psychological Association, Los Angeles CA.

Brown, L.S. (1994, August). The role of the expert witness and treating therapist in sexual harassment cases after Harris v. Forklift. In J. Goodman (chair), *Sexual harassment after Harris v. Forklift*. Symposium presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles CA.

Brown, L.S. (1994, August). *The politics of recovered memory.* Discussion hour presented at the 102nd Annual Convention of the American Psychological Association, Los Angles CA.

Brown, L.S. (1994, June). Why you don't have to be afraid of false memory lawsuits. Presented at a workshop *Avoiding False Memory Syndrome Lawsuits.* Seattle WA.

Brown, L.S. (1994, April). *New voices, many visions: Theory in feminist therapy*. Workshop presented for Tampa Bay Women Therapists Association and the U. of South Florida, Tampa FL.

Brown, L.S. (1994, April). *Feminist therapy and health care reform.* Presented at the Northwest Women's Studies Conference, Tacoma WA.

Brown, L.S. (1994, March). On being Jewish and feminist. In L. Obler (Chair). *Jewish feminists in psychology.* Symposium presented at the conference of the Association for Women in Psychology, Oakland CA.

Brown, L.S. (1994, January). *Subversive dialogues: Theoretical perspectives in feminist therapy.* Workshop presented for the Midwinter Meeting of the Georgia Psychological Association, Asheville NC

Brown, L.S. (1994, January). *Feminist ethics in psychotherapy: Strategies for decision-making.* Workshop presented at the Midwinter Meeting of the Georgia Psychological Association, Asheville NC

Brown, L.S. (1993, August). *Feminist therapy theory: Applications to family psychology.* Invited address, Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L.S. (1993, August). The case for therapy. In E. Rothblum, (Chair), *Can radical lesbian feminism coexist with psychology?* Symposium presented at the Convention of the American Psychological Association, Toronto Ontario Canada.

Brown, L.S. (1993, April). *The perils of diagnosis.* Keynote Address, Conference on Ending Violence Against Women, University of Western Ontario, London Ontario Canada.

Brown, L.S. (1993, April). Models of Clinical Supervision. In C. Freeman, (Chair), *The supervisory relationship*. Symposium presented at the Spring Meetings of the Washington State Psychological Association, Seattle WA.

Brown, L.S. (1993, March). *Dealing with encroaching legalism in the APA Ethics Code*. Workshop presented at the Annual Conference of the Association for Women in Psychology, Atlanta GA.

Brown, L.S.(1993,March). *Becoming a diplomate: A workshop for feminist therapists.* Presented at the Annual Conference of the Association for Women in Psychology, Atlanta GA.

Brown, L.S. (1992, October). *Shattered expectations as trauma in therapy abuse.* Workshop presented at the meetings of the International Society for Traumatic Stress Studies, Los Angeles CA.

Brown, L.S. (1992, August). Anti-domination training as an essential component of diversity in clinical psychology. In L. Comas-Diaz, Chair, *Achieving diversity in clinical psychology,* Symposium presented at the 100th Annual Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1992, August). *Feminist therapy perspectives on the 1992 APA Ethics Code Revision.* Discussion hour presented at the 100th Annual Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1992, August). Identity management issues in the workplace as a quality of life issue. In L. Garnets, Chair, *Quality of life for lesbians and gay men.* Symposium presented at the 100th Annual Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1992, August). How can we make psychology genuinely multicultural? In G. Gottsegen, Chair, Psychology at Work: *Centennial Panel,* Symposium presented at the 100th Annual Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1992, August). Discussant in A. Lawler, Chair, *Feminist perspectives on codependency.* Symposium presented at the 100th Annual Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1992, June). *Using DSM-III-R with culturally diverse populations.* Workshop presented at RIAGG Amsterdam-Oost, Amsterdam, The Netherlands

Brown, L.S. (1992, June). Trauma "within the range" of usual experience." In L.S. Brown, Chair, *Feminist therapy perspectives on trauma,* Symposium presented at the First International Congress of the International Society for the Study of Traumatic Stress, Amsterdam, The Netherlands.

