The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIAS PEÑA, ISAIAH HUTSON, and RAY ALANIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, WASHINGTON,<br><br>Defendant. | Case No.: 3:21-CV-05411-DGE<br><br>**APPENDIX TO PLAINTIFFS' OPPOSITION TO DEFENDANT CLARK COUNTY'S MOTION FOR SUMMARY JUDGMENT DISMISSAL**<br><br>Noted for Hearing: March 10, 2023<br><br>Oral Argument Requested |

**PLAINTIFFS' OPPOSITION TO DEFENDANT CLARK COUNTY'S MOTION FOR SUMMARY JUDGMENT DISMISSAL**, CASE NO. 3:21-CV-05411-DGE

1

**APPENDIX – EXHIBITS**

| Exhibit | Description |
| --- | --- |
| Exhibit A | Excerpts of Deposition of Ray Alanis |
| Exhibit B | Excerpts of Deposition of Isaiah Hutson |
| Exhibit C | Excerpts of Deposition of Elias Pena |
| Exhibit D | Excerpts of Deposition of Allen Martinez |
| Exhibit E | Excerpts of Deposition of Edward Perez |
| Exhibit F | Excerpts of Deposition of Julio Morales |
| Exhibit G | Excerpts of Deposition of Timothy Waggoner |
| Exhibit H | Excerpts of Deposition of Marc Smith |
| Exhibit I | Excerpts of Deposition of Micah Passmore |
| Exhibit J | Excerpts of Deposition of Carolyn Heniges |
| Exhibit K | Excerpts of Deposition of Amanda Lawrence |
| Exhibit L | Excerpts of Deposition of Kara Hill |
| Exhibit M | Excerpts of Deposition of Joshua Lipscomb |
| Exhibit N | Excerpts of Deposition of Matthew Griswold |
| Exhibit O | Excerpts of Deposition of Carl K. Oman |
| Exhibit P | Excerpts of Deposition of Sue Stepan |
| Exhibit Q | Excerpts of Deposition of John May |
| Exhibit R | Excerpts of Deposition of Darrell Young Volume I and II |
| Exhibit S | Excerpts of Deposition of Isidoro Flores |
| Exhibit T | Excerpts of Deposition of Chad Weiker |
| Exhibit U | Excerpts of Deposition of Ricky Nichols |
| Exhibit V | Excerpts of Deposition of Aaren Morring |
| Exhibit W | Excerpts of Deposition of Richard Harris |
| Exhibit X | Declaration of Clayton Tikka |
| Exhibit Y | Declaration of Larry Jones |

| Exhibit Z | Posting – Bates Number P96 |
|---|---|
| Exhibit AA | Kara Hill's Investigation Report Bates Number CC2920-CC2923 |

Dated: March 6th, 2023

Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

*/s/ Luis Lozada*
Luis Lozada, pro hac vice
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: llozada@maldef.org

*/s Leticia Saucedo*
Leticia Saucedo, pro hac vice
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: lsaucedo@maldef.org

**BRESKIN, JOHNSON, TOWNSEND PLLC**

*/s Roger M. Townsend*
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
Email: rtownsend@bjtlegal.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically transmitted the attached documents to the Clark's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

Dated: March 6, 2023

                                      */s Ann M. Iarossi*
                                      Ann M. Iarossi, Legal Assistant