HONORABLE DAVID ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIAS PEÑA, ISAIAH HUTSON, and RAY ALANIS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>　　　　　　　　　　Defendant. | NO. 3:21-cv-05411-DGE<br><br>**NOTICE OF WITHDRAWAL OF ANDRES HOLGUIN-FLORES**<br><br>(Clerk's Action Required) |

TO:　　　THE CLERK OF THE COURT

AND TO:　ALL PARTIES OF RECORD

PLEASE TAKE NOTICE in accordance with LCR 7(d) (3), Andres Holguin-Flores hereby withdraws as attorney of record for Plaintiffs Elias Pena, Isaiah Hutson, and Ray Alanis.  Mr. Holguin-Flores has ended his employment with the Mexican American Legal Defense and Educational Fund (MALDEF).  Plaintiffs will not be prejudiced and will be fully and adequately represented by other MALDEF counsel and Breskin, Johnson, and Townsend counsel.

DATED: April 14, 2023.

**BRESKIN JOHNSON & TOWNSEND, PLLC**

By: s/ *Roger M. Townsend*
Roger M. Townsend, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA  98104
(206) 652-8660
rtownsend@bjtlegal.com

NOTICE OF WITHDRAWAL OF ANDRES
HOLGUIN-FLORES - 1
Case No. 3:21-cv-05411-DGE

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Andres Holguin-Flores*
Andres Holguin-Flores (Pro Hac Vice)
CA Bar No. 305860
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Phone: 213-629-2512
Email: aholguin-flores@maldef.org

By: */s/ Leticia M. Saucedo*
Leticia M. Saucedo (Pro Hac Vice)
NY Bar No. 2953255
1512 14th Street,
Sacramento, CA 95814
Phone: 916-444-3031
Email: lsaucedo@maldef.org

By: */s/ Luis Lozada*
Luis Lozada (Pro Hac Vice)
CA Bar No. 344357
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Phone: 213-629-2512
Email: llozada@maldef.org

By: */s/ Fernando Nuñez*
Fernando Nuñez (Pro Hac Vice)
CA Bar No. 327390
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Phone: 213-629-2512
Email: fnunez@maldef.org

*Attorneys for Plaintiffs*