**EXHIBIT B**

| | | |
|---|---|---|
| JAMES L. GRESS † <br> JOHN C. YOUNG † <br> BRETT B. SCHOEPPER † <br> SARAH A. GARRETT † <br> JOSEPH A. URBANSKI † <br> KELLY C. WALSH † <br> OMEED GHAFFARI † <br> GORDON T. CLARK – Retired |  <br> **Gress - Clark - Young & Schoepper** | 8705 SW Nimbus Avenue, Suite 240 <br> Beaverton, Oregon 97008 <br> TELEPHONE: (971) 285-3525 <br> FAX: (503) 646-2785 <br> www.GressAndClarkLaw.com <br><br> † MEMBER OREGON and WASHINGTON BARS <br> ** MEMBER OREGON BAR |

January 19, 2021

**SENT VIA FAX/REGULAR MAIL**

Penalty Adjudicator
Department of Labor and Industries
Self-Insurance Section
PO Box 44892
Olympia, WA 98504-4892

     RE:    Claimant   :    Isaiah Hutson
             Employer   :    Clark County
             D/Injury   :    1/14/2020
             Claim No.   :    003589-003102-WC-01
             DLI Claim No :    SY10571

**EMPLOYER'S REQUEST FOR A FINDING OF WILLFUL MISREPRESENTATION**

Dear Penalty Adjudicator:

I represent the employer with regard to this industrial injury claim and as such please ensure that I am copied on all future correspondence and Department orders.  Please too consider this as the employer's formal request for a finding of willful misrepresentation together with a demand for repayment of provisional time loss compensation benefits from the date of discovery of this willful misrepresentation on August 1, 2020, through December of 2020 totaling $25,376.58.  Moreover, we are seeking pursuant to the statute governing willful misrepresentation a 50 percent penalty on top of the reimbursement for unjust receipt of time loss compensation benefits which would equal an additional $12,688.29.  Please find enclosed along with this correspondence the Department's willful misrepresentation checklist along with all supporting documents and materials to include a benefits payment ledger, medical records and opinions, and investigation reports along with video surveillance evidence proving that the claimant has willfully misrepresented his condition thereby improperly receiving benefits within what should now be a closed industrial injury claim.

Department of Labor and Industries
January 19, 2021
Page 2

By way of background, the claimant alleged an injury to the right shoulder occurring on January 14, 2020.  This claim was ultimately allowed and the claimant followed up with various providers to address this alleged and contended right shoulder injury.  In the summer of 2020, to assist in the ongoing processing of this industrial claim, an independent medical examination had been scheduled for August 1, 2020.  Shortly before the claimant was required to attend this examination, the third-party administrator was informed by the claimant that he had been exposed to COVID-19 and as a consequence would not be in a position to attend the properly noticed and scheduled independent medical examination due to quarantine requirements.  However, the claimant was not forthright in his representations to the third-party administrator and instead of attending the independent medical examination as scheduled elected to recreate with a number of other individuals at Dougan Falls the entire day on August 1, 2020.  You will see within these materials video surveillance footage taken of the claimant on August 1, 2020, depicting him engaging in various unrestricted activities involving the right upper extremity which are contrary to his clinical presentation to providers.  Specifically, there is footage depicting the claimant carrying a child and backpack along with shopping at a supermarket to prepare for his all day outing.  While at Dougan Falls, the investigator shows the claimant engaging in various activities to include sitting in a chair, swimming, climbing on rocks with both hands and arms, conversing with multiple people, inflating a floating innertube along with various other activities with no indication of any pain, limitations, or problems involving his allegedly disabled right upper extremity.

