THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PEÑA, ISAIAH HUTSON, and RAY ALANIS,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>Defendant. | No.: 3:21-cv-05411-DGE<br><br>**ORDER GRANTING JOINT MOTION OF THE PARTIES FOR COURT ORDER AUTHORIZING SUBPOENAS MORE THAN 100 MILES** |

This matter came before the Court on the Joint Motion of the Parties for Court Order Authorizing Subpoenas More Than 100 Miles. Having considered the pleadings filed in support of the motion, the Joint Motion of the Parties for Court Order Authorizing Subpoenas More Than 100 Miles is GRANTED.

The parties are hereby authorized to issue subpoenas for witnesses that reside, are employed by, or regularly transact business in Clark County, Washington, to attend trial.

Dated: May 2, 2023.

David G. Estudillo
United States District Judge