Brown, L.S. (1992, June). Feminist therapy with lesbian trauma survivors: Clinical considerations for the population. In L.E.A. Walker, Chair, *Feminist therapy with trauma survivors,* symposium presented at the First International Congress of the International Society of the Study of Traumatic Stress, Amsterdam, The Netherlands

Brown, L.S. (1992, February). *Women's adult development.* Workshop presented at the Third Conference on Women, Washington State Psychological Association, Seattle, WA.

Brown, L.S. (1991, December). *Feminist therapy ethics.* Workshop presented for the Feminist Counseling Association of Western Canada, Vancouver BC Canada.

Brown, L.S. (1991, December). *The integration of heart and mind: Becoming adult women.* Invited Lecture, American Psychological Association Centennial Series on Human Development, Washington DC.

Brown, L.S. (1991, November). *Boundary dilemmas in feminist psychotherapy.* Workshop presented for the Women's Counseling Referral and Education Centre, Toronto Ontario Canada.

Brown, L.S. (1991, August). Discussant, in L.S. Brown, (Chair) *Dealing with the continuum of boundary dilemmas in psychotherapy*. Symposium presented at the Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (1991, August). The effect of the report process in treatment of therapy abuse survivors. In K. Saakvitne (Chair), *Treating victims of abusive psychotherapies: Clinical, ethical, and countertransference issues*. Symposium presented at the Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (1991, August). *Future directions for the lesbian/gay paradigm for psychology.* Invited address, Convention of the American Psychological Association, San Francisco CA.

Brown, L.S. (1991, May) *The importance of a multicultural perspective*. Invited address at the Annual Conference of the Interaktie Akademie,Antwerp, Belgium.

Brown, L.S. (1991, March). *New voices, new visions: A lesbian paradigm for the psychology of women*. Invited address presented at the meeting of the Division of Women, Georgia Psychological Association, Atlanta GA.

Brown, L.S. (1990, October) *Ethical considerations in the treatment of lesbian and gay male clients.* Presentation at the Fall Meeting of the Washington State Psychological Association, Bellevue WA.

Brown, L.S. (1990, October). *Therapy in another mother tongue: Working with the sexual minority client*. Keynote address at a conference, Counseling the Lesbian, Gay and Bisexual Client, Ithaca NY.

Brown, L.S. (1990, August) Anti-racism as an ethical imperative in feminist therapy. In L.S. Brown (Chair) *Ethics in feminist therapy: Next steps.* Symposium presented at the Convention of the American Psychological Association, Boston, MA.

Brown, L.S. (1990, August). Making psychology safe for lesbians and gay men. In A. Smith (Chair) *Future directions in lesbian and gay issues in psychology.* Symposium presented at the Convention of the American Psychological Association, Boston, MA.

Brown, L.S. (1990, August) Sex in a vacuum: Heterosexism in the social construction of women's sexuality. In C. Travis (Chair) *The social construction of women's sexuality.* Symposium presented at the Convention of the American Psychological Association, Boston, MA.

Brown, L.S. (1990, August) *The meaning of a non-homophobic psychology.* Conversation hour presented at the Convention of the American Psychological Association, Boston MA.

Brown, L.S. (1990, May) *The future of feminist therapy*. Presented at the Feminist Practice Conference, UW School of Social Work, Seattle WA.

Brown, L.S. (1990, March) *What are the next steps in feminist therapy ethics?* Presented at the Conference of the Association for Women in Psychology, Tempe AZ.

Brown, L.S. (1990, January) *Future issues for feminist psychology.* Invited address given at a conference on Women and Psychology presented by the Colorado Women Psychologists, Denver CO.

Brown, L.S. (1989, August) Victimization as a risk factor for depression in women. In S. Noelen-Hoeksma (Chair) *Special topics in women and depression.* Symposium presented at the Convention of the American Psychological Association, New Orleans, LA.

Brown, L.S. & Gonsiorek, J. (1989, August). *Ethical concerns for lesbian and gay male therapists.* Conversation hour presented at the Convention of the American Psychological Association, New Orleans, LA.