Of particular importance in review of these materials is the June 3, 2020, follow-up visit with Dr. McCarron wherein the claimant reported no improvement in his condition.  He further represented at that time to Dr. McCarron that his pain was limiting him in all activities of daily living and that his condition was even more painful than the month prior.  Dr. McCarron at that point had recommended a diagnostic arthroscopy to address his contended disability.  As we know, the claimant subsequently engaged in various activities in August of 2020 demonstrating no disability whatsoever but when following up again with Dr. McCarron on September 29, 2020, he again reported that his condition was unchanged thereby resulting in Dr. McCarron endorsing a recommendation for surgical intervention.  Dr. McCarron's ongoing recommendation for surgery prompted an independent medical examination with Dr. Curcin on October 22, 2020.  Dr. Curcin had reviewed all the records and materials along with performing an examination and believed that this claim should be closed and that surgery should not be provided.  The doctor further opined that based on the surveillance footage the claimant was capable of much greater range of motion in his shoulder than he had reported on examination both with himself as well as with Dr. McCarron.  Dr. Curcin also opined that the claimant was capable of returning to gainful employment on a reasonably continuous basis without the need for work restrictions.  I note that Dr. McCarron had previously and continues to

Department of Labor and Industries
January 19, 2021
Page 3

endorse the claimant being temporarily and totally disabled based upon the claimant's representations to him.

Most recently, the claim file information was shared with a Board certified upper extremity orthopedic expert, Dr. Joseph Lynch, who had completed a report dated December 7, 2020. Within this report, when taking into account the totality of information made available to him, the doctor pointed out that the video surveillance depicted specific episodes of the claimant raising his arm completely overhead to pull a chair out of a bag with ease and without hesitation. The doctor also noted that this video surveillance footage demonstrated normal function and use of the shoulder without any sign of physical limitation which again would be contrary to the representations made by the claimant within the clinical setting. These factors, together with the doctor's knowledge and experience in dealing with upper extremity conditions, led the doctor to limit this industrial claim to the extent there was an injury to a resolved right shoulder strain. The doctor also concluded that "The degree of function demonstrated on the surveillance video and the discrepant findings documented in the medical record cannot be explained on the basis of an orthopedic diagnosis; nor can it be explained by the objective findings demonstrated on the imaging studies provided." Dr. Lynch went on to state that these discrepancies "could be explained by willful misrepresentation."

As there is no rational medical basis to explain the discrepancies noted within this record, the only reasonable conclusion to be made is that the claimant did commit willful misrepresentation and as a result the Department should enter an order to that effect. Please note as well that my client has further sought a closure of this industrial claim consistent with the preponderance of reliable and credible medical opinion evidence. If you have any questions or concerns with regard to the materials provided and the request being made of the Department in light of these concerning facts and circumstances, I am always available to discuss this further.

                Regards,

                *Electronically filed due to COVID-19*

                Brett B. Schoepper

BBS:ab
Direct Dial: (971) 232-5247
Email: brett@gressandclarklaw.com
Enclosures
cc:    Isaiah Hutson, Claimant
        Katie DeFrang, Gallagher Bassett Services (Sent via Email)
        Jami Zoellner, Clark County (Sent via Email)
        Judy Straight, Clark County (Sent via Email)

CC_005751

January 20, 2021                                **Start, Stop or Deny Compensation Benefits**



PO BOX 2934
CLINTON, IA 52733
(503) 675-6575
(503) 675-6574 FAX


ISAIAH HUTSON
715 NW 6TH AVE
BATTLE GROUND, WA  98604-8058


RE: Claim SY10571

Dear Mr. Hutson,

Time loss compensation benefits ended effective 1/20/21 because you are capable of returning to full duty work without restriction based on the 10/22/20 IME report from Dr. Curcin and 12/7/20 report from Dr. Lynch.

General Information:

If you have been released to work or have returned to any type of work, you may not be entitled to this payment. If you have applied for, or are receiving Social Security Benefits, please notify me immediately. My goal is to help you heal and return to work and I welcome you to contact me to talk about how I may assist.

No compensation benefits are paid for the date of injury and the next three days, unless you have been disabled on the fourteenth calendar day from the date of injury. Attempts to return to work within fourteen days from the date of injury will not affect this entitlement.

If you have questions about the action being taken, or have additional information you'd like to provide, please contact me at the phone number listed below.