Brown, L.S. (1989, March). *Working with lesbian and gay clients and their families.* Continuing Psychological Education Workshop presented at a meeting of Colorado Women Psychologists, Denver CO.

Brown, L.S. (1988, December). *Feminist therapy perspectives on psychodiagnosis: Beyond DSM and ICD.* Keynote address presented at the First International Congress on Mental Health Care for Women, Amsterdam, The Netherlands.

Brown, L. S. (1988, September) *Treating the victims of abusive therapists.* Continuing education workshop presented at a conference on Women and Psychology, Washington State Psychological Association, Tacoma WA.

Brown, L.S. (1988, September) *Current issues and developments in feminist therapy.* Presented at a conference on Women and Psychology, Washington State Psychological Association, Tacoma WA.

Brown, L.S. (1988, August) Feminist therapy ethical issues with special populations. In E. Rave (Chair) *Feminist therapy ethics,* Symposium presented at the Convention of the American Psychological Association, Atlanta GA.

Brown, L.S. (1988, August) Taking account of gender and sexuality issues in clinical assessment. In K. Pope (Chair) *Doing valid and useful clinical assessment,* Symposium presented at the Convention of the American Psychological Association, Atlanta GA.

Brown, L.S. (1988, August). *New voices, new visions: towards a lesbian/gay paradigm for psychology.* Presidential address presented at the Convention of the American Psychological Association, Atlanta GA.

Brown, L.S. (1988, May) *The meaning of a multicultural perspective for theory- building in feminist therapy.* Seventh Advanced Feminist Therapy Institute, Seattle WA.

Brown, L.S. (1987, August) Toward a new conceptual paradigm for the Axis II diagnoses. Presented at a symposium on *DSM-III-R.* 95th Convention of the American Psychological Association, New York NY.

Brown, L.S.  (1987, August) Beyond "Thou shalt not:" Developing conceptual frameworks for ethical decision-making. Presented at a symposium, *Ethical and boundary dilemmas for lesbian and gay psychotherapists.* 95th Convention of the American Psychological Association, New York NY.

Brown, L.S. (1987, May) *Training issues for white feminist therapists working with women of color trainees.* Paper presented at the Sixth Advanced Feminist Therapy Institute, Chicago, IL.

Brown, L.S. (1987, March) Lesbians and gay men as adult members of their families of origin: Basic clinical issues. Presented at a symposium, *Lesbians  and Gay Men and Their  Families,* Midwinter conference of the Divisions of Psychotherapy, Independent Practice, and Family Psychology, New Orleans, LA.

Brown, L.S. (1987, January) *Learning to think about ethics: A guide for the perplexed lesbian feminist therapist.* Invited keynote address, Boundary dilemmas in the client-therapist relationship: A working conference for lesbian therapists. Los Angeles, CA.

Brown, L.S. (1986, November) What's missing in graduate training in psychology? Presented at a discussion program, *The future of graduate training in psychology.* Fall Meeting of the Washington State Psychological Association, Everett, WA.

Brown, L. S. (1986, August) Negative impacts of post-termination sexual relationships between clients and therapists. Presented at a symposium, *Relationships with patients after termination: Ethical, clinical and legal issues.* Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1986, August) A time to be critical: New directions in lesbian- affirmative psychotherapy. Presented at a symposium, *Advances in Gay- Affirmative Psychotherapy*. Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1986, August) Diagnosis and the zeitgeist: The politics of masochism in the DSM-III-R. Presented at a symposium, *The politics of diagnosis,* Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1986, August) Fat oppression and psychotherapy; a new look at the meaning of body size. Presented at a symposium, *Disordered or Displaced: Women in Context.* Convention of the American Psychological Association, Washington DC.

Brown, L.S. (1986, May) *Confronting ethically problematic feminist therapists.* Paper presented at the Fifth Annual Advanced Feminist Therapy Institute, Minneapolis, MN.