Sincerely,


Katie DeFrang                                                           503-303-6312
Name                                                                    Phone Number


**If you dispute the action being taken, you may write the Department of Labor & Industries within 60 days at:**
        **Department of Labor & Industries**
        **PO Box 44892**
        **Olympia WA 98504-4892**
        **Fax: 360-902-6900**

**Or go to: http://secure.Lni.wa.gov/ReportSelfInsuredEmployer/#**


F207-225-000 Start, Stop, or Deny Compensation Benefits 05-2020

CC_005752

January 20, 2021 **Treatment Decision**



PO BOX 2934
CLINTON, IA 52733
(503) 675-6575
(503) 675-6574 FAX


ISAIAH HUTSON
715 NW 6TH AVE
BATTLE GROUND, WA  98604-8058


RE: Claim SY10571


Dear Mr. Hutson,

This notice is about your treatment recommendations received from Dr. Jesse McCarron.

We have received a request for authorization for right shoulder surgery: arthroscopy capsular release, distal clavicle excision, procedure code(s) 29825, 29824. The requested treatment is denied for the following reasons:

The right shoulder surgery is not authorized based on the 10/22/20 IME report from Dr. Curcin and 12/7/20 report from Dr. Lynch which found that claimant's right shoulder condition is fixed and stable, requiring no further curative treatment.

If you have questions about the action being taken, or have additional information you'd like to provide, please contact me at the phone number listed below.

Sincerely,

Katie DeFrang                                                                 503-303-6312
Name                                                                           Phone Number


**If you dispute the action being taken, you may write the Department of Labor & Industries within 60 days at:**
      **Department of Labor & Industries**
      **PO Box 44892**
      **Olympia WA 98504-4892**
      **Fax: 360-902-6900**

**Or go to: http://secure.Lni.wa.gov/ReportSelfInsuredEmployer/#**


cc: Dr. Jesse McCarron


F207-226-000 Treatment Decision 05-2020

CC_005753



**STATE OF WASHINGTON**

# DEPARTMENT OF LABOR AND INDUSTRIES
PO BOX 44892, OLYMPIA, WASHINGTON 98504-4892

RECEIVED
01.29.2021
Clark County
Risk Management

January 25, 2021

```
CLARK COUNTY                    CLAIM NUMBER    SY10571
% GALLAGHER BASSETT             INJURY DATE     01/14/2020
PO BOX 2934                     DATE OF BIRTH   ███████
CLINTON IA 52733-2934           CLAIMANT        HUTSON ISAIAH
```

Dear Mr. Hutson:

ATTENTION WORKER: This letter is to your attorney. This copy is for your information.

We have received your Notice of Representation for ISAIAH HUTSON. We have updated our system so you will receive all correspondence related to this claim.

You can view your client's claim file documents online at our Claim and Account Center at WWW.CLAIMINFO.LNI.WA.GOV.

What can you charge?

> Under Washington law (RCW 51.52.120), you cannot charge this worker more than 30 percent of the benefits he or she receives as a result of your services. However, in addition to your fee, you may charge your client for out-of-pocket expenses, such as travel, consultations, and minor office expenses.

What if there is a dispute over fees?

> You, the worker, or the worker's beneficiary may apply to Labor and Industries in writing to set a reasonable attorney fee. The request must be sent within one year from the date the claim is closed. Send the request to:
>
> > Department of Labor and Industries
> > Legal Services
> > Appeals Consultant
> > PO Box 44892
> > Olympia, WA 98504-4892

Sincerely,

Emily R Gunderson
Claims Unit Supervisor
Self-Insurance Section
PHONE: (360) 902-6890

Page 1 of 2            EMPLOYER COPY                     (US00:AA:SS)

GB IA Recv 2021012805853

CC_005754



**STATE OF WASHINGTON**

# DEPARTMENT OF LABOR AND INDUSTRIES
PO BOX 44892, OLYMPIA, WASHINGTON  98504-4892

January 25, 2021

```
CLAIM NUMBER    SY10571
INJURY DATE     01/14/2020
DATE OF BIRTH   ▬▬▬▬▬
CLAIMANT        HUTSON ISAIAH
```

```
ORIG: WRKR/ATTY(E) - ISAIAH HUTSON, % EMERY REDDY, PLLC
  CC: EMPLOYER - CLARK COUNTY, % GALLAGHER BASSETT
      WORKER - ISAIAH HUTSON
```

Page 2 of 2                         EMPLOYER COPY                         (US00:AA:SS)