Brown, L.S. (1985, November) *Assessment and diagnosis in feminist therapy.* Continuing Education Workshop presented at the Fall Meeting of the Washington State Psychological Association, Seattle, WA.

Brown, L.S. (1985, August) Sexual issues in the development of lesbian couples. Paper presented at a symposium, *A developmental approach to therapy with lesbian couples.* A Convention of the American Psychological Association, Los Angeles, CA.

Brown, L.S. (1985, August) Employment issues for lesbian and gay male clinicians. Paper presented at a symposium, *Employment concerns of lesbian and gay male psychologists.* Convention of the American Psychological Association, Los Angeles, CA

Brown, L.S. (1985, June) A continuing education model for training in feminist therapy. Paper presented at a symposium, *Three approaches to training in feminist therapy.* Conference of the National Women's Studies Association, Seattle, WA.

Brown, L. S. (1985, April) *Ethical and conceptual issues in the development of feminist therapy theory.* Paper presented at the Fourth Advanced Feminist Therapy Institute, Bal Harbour, FL.

Brown, L.S. (1984, October) *An introduction to feminist therapy theory.* Continuing Education Workshop presented at the Fall Meeting of the Washington State Psychological Association, Seattle, WA.

Brown, L.S. (1984, May) *An Introduction to Feminist Psychology.* Lecture presented at the Spring Meeting of the Washington State Psychological Association, Spokane, WA.

Brown, L.S. (1984, May) Psychology and Social Issues: Creating a Zeitgeist for Knowledge, Fulfilling Ethical Responsibilities to our Communities. Presented at a symposium, *Should WSPA Get Involved in Social Issues?,* Spring Meeting of the Washington State Psychological Association, Spokane, WA.

Brown,L.S. (1984, March) *Power and responsibility:Developing ethical guidelines for feminist therapists.* Presented at the Third Advanced Feminist Therapy Institute, Oakland, CA.

Brown, L.S.  (1984, March) *What psychologists working in the media need to know about women's issues*. Presented at the Mid-Winter Conference of the Division  of  Psychotherapy/Division of Private Practice, San Diego, CA.

Brown, L.S. (1984, May and 1983, October) *An introduction to therapy issues with lesbian and gay male clients.* Continuing education workshop presented at the Fall  Meeting, Seattle, WA, and the Spring Meeting, Spokane WA of the Washington State Psychological Association.

Brown, L.S. (1983, August)  *Sexual issues in therapy with lesbian clients.*  Workshop presented at the meeting of the Association of Lesbian and Gay Psychologists, Anaheim,CA.

Brown, L.S. (1983, August) The lesbian feminist therapist and her community. Paper  presented at a symposium, *The Female Therapist in Private Practice.* Convention of the American Psychological Association, Anaheim, CA.

Brown,L.S. (1983, May) *Women, weight, and power.* Presented at the Second Advanced Feminist Therapy Institute, Washington, DC.

Brown, L.S. (1983, March) Finding new language:Beyond analytic verbal shorthand.Presented at a symposium, *Toward developing theory in feminist therapy.* Tenth Annual Conference of the Association for Women in Psychology, Seattle, WA.

Brown, L.S.( 1983, March) "Over"weight and "over"eating:The standards and their impact on women. Presented at a symposium, *The Role and Impact of Food and Body-Image in Women's Lives.*  Convention of Association for Women in Psychology, Seattle, WA.

Brown, L.S. (1982, August) Internalized oppression as an issue in sex therapy with lesbians. Presented at a symposium, *Therapy With Lesbians.* Convention of the American Psychological Association, Washington, DC.

Brown, L.S.  (1982, May) Ethical issues in feminist therapy:What is a feminist ethic? Presented at the First Advanced Feminist Therapy Institute, Vail,CO.

Brown, L.S., DeWolfe, D, and Larson, E.R. (1979, December) *Sex therapy and education with lesbian and bisexual women.* Presented at the Fourth World Congress of Sexology, Mexico City, Mexico.

Brown, L.S. (1979, March) *Academicians and service providers: Allies or adversaries?* Presented at the Conference of the Association for Women in Psychology, Dallas, TX.