GB IA Recv 2021012805853

CC_005755

```
STATE OF WASHINGTON                    MAILING DATE   02/02/2021
DEPARTMENT OF LABOR AND INDUSTRIES     CLAIM NUMBER   SY10571
DIVISION OF INDUSTRIAL INSURANCE       INJURY DATE    01/14/2020
SELF INSURANCE SECTION                 CLAIMANT       HUTSON ISAIAH
PO BOX 44892
OLYMPIA, WA 98504-4892                 EMPLOYER       CLARK COUNTY
                                       UBI NUMBER     065 009 679
                                       ACCOUNT ID     700, 257-00
                                       RISK CLASS     1501
                                       SERVICE LOC
```

CLARK COUNTY
% GALLAGHER BASSETT
PO BOX 2934
CLINTON IA 52733-2934

**RECEIVED**
02.09.2021
Clark County
Risk Management

NOTICE OF DECISION

Time-loss benefits are ended as paid through 01/20/2021.
The medical record shows treatment is concluded and there is no permanent partial disability.

This claim is closed effective 02/02/2021.

SUPERVISOR OF INDUSTRIAL INSURANCE
By Traci Stefaniw
Si Claims Adjudicator
Self-Insurance Section
(360) 902-6936

MAILED TO: WRKR/ATTY(B) - ISAIAH HUTSON, % EMERY REDDY, PLLC
           600 STEWART STREET  STE 1100, SEATTLE WA 98101-1269
           EMPLOYER - CLARK COUNTY, % GALLAGHER BASSETT
           PO BOX 2934, CLINTON IA 52733-2934
           PROVIDER - MCCARRON JESSE A MD
           STE 110, 200 NE MOTHER JOSEPH PL, VANCOUVER WA 98664-3299

```
THIS ORDER BECOMES FINAL 60 DAYS FROM THE DATE IT IS
COMMUNICATED TO YOU UNLESS YOU DO ONE OF THE FOLLOWING: FILE
A WRITTEN REQUEST FOR RECONSIDERATION WITH THE DEPARTMENT OR
FILE A WRITTEN APPEAL WITH THE BOARD OF INDUSTRIAL INSURANCE
APPEALS. IF YOU FILE FOR RECONSIDERATION, YOU SHOULD INCLUDE THE
REASONS YOU BELIEVE THIS DECISION IS WRONG AND SEND IT TO:
DEPARTMENT OF LABOR AND INDUSTRIES, PO BOX 44892, OLYMPIA, WA
98504-4892. WE WILL REVIEW YOUR REQUEST AND ISSUE A NEW ORDER.
IF YOU FILE AN APPEAL, SEND IT TO: BOARD OF INDUSTRIAL INSURANCE
APPEALS, PO BOX 42401, OLYMPIA WA 98504-2401 OR SUBMIT IT ON AN
ELECTRONIC FORM FOUND AT HTTP://WWW.BIIA.WA.GOV/.
```

Page 1 of 1                    EMPLOYER COPY                    (US08:NU:SS)

GB IA Recv 2021020804347

CC_005756

APR 19 2021

```
FROM:                                    MAILING DATE: 04/15/21
STATE OF WASHINGTON                      CLAIM ID      : SY10571
DEPARTMENT OF LABOR AND INDUSTRIES       CLAIMANT      : ISAIAH HUTSON
DIVISION OF INDUSTRIAL INSURANCE         EMPLOYER      : CLARK COUNTY
SELF-INSURANCE SECTION                   INJURY DATE   : 1/14/20
PO BOX 44892                             SERVICE LOC   :
OLYMPIA WA  98504-4892                   UBI NUMBER    : 065-009-679
FAX (360) 902-6900                       ACCOUNT ID    : 700257-00
                                         RISK CLASS    : 1501-00

                                         WORK LOCATION ADDRESS:
                                         NO ADDRESS REPORTED

           JAMES L GRESS
           8705 SW NIMBUS AVE  SUITE 240
           BEAVERTON OR 97008-7154
```