Brown, L.S. (1979, March) *A developmental theory of lesbian sexual identity.*   Presented at the Conference of the Association for Women in Psychology, Dallas, TX.

Brown, L.S. (1978, April) *Assertiveness training:Issues for physical education instructors.* Presented at the Conference of the American Alliance for Health, Physical Education, and Recreation. Kansas City, MO.

Brown, L.S., May, C., and Landis, S. (1978, March) *A sexuality workshop for women loving women.* Presented at the Conference of the Association for Women in Psychology, Pittsburgh, PA.

Brown, L.S. (1978, March) Hoisting scholars by their own petards. Presented at a symposium, *Festschrift in Honor of Joan Evansgardner.* Conference of the Association for Women in Psychology, Pittsburgh, PA.

Brown, L.S. (1978, March) *Supervisory issues in feminist therapy.* Presented at the Conference of the Association for Women in Psychology, Pittsburgh, PA.

Brown, L.S. (1977, August) Sexual assertiveness and contraceptive behavior:An intriguing connection. Presented at the *Open Symposium on Issues and Research in the Psychology of Women.*  Convention of the American Psychological Association, Toronto, Ontario, Canada, August.

Brown, L.S. (1976, August) Teaching a Psychology of Women course as a consciousness-raising technique.Presented at a symposium, *Consciousness- Raising  in an Academic Setting.*  Convention of the American Psychological Association, Washington, DC.

Brown, L.S. (1976, August) Free Women: Creativity and madness in the fiction of Doris Lessing. Presented at a symposium, *If Shakespeare Had A Sister,* Convention of the American Psychological Association, Washington, DC.

Brown, L.S., May, C., and Sprei, J. (1976, February) *Sexual and sensual awareness: A consciousness-raising experience for women.*  Presented at the Conference of the Association for Women in Psychology, Knoxville, TN.

Brown. L.S. (1975, August) *Investigating the stereotypic picture of lesbians in the clinical literature.* Presented at the Convention of the American Psychological Association, Chicago IL.

Miller, H.R., Liss-Levinson, N., Levinson, W., Gulanick, N, Brown, L.S., Coleman, E., and Sullivan, R. (1975, March) *Social skills training.* Workshop presented at the Convention of the American Personnel and Guidance Association.

Brown, L.S. (1975, January) *Recent research on gay women.* Presented at the Conference of the Association for Women in Psychology, Carbondale, IL.


## PROFESSIONAL ACTIVITIES

American Psychological Association
    Committee on Women in Psychology, 1984-86
    Education Directorate Roster of Accreditation Site Visitors, 1984- 1993
    Board of Social and Ethical Responsibility in Psychology, 1987-89.
    Liaison on diagnostic issues to American Psychiatric Association, 1985-1993.
    Policy and Planning Board, 1993-1995.
    Working Group on Recovered Memories of Childhood Sexual Abuse, 1993-1995.
    Committee on Lesbian, Gay and Bisexual Concerns, 1997-1999.
    Ethics Code Revision Task  Force, 1997-2001.
    Candidate for President, 1997 (Nominated and declined, 1998, 2001, 2005)
    Post-Traumatic Stress Disorder Treatment Guidelines Working Group, 2012-2018

Washington State Psychological Association
    Committee on Lesbian and Gay Concerns,(Co-Chairperson, 1984-1986), 1984- present
    Provider Issues Committee, 1987-88
    Professional Standards and Ethics Review Committee, 1988-90.
    Women's Conference Committee, 1988-90.
    President Elect-Elect, 1990.
    President-Elect, 1991.
    Convention Program Chair, 1991.
    Workgroup on prescriptive privileges, 1990-1994.
    President, 1992.
    Past-President, 1993
    State Legislative Advocacy Coordinator, 1993-1994
    Webmaster, 2001-2003.

Society for the Psychological Study of Social Issues, Division 9 of APA
    Liaison to the APA Committee on Lesbian and Gay Concerns, 1987-1989.
    Otto Klineberg International Relations Award Committee, 1991.