ORDER AND NOTICE   (SELF INSURING EMPLOYER)

```
**************************************************************************
*                                                                        *
*   THIS ORDER BECOMES FINAL 60 DAYS FROM THE DATE IT IS COMMUNICATED    *
*   TO YOU UNLESS YOU DO ONE OF THE FOLLOWING:  FILE A WRITTEN REQUEST   *
*   FOR RECONSIDERATION WITH THE DEPARTMENT OR FILE A WRITTEN APPEAL     *
*   WITH THE BOARD OF INDUSTRIAL INSURANCE APPEALS.  IF YOU FILE FOR     *
*   RECONSIDERATION, YOU SHOULD INCLUDE THE REASONS YOU BELIEVE THIS     *
*   DECISION IS WRONG AND SEND IT TO:  DEPARTMENT OF LABOR AND           *
*   INDUSTRIES, PO BOX 44892, OLYMPIA, WA  98504-4892.  WE WILL REVIEW   *
*   YOUR REQUEST AND ISSUE A NEW ORDER.  IF YOU FILE AN APPEAL, SEND     *
*   IT TO:  BOARD OF INDUSTRIAL INSURANCE APPEALS, PO BOX 42401,         *
*   OLYMPIA WA 98504-2401 OR SUBMIT IT ON AN ELECTRONIC FORM FOUND AT    *
*   HTTP://WWW.BIIA.WA.GOV/.                                             *
*                                                                        *
**************************************************************************
```

ISAIAH HUTSON sustained an injury on 01/14/20 while engaged in employment subject to the Industrial Insurance Laws.

Time-loss compensation benefits were paid from 08/01/20 through 01/31/21, inclusive, to ISAIAH HUTSON based upon the representation that they were unable to work in the amount of $30,518.24.

An investigation reveals that during the period 08/01/20 to 01/31/21, inclusive, ISAIAH HUTSON misrepresented their physical abilities, thereby resulting in an overpayment of benefits in the amount of $30,518.24, which was obtained by willful misrepresentation, omission, and/or concealment of a material fact from the self-insured employer, CLARK COUNTY.

It is ordered that ISAIAH HUTSON, shall refund to the self insured employer, CLARK COUNTY, the total overpayment of $30,518.24 plus a 50% penalty of $15,259.12 payable to the Department pursuant to RCW 51.32.240, for a total amount of $45,777.36.

Formal demand is hereby made for repayment in the amount of $45,777.36 on the basis that such payments have been induced by willful misrepresentation, omission, and/or concealment of a material fact from

PAGE 1 OF 2          EMPLOYER'S ATTORNEY'S COPY          (SI03:9A:S)

CC_005757

```
MAILING DATE: 04/15/21
CLAIM ID     : SY10571
CLAIMANT     : ISAIAH HUTSON
EMPLOYER     : CLARK COUNTY
INJURY DATE  : 1/14/20
SERVICE LOC  :
UBI NUMBER   : 065-009-679
ACCOUNT ID   : 700257-00
RISK CLASS   : 1501-00
```

WORK LOCATION ADDRESS:
NO ADDRESS REPORTED

the self-insured employer/Department.

Please make immediate arrangements to repay this amount. Failure to do so can result in the assessment of interest charges, benefit reductions, a lien or attachment against your real or personal property, garnishment of future wages or referral to a collection agency.

SHERYL WHITCOMB
PENALTY ADJUDICATOR
SELF INSURANCE SECTION
PO BOX 44892
OLYMPIA, WA 98504-4892
(360) 902-6905
FAX #: (360) 902-6900


ORIG: CLAIMANT: ISAIAH HUTSON
        EMERY REDDY, PLLC, 600 STEWART STREET  STE 1100,
        SEATTLE WA, 98101-1269
      EMPLOYER: CLARK COUNTY
        C/O GALLAGHER BASSETT, PO BOX 2934,
        CLINTON IA, 52733-2934
      ATTENDING PHYSICIAN: MCCARRON JESSE A MD
        STE 110, 200 NE MOTHER JOSEPH PL,
        VANCOUVER WA, 98664-3299
      EMPLOYER'S ATTORNEY: JAMES L GRESS
        8705 SW NIMBUS AVE  SUITE 240, BEAVERTON OR, 97008-7154