Society of Clinical Psychology, Div. 12 of APA
    Committee on Diversity, 1991-1998
    Publications Committee, 1994-1998

Division of Psychotherapy, Div. 29 of APA
    Publications Board, 2007-2013
    Website redesign task force chair, 2008

Society for the Psychology of Women, Div. 35 of APA.
    Chairperson, Nominations Committee, 1985-86
    Chairperson, APA Program Review Committee, 1984-1985.
    Chair Lesbian Issues Task Force, 1983-85
    Co-Chairperson Committee on Clinical Training and Practice, 1985-88,
    Chairperson, Sub-committee on Accreditation Issues,1985-90.
    APA Convention Program Reviewer, 1984 and 1986
    Co-Chair, Task Force on Media and Consumer Issues, 1988-90.
    Co-Chair ,Section on Feminist Professional Practice and Training,1989-90.
    Newsletter Editor, Section on Feminist Professional Training and Practice, 1990-91.
    Task Force on Diversity in Feminist Psychology, 1990-91.
    Participant and Theory Group Co-Facilitator, National Conference on Training in Feminist Practice, 1993
    President-Elect, 1995-1996.
    President, 1996-1997.
    Past-President, 1997-1998
    Coordinator, Academy of Feminist Practice, 1996-present
    Representative to APA Council, 1999-2001
    Webmaven, 2004-2005
    Representative to APA Council 2007-2009
    Representative to Divisions for Social Justice, 2007-2009
    Member, Working Group on the 2017 Ethics Code Revision

Division of Independent Practice, Div. 42 of APA
    Co-Chair, Continuing Education Committee, 2005-2007

Division of Family Psychology, Div. 43 of APA.
    Chairperson, Committee on Lesbian and Gay Issues, 1984-1986
    Committee on gender issues, 1986-88.
    Committee on diversity, 1995-1997.

Society for the Psychological Study of Lesbian and Gay Issues -Division 44 of APA.
    President-Elect, 1986-87
    President, 1987-89
    Past-President, 1989-1990
    Fellows Chair, 1989-91
    Nominations Chair, 1989-91
    Awards Committee Co-Chair, 1988-1989.
    Fellows Chair, 2003-2006
    Member, Fellows Committee, 2006-present
    Web Editor, 2007-2010

Society for the Psychological Study of Ethnic Minority Issues-Division 45 of APA
    Member at Large for Diversity of the Executive Committee, 2003-2006

Division of Media Psychology, Div. 46 of APA
    Committee on Lesbian and Gay Issues, Chair, 1995.
    Committee on Diversity, 1996-1997.

Division of Trauma Psychology, Div. 56 of APA
    Web Editor, 2006-2012
    Policy Committee, 2006-2012
    Publications Committee, 2006-2012
    Practice Committee , 2006-2012
    Program Committee, 2006-2012
    President- Elect, 2009

President, 2010
Past-President, 2011
Representative to the New Haven Trauma Competencies Conference, 2013.

Feminist Therapy Institute
    Steering Committee 1983-1988
    Coordinator of Committees 1984-86
    Training Committee, 1983-1987
    Newsletter Editor 1983-1987
    Membership/Outreach Committee 1983-1987
    Ethics and Accountability Committee 1983-1990
    Annual Conference Committee Co-Chair,1987-88
    Committee on Diversity Co-Chair, 1987-88

Association for Women in Psychology
    Feminist internship roster coordinator, 1973-75
    Committee Coordinator 1975-77
    Feminist therapy roster coordinator 1977-79
    National conference coordinator, 1975, 1983.

American Psychological Foundation
    Advisory Board, Wayne Placek Fund, 1993-1995
    Advancement Committee, 2010-2012

International Society for Traumatic Stress Studies
    Program Committee, 1995
    Program Committee, 1997-1998
    Program Committee 2007
    Diversity Special Interest Group, 2005-present

International Society for the Study of Dissociation
    Awards Committee, 1999
    Chair, Film and Media Committee, 2003-2004