PAGE 2  OF 2            EMPLOYER'S ATTORNEY'S COPY            (SI03:9A:S)

CC_005758

```
FROM:                                    MAILING DATE: 04/16/21
STATE OF WASHINGTON                      CLAIM ID     : SY10571
DEPARTMENT OF LABOR AND INDUSTRIES       CLAIMANT     : ISAIAH HUTSON
DIVISION OF INDUSTRIAL INSURANCE         EMPLOYER     : CLARK COUNTY
SELF-INSURANCE SECTION                   INJURY DATE  : 1/14/20
PO BOX 44892                             SERVICE LOC  :
OLYMPIA WA  98504-4892                   UBI NUMBER   : 065-009-679
FAX (360) 902-6900                       ACCOUNT ID   : 700257-00
                                         RISK CLASS   : 1501-00

                                         WORK LOCATION ADDRESS:
                                         NO ADDRESS REPORTED

        CLARK COUNTY
        C/O GALLAGHER BASSETT         MAILED
        PO BOX 2934
        CLINTON IA 52733-2934         APR 2 0 2021

                                      SELF-INSURANCE
```

ORDER AND NOTICE    (SELF-INSURING EMPLOYER)

```
**********************************************************************
*                                                                    *
*    ANY APPEAL FROM THIS ORDER MUST BE MADE IN WRITING TO THE BOARD *
*    OF INDUSTRIAL INSURANCE APPEALS, P.O. BOX 42401, OLYMPIA, WA    *
*    98504-2401 OR SUBMIT IT ON AN ELECTRONIC FORM FOUND AT          *
*    HTTP://WWW.BIIA.WA.GOV/ WITHIN 60 DAYS AFTER YOU RECEIVE THIS   *
*    NOTICE, OR THE SAME SHALL BECOME FINAL.                         *
*                                                                    *
**********************************************************************
```

The Department of Labor and Industries has reconsidered the order of 02/02/21 which closed the claim. The department has determined the order is correct and it is affirmed.

PAGE 1 OF 2              EMPLOYER'S COPY                      (SI03:RE:S)

GB IA Recv 2021042709083

CC_005759

```
                          MAILING DATE: 04/16/21
                          CLAIM ID     : SY10571
                          CLAIMANT     : ISAIAH HUTSON
                          EMPLOYER     : CLARK COUNTY
                          INJURY DATE  : 1/14/20
                          SERVICE LOC  :
                          UBI NUMBER   : 065-009-679
                          ACCOUNT ID   : 700257-00
                          RISK CLASS   : 1501-00
                               WORK LOCATION ADDRESS:
                               NO ADDRESS REPORTED
```

SHERYL WHITCOMB
PENALTY ADJUDICATOR
SELF INSURANCE SECTION
PO BOX 44892
OLYMPIA, WA 98504-4892
(360) 902-6905
FAX #: (360) 902-6900


ORIG: CLAIMANT: ISAIAH HUTSON
      EMERY REDDY, PLLC, 600 STEWART STREET  STE 1100,
      SEATTLE WA, 98101-1269
   EMPLOYER: CLARK COUNTY
      C/O GALLAGHER BASSETT, PO BOX 2934,
      CLINTON IA, 52733-2934
   ATTENDING PHYSICIAN: MCCARRON JESSE A MD
      STE 110, 200 NE MOTHER JOSEPH PL,
      VANCOUVER WA, 98664-3299
   EMPLOYER'S ATTORNEY: JAMES L GRESS
      8705 SW NIMBUS AVE  SUITE 240, BEAVERTON OR, 97008-7154


PAGE 2 OF 2              EMPLOYER'S COPY                    (SI03:RE:S)

GB IA Recv 2021042709083

CC_005760

**SELF INSURANCE CLAIMS COMPLIANCE
DEPARTMENT OF LABOR & INDUSTRIES
PO BOX 44892
OLYMPIA WA 98504-4892**

**RETURN SERVICE
REQUESTED**

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 98501   $ 000.86⁰
02 4W
0000354553 APR 21 2021

Adison Covey
Gallagher Bassett
PO Box 2934
Clinton, IA 52733-2934

5   DJKDIB5   52733

GB IA Recv 2021042709083

CC_005761