The Honorable David G. Estudillo

1

2

3

4

5

6

7

8

9

10

11

12                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
13                        AT TACOMA DIVISION

14

ELIAS PEÑA, ISAIAH HUTSON, and          Case No.: 3:21-CV-05411-DGE
15  RAY ALANIS,
                                        **AMENDED (PROPOSED) PRETRIAL**
16              Plaintiffs,              **ORDER**

17        vs.
                                        **TRIAL DATE: May 22, 2023**
18  CLARK COUNTY, WASHINGTON,
                                        **Pre-Trial Conference: May 12, 2023**
19              Defendant.

20

21

22

23

24

25

26

27

28  **AMENDED (PROPOSED) PRETRIAL ORDER -**
    1
    Case No. 3:21-cv-05411-DGE

## JURISDICTION

Jurisdiction is vested in this court by virtue of: 28 U.S.C. §§ 1331, 1343(a), and 1367. Under 28 U.S.C. § 1391(b), venue is proper because the Parties reside and are located in the Western District of Washington and the events giving rise to the claims occurred in this district.

## CLAIMS AND DEFENSES

The Plaintiffs will pursue at trial the following claims: (1) hostile work environment on the basis of race and/or national origin under Title VII; and (2) hostile work environment on the basis of race and/or national origin under the Washington Law Against Discrimination.

The Defendant will pursue the following affirmative defenses: (1) statute of limitations;[1] (2) failure to mitigate damages; and (3) prompt remedial action.

## ADMITTED FACTS

The following facts are the Parties' proposed facts:

**Undisputed Facts**

1.      Defendant CLARK COUNTY, WASHINGTON ("Defendant" or "County") is a political subdivision of the State of Washington. Through its Public Works Department, Defendant is responsible for building and maintaining infrastructure in the County. The Roads Maintenance and Safety Division ("Roads Division") is a subdivision of the Public Works Department. Plaintiffs work in the Roads Division.

**A.      Plaintiff Isaiah Hutson**

2.      Plaintiff Isaiah Hutson's national origin and race is Latino.

3.      In June 2016, Defendant Clark County hired Isaiah.

4.      Clark County hired Isaiah to perform road maintenance work in the Roads Division.

**B.      Plaintiff Elias Pena**

---

[1] Defendant is cognizant of the court's summary judgment ruling regarding statute of limitations, but asserts it may still be a question of fact in light of the dismissal of the 42. U.S.C. §1981 claims with a four-year statute of limitations and evidence that will be presented at trial.

5.    Plaintiff Elias Pena's national origin and race is Latino.

6.    In 2017, Defendant Clark County hired Elias.

7.    Clark County hired Elias to perform road maintenance work in the Roads Division.

**C.    Plaintiff Ray Alanis**

8.    Plaintiff Ray Alanis' national origin and race is Latino.

9.    In May 2014, Defendant Clark County hired Ray.

10.    Clark County hired Ray to perform road maintenance work in the Roads Division.

11.    In 2020, each of the Plaintiffs complained to Human Resources Representative Kara Hill regarding Superintendent Tim Waggoner. After conducting an investigation, the HR representative did not find evidence of policy violations by Mr. Waggoner. County Manager Kathleen Otto upheld the investigatory conclusions on appeal.

12.    On June 1, 2021, Plaintiffs filed this lawsuit.

## ISSUES OF LAW

The following are the issus of law in this matter:

1.    Hostitle work environment on the basis of race and/or national origin under Title VII of the Civil Rights Act of 1964 and Washington Law Against Discrimination, RCW Ch. 49.60.

2.    Compensatory damages.

3.    Emotional distress damages.

4.    Defendant's Affirmative Defenses: (a) prompt remedial action; (b) satute of limiations;  and (c) failure to mitigate damages.

5.    Federal jurisdiction exists under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e et seq.  Jurisdiction for Plaintiffs' claims for attorneys' fees, costs, expert witness fees and associated costs and related non-taxable costs exists under  42 U.S.C. 2000e, et. seq.

6.    This Court has personal jurisdiction over the Parties.

7.    Venue is appropriate in this Court.

## EXPERT WITNESSES

(a)     Each party shall be limited to 1 expert witness on the issues of liability and 1 expert witness on the issue of damages.

(b)     The names and addresses of the expert witnesses to be used by each party at the trial and the issue upon which each will testify is:

1.     On behalf of the plaintiffs:

a.   Dr. Laura S. Brown, 4131 1st Avenue NW, Seattle, WA 98107.  She will provide testimony regarding the plaintiffs' damages.

b.   Judith Clark, 7650 SW Beveland Street, Suite 130, Tigard, OR 97223.  She will provide testimony regarding best practices for human resources professionals handling discrimination complaints.

2.     On behalf of the Defendant:

a.   Russell A. Vandenbelt, M.D.
P.O. Box 440
Mercer Island, WA  98040
(425) 454-0255

Dr. Vandenbelt is a psychiatrist who will provide expert testimony regarding evaluation of Plaintiffs's damages claims, including their medical/mental health history, treatment, and rebuttal to expert opinions offered by Plaintiffs's expert Dr. Brown.

b.   John Ladenberg
705 9th Street  #205
Tacoma, WA 98405
Phone: (253) 241-1311

Mr. Ladenburg will provide testimony regarding administration of human resources and management response and handling of discrimination complaints in public agencies such as Clark Couty, including evaluation of Clark County's handling and response to issues raised by Plaintiffs in this lawsuit.

## OTHER WITNESSES[2]

---

[2] Bolded names are witnesses identified by both parties. Defendant has designated with an asterisk (*) witness testimony description that appears to be outside the scope of issues still remaining for trial pursuant to the court's

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a)    On behalf of the plaintiffs:

1. Plaintiff Elias Pena (will testify), 5515 NE 89th Avenue, Unit C, Vancouver, WA 98662.  Elias will testify that he complained to Defendant Clark County's management and supervisors about hostile work environment and about workplace discrimination in general.  Following his complaints, Defendant Clark County continued to subject him to a pattern of discriminatory harassment.  Supervisors subjected him to a hostile work environment throughout his employment.

2. Plaintiff Isaiah Hutson (will testify), 715 NW 6th Avenue, Battle Ground, WA 98604.  Isaiah will testify that he complained to Defendant Clark County's management and supervisors about hostile work environment and about workplace discrimination in general.  Following his complaints, Defendant Clark County continued to subject him to a pattern of discriminatory harassment.  Supervisors subjected him to a hostile work environment throughout his employment.

3. Plaintiff Ray Alanis (will testify), 2302 NW 3rd Avenue, Battle Ground, WA 98604.  Ray will testify that he complained to Defendant Clark County's management and supervisors about hostile work environment and about workplace discrimination in general.  Following his complaints, Defendant Clark County continued to subject him to a pattern of discriminatory harassment.  Supervisors subjected him to a hostile work environment throughout his employment.

4. Stephanie Pena (will testify), 5515 NE 89th Avenue, Unit C, Vancouver, WA 98662.  Stephanie is the spouse of Elias Pena.  She will testify that Clark

---

summary judgment order, Dkt. #90.

**AMENDED (PROPOSED) PRETRIAL ORDER**,
CASE NO. 3:21-CV-05411-DGE

County's discriminatory harassment has caused her husband to suffer from anxiety and depression, increased weight gain, sexual and spousal problems, and adverse changes to their family life.

5. Sabrina Hutson (will testify), 715 NW 6th Avenue, Battle Ground, WA 98604. Sabrina is the spouse of Isaiah Hutson.  She will testify that Clark County's discriminatory harassment has caused her husband to be dependent on two anti-anxiety medications, regular injections of testosterone replacement therapy, increased weight gain, insomnia, panic attacks, sexual and spousal problems, and adverse changes to their family life.

6. Martha Alanis (will testify), 2302 NW 3rd Avenue, Battle Ground, WA 98604. Martha is the spouse of Ray Alanis.  She will testify that Clark County's discriminatory harassment has caused her husband to suffer from anxiety and depression, change in behavior towards friends and family, anger against his children, spousal problems, and adverse changes to their family life.

7. **Kathleen Otto (will testify)**, c/o Keating, Bucklin & McCormack, Inc., P.S. 801 Second Avenue, Suite 1210, Seattle, WA 98104.  Otto is the current county manager for Clark County.  She will testify as Clark County's 30(b)(6) witness as the person most knowledgeable about the county, and as a witness to this action.  She will testify regarding county policies.

8. **Kara Hill (will testify),** address unknown.  Hill is the former senior HR analyst that initiated and conducted an investigation into Plaintiffs' complaints. She will testify about the process she undertook in investigating the HR complaints of the Plaintiffs. **Note:** Plaintiffs request that Ms. Hill present her testimony via zoom. Defense counsel has confirmed with Ms. Hill that she is available to appear to testify in person in court during the trial and has been served with a trial subpeoena by Plaintiffs.  Plaintiffs do not object to Ms. Hill being there in person, but object to her being called out of order and testify in support of Defendant's case during Plaintiffs' case in chief.

9. **Darrell Young (will testify**), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Young is a current crew chief and former Union President of Local 307 from 2018 to 2020.  Young will testify that Plaintiffs complained to him regarding Clark County discriminatory harassment,  and hostile work environment.  He will further testify that he was the union representative when Kara Hill conducted investigation interviews in 2020.

10. **Joshua Lipscomb** (**will testify**), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Lipcomb is the current roads operations manager. He was hired in summer 2021.  He will testify that, after Plaintiffs filed complaints, Human Resources requested that Lipscomb remove a long-standing posting in public places that disparaged immigrants and groups of people.  He will testify that Plaintiffs have filed complaints against him.*  Lipscomb will further testify that Plaintiffs have filed a complaint against Crew Chief Chad Weiker after he yelled at Isaiah and Elias following his deposition in December 2022.   Note: Plaintiffs request that Mr. Lipscomb present testimony via zoom. Defense counsel has confirmed with Plaintiffs' counsel that he is available to appear to testify in person in court during the trial and has been served with a trial subpeoena by Plaintiffs.  Plaintiffs do not object to Mr. Lipscomb being there in person, but object to him being called out of order and testify in support of Defendant's case during Plaintiffs' case in chief.

11. **Timothy Waggoner** (**will testify**), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Waggoner is one of three superintendents in the Roads Division.  Waggoner is the immediate supervisor for Plaintiffs since 2017.  He will testify about his experience supervising Plaintiffs.  Note: Plaintiffs request that Mr. Lipscomb present testimony via zoom. Defense counsel has confirmed with Plaintiffs' counsel that he is

available to appear to testify in person in court during the trial and has been served with a trial subpeoena by Plaintiffs.  Plaintiffs do not object to Mr. Lipscomb being there in person, but object to him being called out of order and testify in support of Defendant's case during Plaintiffs' case in chief.

12.

13. **Sue Stepan** (will testify), 113 West 37 Street, Vancouver, WA 98660.  Stepan is the former roads operations manager.  She will testify that during her tenure as roads operations manager, she conducted an investigation into the problems of the roads division, recommendations for change, and compiled a report of her findings that provided a roadmap for Clark County to address those problems.  Her report and recommendations were never implemented.* **Note:** Plaintiffs request to present Ms. Stepan's testimony via zoom.

14. **Clayton Tikka** (will testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Tikka is a current Roads Division employee, former crew chief, and former Union Vice-President of Local 307 from 2018 to 2019.  He will testify that Plaintiffs complained to him and he is aware of Waggoner, Harris, May, and Eiesland engaged in discriminatory conduct and created a hostile work environment.*  Tikka will further testify that he was warned not to engage with Plaintiffs.

15. **Larry Jones** (will testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Jones is a current Sign Shop employee. He will testify that, during a group meeting, Roads Operations Manager Josh Lipscomb singled out and yelled at Isaiah Hutson when he asked a question. *

16. **Matthew Griswold** (will testify), 11109 NW 7th Avenue, Vancouver, WA 98686.  Griswold is the former Traffic Engineering and Operations Manager, and supervisor of the Sign Shop.  Griswold supervised Ray Alanis when he worked in the Sign Shop from 2018 to 2019.  Griswold will testify that Ray called him, following phone calls from Waggoner and Wilson, about taking

personal time off.  Griswold will further testify that he handled the situation involving Ray, as well as he was aware of former Sign Shop employees complaining about the Roads Division and the superintendents.* **Note:** Plaintiffs request to present Mr. Griswold's testimony via zoom.

17. **Richard Harris** (**may tesify**), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Harris is a current Roads Division employee and former crew chief.  He will testify about his experience working with Plaintiffs.

18. **Gage Bryant** (will testify), address unknown.  Bryant is a former Roads Division employee.  He will testify that he personally heard that Richard Harris say that "the county is going to shit because its keeps hiring all these beaners and spics."  Bryant will further testify that he conveyed this information to Isaiah Hutson, but did not report to Human Resources because he was a temporary worker and did not want to risk losing his job. **Note:** Plaintiffs request to present Mr. Bryant's testimony via zoom. Defendant requests  the court strike this witness as Plaintiffs have and continue to represent that his address is "unknown," thereby preventing the County from deposing him. Now indicating that Mr. Bryant "will" testify, it is clear that Plaintiffs apparently do have contact information sufficient to subpoena this witness to testify at trial but continue to withhold it.[3] If the witness is permitted to testify, the County requests leave to depose him via Zoom prior to trial.  Plaintiffs respond that they spoke with Mr. Bryant yesterday and have communicated with him by phone and email only. It is Defendant's position that an email address and phone number is insufficient to allow Defendant to have served Mr. Bryant and

---

[3] Upon information and belief, Mr. Bryant was a temporary worker sometime around the 2016-2017 time period. Temporary workers were not regular employees of the County but were provided to the County via an outside employment agency; thus, the County did not maintain or have access to employment records, including addresses, for temporary workers.

maintains that it should have an opportunity to depose Mr. Bryant prior to trial.

19. **John May** (**may tesify**), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  May is a current crew chief.  He will testify that he supervised some of the Plaintiffs.  May will further testify about his experience working with Plaintiffs.

20. **Ahmad Qayoumi** (may testify), 5616 NE 129th Place, Vancouver, WA 98682.  Qayoumi is the former director of public works and county engineer for Clark County. He will testify that Otto requested that he resign from Clark County,\* he initiated diversity, inclusion and equity trainings and programs at Clark County, and referred complaints, including Plaintiffs' complaints, to Human Resources to investigate and conduct an investigation.

21. **Leslie MacDonald** (may testify), 4207 NE 130th Circle, Vancouver, WA 98686.  MacDonald is the former deputy director of public works.  He will testify that Qayoumi requested that he resign from Clark County, he managed Clark County's response to COVID, and worked with the roads operations manager and superintendents.

22. **Sheila Ensminger** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Ensminger is the current office manager for the Roads Division.  She will testify that she participated and complied the meeting minutes involving employee meetings, superintendent meetings, and management meetings.

23. **Nicholas Eiesland** (may tesify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Eiesland is one of three superintendents in the Roads Division.  He will testify about his experience in supervising some of the Plaintiffs.

24. **Carl Oman** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Oman is one of three superintendents in the Roads Division.  Oman is the former supervisor of some of the Plaintiffs.

Oman will testify on the scope of his duties as a superintendent in the Roads Division and managing various crew chiefs.

25. **Brandon Pilot** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Pilot is a current crew chief.  He will testify that Eiesland offered him an overtime opportunity.*

26. **Marc Smith** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Smith is a current crew chief.  He will testify that he supervised Plaintiffs when they worked together in 2018 at the Mabry Shed.  Smith will further testify that Waggoner asked him why Plaintiffs filled-in as acting crew chief and Waggoner's preference for Kenny Hugo as crew chief rather than Plaintiffs.*

27. **Micah Passmore** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Passmore is a current Roads Division employee.  He will testify that he operated the vactor truck with Ray Alanis when Waggoner reprimanded Ray for not wearing a headset.

28. **Allen Martinez** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Martinez is a current Roads Division employee.  He will testify that the last time he worked with Plaintiffs was in 2017.

29. **Edward Perez** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Perez is a current Roads Division employee.  He will testify that, in the past, he made certain racial jokes that lead towards discipline, and that he no longer makes those kinds of jokes.

30. **Isidoro Flores** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Flores is a current crew chief.  He will testify about his experience at Clark County.

31. **Salvador Mendez** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Mendez is a former Roads

Division employee.  He will testify that he was employed for less than two-years and did not work with Plaintiffs.

32. **Ricky Nichols** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Nichols is a former Roads Division employee.  He will testify that Jeff Kujava was known to make vulgar and sexual jokes in the workplace.*  Nichols will further testify that he had positive experiences working with Plaintiffs and their work performance.*

33. **Dominic Catania** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 986665.  Catania is a current Roads Division employee.  He will testify that he worked with Ray Alanis.

34. **David Lubinski** (may testify), 9 East Twin Falls Street, Yacolt, WA 98675.  Lubinski is a current Roads Division employee.

35. **Aaren Morring** (may testify), 10312 NE 96th Street, Vancouver, WA 98662.  Morring is a former Roads Division employee. He will testify that he left Clark County because of management problems and Waggoner's behavior.  Morring will further testify that he received his CDL license in a month because he demanded Oman to give him training opportunities, and he was sent home for COVID because he was exposed to Ray through Micah Passmore. *

36. **Chad Weiker** (may testify), Clark County Public Works Department, 4700 NE 78th Street, Vancouver, WA 98665.  Weiker is a current crew chief.  He will testify that he became a crew chief of the Mabry Shed in 2022 and has supervised Plaintiffs.

37. **Julio Morales** (may testify), 11608-B NE 149th Street, Vancouver, WA 98606.  Morales is a former Roads Division employee.  Morales will testify that has heard rumors about racial discrimination,  such as Superintendent Kenny Price's refusal to grant him a pay increase for filing-in as crew chief*, as well as the Roads Division targeting people who complain or raise issues.

38. **Thomas Lee Sutton** (may testify), 17607 NE 39th Street, Amoby, WA 98601.

Sutton is a former crew chief.  He will testify on his many years serving as crew chief, including acting as an intermediator between the crew and superintendents.  Sutton will further testify that he has had positive experience working with Plaintiffs and their work performance.

39. **Larry Clark** (may testify).  Clark is the former union representative for Clark County.[4] He will testify that he was the union representative that  assisted Plaintiffs when they filed their complaints or grievances, as well as met with management to resolve Plaintiffs' complaints.

40. **Mike Boyer** (may testify).   Boyer is the current union president.[5]  He will testify that, in 2022, Plaintiffs filed complaints for discriminatory treatment or coaching, and he served as a union representative during those meetings and assisted Plaintiffs.

41. **Kenny Hugo** (may testify), 10315 NE 23rd Avenue, Vancouver, WA 98686.  Hugo is a former Roads Division employee.  He will testify that he worked with Plaintiffs in 2018 at the Mabry Shed, and that Waggoner asked him to serve as acting crew chief. *

42. **Carolyn Heniges** (may testify), address unknown. Heniges was the former roads operations manager.  She will testify that Qayoumi requested her to be the roads operations manager, and during her tenure, she denied Isaiah's grievance for increased pay, which Qayoumi overruled.  Heniges will further testify that Qayoumi requested that she resign, and she filed an appeal based on sex and health discrimination.*

43. **William Winfield** (may testify), address unknown. Winfield is the former director of Human Resources.   Winfield will testify that he removed the

---

[4] The County asserts Mr. Clark has never been a County employee; he was previously employed as a business agent for the Local 307 union.
[5] It is the County's understanding that Mr. Boyer is no longer employed at the County, but is now an employee of the Local 307 union.

coaching documentation from Elias' file following his coaching session with Lipscomb and Eiesland in 2022.*

44. **Amanda Lawrence** (may testify), address unknown.  Lawrence is the former director of Human Resources.  She will testify that she reviewed Kara Hill's investigation report regarding Plaintiffs' complaints and found no evidence that Waggoner violated county policy.

45. **Jeremiah Hertz** (may testify), address unknown.  Hertz is a former crew chief. He will testify that he left Clark County because of Waggoner's behavior. Hertz will further testify that, following the incident with the vactor and sabotage, he told Ray Alanis that Waggoner's treatment towards him was improper and he saw how it has affected Ray.*

(b)  On behalf of the defendant:

**Lay witnesses**

1.  **Kathleen Otto** (will testify)
    c/o Keating, Bucklin & McCormack, Inc., P.S.
    801 Second Avenue, Suite 1210
    Seattle, WA 98104

Kathleen Otto has served as County Manager since February of 2021. Previously, she served as Interim County Manager from March 2020-February 2021, Deputy County Manager and Director of Internal Services from to March 2020, and the County's Human Resources Director from September of 2016-January of 2019. She was not employed by the county from September 2015 through August 2016. She will testify regarding County operations, policies, and procedures, Labor Relations, interactions with Plaintiffs, Public Works and human resources personnel, Plaintiffs' appeal of a workplace investigation in 2020, and the County's knowledge of and responses to allegations by Plaintiffs, including Defendant's investigations regarding Plaintiffs' complaints.

2.  **Kara Hill** (will testify)
    Oregon Metro
    600 Grand Ave.
    Portland, OR 97223

     503-957-9927
     karade16@outlook.com

   Kara Hill will testify regarding facts relating to her work as a Senior Human Resources representative for Clark County July 2019-July 2020, interactions with plaintiffs, and other Roads division personnel, investigations, labor grievances, County and Department operations and policies, Labor agreements, and communications regarding plaintiffs.

    **3.**  **Mande Lawrence** (will testify)
     City of Chattanooga
     101 East 11th Street - Suite 201
     Chattanooga, TN 37402
     P:  423.643.7203
     alawrence@chattanooga.gov

   Mande Lawrence was the former Human Resources Director for the County and will testify regarding facts regarding Clark County Public Works Department and Human Resources practices and policies, investigations, labor agreements and grievances, and other facts related to Plaintiffs' claims. **NOTE: Defendants request permission to present Ms. Lawrence's testimony via Zoom from Tennessee, if necessary, particularly if an agreeable date for her appearance cannot be confirmed soon enough for her to arrange travel. Plaintiffs do not oppose this request.**

    **4.**  **Timothy Waggoner** (will testify)
     Clark County Public Works Department
     4700 NE 78th Street
     Vancouver, WA 986665
     Pubwks.cservice@clark.wa.gov
     (564) 397-6118

   Timothy Waggoner is a Superintendent the Public Works Department and will testify regarding facts related to Plaintiffs' employment and complaints.

    **5.**  **Richard Harris** (will testify)
     Clark County Public Works Department
     4700 NE 78th Street
     Vancouver, WA 986665
     Pubwks.cservice@clark.wa.gov
     (564) 397-6118

   Richard Harris works in the Public Works Roads Division of Clark County and will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the

working environment in the Department.

**6.** **Sheila Ensminger** (will testify)
Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 98665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

Sheila Ensminger is the Office Manager in the Public Works Roads Division and will testify regarding departmental operations, personnel, environment, training, records, interactions with plaintiffs and other personnel, and plaintiffs' claims.

**7.** **Nick Eiesland** (will testify)
Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 98665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

Nick Eiesland has served as a superintendent Since April 2021. He previously served as a chief from approximately 2006 to April 2021, and as a highway maintenance specialist prior to that in the Public Works Roads division at Clark County. He will testify regarding facts relating to Plaintiffs' employment and claims that reference him, interactions with plaintiffs, and the Department Operations and working environment.

**8.** **Dominic Catania (will testify)**
Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 98665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

Dominic Catania works in the Public Works Roads Division of Clark County and will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**9.** **Brandon Pilot (will testify)**
Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 98665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

Brandon Pilot has served as the Water Quality Crew Chief since 2012 in the Public Works Roads Division of Clark County, and as a highway maintenance specialist prior to the. He will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

      **10.**    **Chad Weiker (will testify)**
                Clark County Public Works Department
                4700 NE 78th Street
                Vancouver, WA 98665
                Pubwks.cservice@clark.wa.gov
                (564) 397-6118

Chad Weiker has served as a crew chief in the Public Works Roads Division of Clark County since March 2022, and worked as a heavy equipment operator and/or highway maintenance specialist from 2011 – March 2022. He will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

      **11.**    **Salvador Mendez (will testify)**
                Clark County Public Works Department
                4700 NE 78th Street
                Vancouver, WA 98665
                Pubwks.cservice@clark.wa.gov
                (564) 397-6118

Salvador Mendez worked in the Public Works Roads Division of Clark County and will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

      **12.**    **Allen Martinez (may testify)**
                Clark County Public Works Department
                4700 NE 78th Street
                Vancouver, WA 986665
                Pubwks.cservice@clark.wa.gov
                (564) 397-6118

Allen Martinez worked in the Public Works Roads Division of Clark County and will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

      **13.**    **Isodoro Flores (will testify)**

Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 98665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

Isodora Flores has served as a crew chief in the Public Works Roads Division of Clark County since July 2019 and Prior to that as a heavy equipment operator, Highway maintenance specialist, and have a maintenance worker. He will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**14.    Edward Perez (will testify)**
Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 98665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

Edward Perez has worked in the Public Works Roads Division of Clark County As a highway maintenance specialist since 2019. He will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**15.    David Lubinski (may testify)**
9 East Twin Falls Street
Yacolt, WA 98675

David Lubinski worked As a highway maintenance specialist in the Public Works Roads Division of Clark County From June 2019 – June 2021. He will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**16.    John May (will testify)**
Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 986665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

John May has served as a Crew Chief in the Public Works Roads Division Clark County

since approximately 2015, and as a highway maintenance specialist and/or worker prior to that. He will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

17.    **Aaren Morring (may testify)**
      10312 NE 96th Street
      Vancouver, WA 98662

Aaren Morring worked as a highway maintenance specialist in the Public Works Roads Division of Clark County From April 2017 – April 2022 and will testify regarding facts relating to Plaintiffs' claims that reference him, including plaintiff Pena's allegation that he was treated differently in terms of obtaining his unrestricted CDL in 2019, interactions with Plaintiffs and the working environment in the Department.

18.    **Micah Passmore (may testify)**
      Clark County Public Works Department
      4700 NE 78th Street
      Vancouver, WA 98665
      Pubwks.cservice@clark.wa.gov
      (564) 397-6118

Micah Passmore has served as a Highway Maintenance Specialist in the Public Works Roads Division of Clark County Since approximately 2018 or 2019. He will testify regarding facts relating to Plaintiffs' claims that reference him, Including interactions with Tim Wegner and operation of factory equipment with plaintiff Alanis, interactions with Plaintiffs and the working environment in the Department.

19.    **Dr. George Mecouch, D.O.** (will testify)
      220 South Ash
      Sisters, OR  97759
      (541) 904-4030

Dr. McCouch will testify regarding his medical treatment of plaintiff Isaiah Hutson, including Mr. Hutson's medical history and records. **NOTE: Defendants request permission to present Dr. McCouch's testimony via Zoom from Oregon (per the doctor's request). His testimony is anticipated to be brief. Plaintiffs do not oppose this request.**

20.    **Eric Doerfler, M.D.** (will testify)
      Battle Ground Clinic

2005 W Main Street
Battle Ground, WA 98604

Dr. Doerfler will testify regarding his medical treatment of plaintiff Isaiah Hutson, including Mr. Hutson's medical history and records. **NOTE: Defendants request permission to present Dr. Deorfler's testimony via Zoom from Battleground (per the doctor's request). His testimony is anticipated to be brief. Plaintiffs do not oppose this request.**

21.   **Justin Meats** (will testify)
      Clark County Public Works Department
      4700 NE 78th Street
      Vancouver, WA 98665
      Pubwks.cservice@clark.wa.gov
      (564) 397-6118

Justin Meats works in the Public Works Roads Division of Clark County and will testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

22.   **Josh Lipscomb (may testify)**
      Clark County Public Works Department
      4700 NE 78th Street
      Vancouver, WA 98665
      Pubwks.cservice@clark.wa.gov
      (564) 397-6118

Mr. Lipscomb has served as the Road Operations Manager since August 2021 and, if plaintiffs are permitted to proceed on claims of retaliation based on events occurring after their lawsuit was filed in June 2021, Mr. Lipscomb will testify regarding his interactions with plaintiff's, their complaints regarding him, and Rhodes division operations, personnel, policies, and practices since he began in this position.

23.   **Julio Morales** (may testify)
      11608-B NE 149th Street
      Vancouver, WA 98606.

Mr. Morales worked in the Roads Division and may testify consistent with his deposition testimony regarding comments Plaintiffs allege he witnesses and Plaintiffs allegations that he

experienced and disclosed race discrimination or harassment to them.

      **24.**    **Carl Oman (may testify)**
           Clark County Public Works Department
           4700 NE 78th Street
           Vancouver, WA 98665
           Pubwks.cservice@clark.wa.gov
           (564) 397-6118

Carl Oman is an Operations Superintendent in Public Works Roads division and may testify regarding facts relating to Department operations, policies, and practices personnel, interactions with plaintiffs and other Department personnel, and the work environment and the department.

      **25.**    **Eva Haney (may testify)**

Eva Haney served as Interim Public Works director during 2021. She may testify regarding public works operations, personnel, labor relations and grievances during the time she served in this role.

      **26.**    **Kenny Price (may testify)**
           1720 NE 70th Street
           Vancouver, WA  98665

Kenny Price worked in the Public Works Roads Division of Clark County until his retirement, and may testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

      **27.**    **Scott Wilson (may testify)**
           20634 NE 242nd Ave.
           Battle Ground, WA  98604

Scott Wilson worked in the Public Works Roads Division of Clark County and may testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

      **28.**    **Matt Griswold (may testify)**
           11109 NW 7th Avenue
           Vancouver, WA 98686

Matt Griswold works in the Public Works Roads Division of Clark County and may

testify regarding facts relating to Plaintiff Alanis' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

29. **Darrell Young (will testify)**
Clark County Public Works Department
4700 NE 78th Street
Vancouver, WA 98665
Pubwks.cservice@clark.wa.gov
(564) 397-6118

Darrell Young was the President of Local 307 Union 2019-2020. He has served as a crew chief in the Public Works Roads Division Since the summer of 2021, and worked previously has a highway maintenance specialist and heavy equipment operator. He may testify regarding Plaintiffs' employment with Clark County, his involvement regarding labor relations, grievances, interactions with County management and other personnel.

30. **Carolyn Heniges(may testify)**
1407 49th Street
Washougal, WA 98671

Carolyn Heniges was the Roads Operation Manager 2018-2019 and may testify regarding facts regarding Public Works Department Operations and interactions with Plaintiffs during this time frame. **NOTE**: **Defendants request permission to present Ms. Heniges' testimony via Zoom from Soutwestern Washington due to medical restrictions. Plaintiffs do not oppose this request.**

31. **Ahmad Qayoumi (may testify)**
5616 NE 129th Place
Vancouver, WA 98682

Ahmad Qayoumi held the position of Public Works Director/County Engineer from v September 20 18th – September 2021 He may testify regarding Clark County Public Works Department operations, trpersonnel, labor relations, grievances and other facts elated to Plaintiffs' claims.

32. **Jeff Tuttle(may testify)**
35403 NE 94th Ave.
La Center, WA 98629

Jeff Tuttle worked in the Public Works Roads Division of Clark County until his

retirement and may testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**33.** **Kenny Hugo(may testify)**
10315 NE 23rd Ave.
Vancouver, WA  98686

Kenny Hugo  worked in the Public Works Roads Division of Clark County and may testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**34.** **Les MacDonald** (may testify)
4207 NE 130th Circle
Vancouver, WA 98686

Les MacDonald was the Deputy Public Works Director for less than a year in 2019-2020 and may testify regarding operations at the Clark County Public Works Department during that time.

**35.** **Tom Sutton** (may testify)
17607 NE 39th Street
Amoby, WA  98601

Tom Sutton worked in the Public Works Roads Division of Clark County until his retirement and may testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**36.** **Ed Day** (may testify)

Ed Day works in the Public Works Roads Division of Clark County and may testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**37.** **Nate Cox** (may testify)

Nate Cox works in the Public Works Roads Division of Clark County and may testify regarding facts relating to Plaintiffs' claims that reference him, interactions with Plaintiffs and the working environment in the Department.

**38.**          **Daniel Harrigan** (may testify)
Clark County Human Resources
c/o of Defense Counsel

Daniel Harrigan is a Human Resources Representative who attended interviews of Plaintiffs with Kathleen Otto and may testify regarding Plaintiffs interviews and his contemporaneous notes.

**39.     Isaiah Hutson**
c/o Plaintiffs' counsel

Isaiah Hutson may testify facts regarding his own, Mr. Peña's, and Mr. Alanis's claims. Defendant may also offer excerpts of Plaintiff Hutson's deposition testimony at trial pursuant to FRCE 32(a)(3).

**40.     Elias Peña**
c/o Plaintiffs' counsel

Elias Peña may testify regarding facts regarding his own, Mr. Hutson's, and Mr. Alanis's claims. Defendant may also offer excerpts of Plaintiff Pena's deposition testimony at trial pursuant to FRCE 32(a)(3).

**41.     Ray Alanis**
c/o Plaintiffs' counsel

Mr. Alanis may testify regarding facts regarding his own, Mr. Peña's, and Mr. Hutson's claims.  Defendant may also offer excerpts of Plaintiff Alanis' deposition testimony at trial pursuant to FRCE 32(a)(3).

**42. Pat Cosgrove**
Clark County Public Works Department

Mr. Cosgrove is a crew chief in the Roads Division who has worked with will provide rebuttal testimony regarding Plaintiff Alanis' testimony regarding comments in the workplace.

## EXHIBITS

| Plaintiffs' Exhibits | | | | | | |
|---|---|---|---|---|---|---|
| Ex. # | Bates | Description | Authenticity | Admissibility | Objection | Admitted |
| #1 | n/a | Plaintiffs' Complaint | stip | disp | HS | |
| #2 | n/a | Plaintiffs' First Amended Complaint | stip | disp | HS | |
| #3 | n/a | Defendant's Answer to Complaint | stip | disp | REL | |

| Plaintiffs' Exhibits | | | | | | |
|---|---|---|---|---|---|---|
| Ex. # | Bates | Description | Authenticity | Admissibility | Objection | Admitted |
| #4 | n/a | Defendant's Answer to First Amended Complaint | stip | disp | REL | |
| #5 | n/a | Expert Declaration of Dr. Laura Brown, including exhibits, dated and produced September 2, 2022. | stip | disp | HS | |
| #6 | n/a | Supplemental Expert Report of Judith Clark, including exhibits, dated and produced December 9, 2022. | | disp | HS | |
| #7 | CC_28-CC_252 | Clark County Human Resources Policy Manual | Stip | Stip | | |
| #8 | CC_7078-CC_7168 | Agreement Between Local 307 and Public Works dated July 1, 2018 through June 30, 2021 | Stip | Stip | | |
| #9 | Darrell Young deposition Exh. 86 | Copies of Handwritten Notes Created by Darrell Young | Stip | Stip | | |
| #10 | P_96 | Photo of Posting | Disp | Disp | F REL | |
| #11 | CC_2358-CC_2361 | Isaiah Hutson Highway Maintenance Worker Interview Questions dated May 18, 2016 | Disp | Disp | F REL | |
| #12 | CC_5792-CC_5793 | Response to Step 1 Grievance Email from Carolyn Heniges dated July 1, 2019 | Stip | Stip | | |
| #13 | CC_6160-CC_6184 | Isaiah Hutson Grievance – Trainer OCP, and accompanying documents, from Carolyn Heniges dated July 5, 2019 | Stip | Stip | | |
| #14 | CC_1522-CC_1524 | Isaiah Hutson Bias? Email dated July 11, 2019 | Stip | Stip | | |
| #15 | P_17-P_19 | Elias Pena Meeting Request-CDL Requirement Email from Kara Hill dated July 24, 2019 | Disp | Disp | F | |
| #16 | CC_5167 | Isaiah Hutson Trainer Pay Report Email from Kara Hill dated July 30, 2019 | Stip | Stip | | |
| #17 | CC_6482-CC_6483 | Elias Pena CDL Training Email from Carolyn Heniges dated July 31, 2019 | Stip | Stip | | |
| #18 | P_22-P_23 | Elias Pena CDL Training Schedule from Timothy Waggoner dated August 1, 2019 | Disp | Disp | | |
| #19 | CC_2020-CC_2021 | Ray Alanis Message from MSFWSB1 Email from Kara Hill dated August 13, 2019 | Stip | Stip | | |
| #20 | CC_5168-CC_5169 | Ray Alanis Grievance Email from Kara Hill dated August 14, 2019 | Stip | Stip | | |
| #21 | CC_4064 | Employee Behavior During County Wide Trainings from Kara Hill dated October 18, 2019 | Stip | Disp | REL HS | |
| #22 | CC_749- | Isaiah Hutson Out of Class Pay | Stip | Stip | | |

| Ex. # | Bates | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|---|
| | CC_750 | Email from Kara Hill dated January 13, 2020 | | | | |
| #23 | CC_751-CC_752 | Isaiah Hutson Performance and Conduct Standard and Expectations Meeting from Kara Hill dated January 13, 2020 | Stip | Stip | | |
| #24 | CC_5976-CC_6066 | Isaiah Hutson Harassment/Discrimination Investigation Email dated March 5, 2020 | Stip | Stip | | |
| #25 | CC_3010 | Complaint of Harassment and Discrimination Email from Kara Hill dated March 6, 2020 | Stip | Stip | | |
| #26 | CC_1 | Ray Alanis Harassment/Discrimination Email dated March 6, 2020 | Stip | Stip | | |
| #27 | CC_5192-CC_5193 | Road Maintenance Operation Report Concerns and Frustrations Email from Kara Hill dated March 10, 2020 | Stip | Stip | | |
| #28 | CC_12 | Elias Pena Harassment/Discrimination Email dated March 10, 2020 | Stip | Stip | | |
| #29 | CC_4429-CC_4432 | More Employee/Operations Concerns Email from Kathleen Otto dated March 26, 2020 | Stip | Disp | REL | |
| #30 | CC_4451-CC_4458 | Expectations Email from Kathleen Otto dated March 26, 2020 | Stip | Disp | REL | |
| #31 | CC_2914-CC_2916 | Marc Smith Investigation Questions dated unknown | Stip | Stip | | |
| #32 | CC_2943-CC_2946 | Richard Harris Investigation Questions dated May 12, 2020 | Stip | Stip | | |
| #33 | CC_2889-CC_2891 | John May Investigation Questions dated May 12, 2020 | Stip | Stip | | |
| #34 | CC_2924-CC_2927 | Timothy Waggoner Investigation Questions dated May 27, 2020 | Stip | Stip | | |
| #35 | CC_2920-CC_2923 | Kara Hill Investigation Report dated June 15, 2020 | Stip | Stip | | |
| #36 | CC_3-CC_5 | Isaiah Hutson Appeal of Discrimination / Harassment Complaint Decision dated June 19, 2020 | Stip | Stip | | |
| #37 | P_4-P_8 | Isiah Hutson Request for Investigation of Discrimination and Harassment dated July 8, 2020 | Disp | Disp | F | |
| #38 | CC_13 | Isaiah Hutson Discrimination/Harassment Complaint and Investigation Request Email dated July 9, 2020 | stip | stip | | |
| #39 | P_32-P_34 | Elias Pena Discrimination/Retaliation Complaint dated August 18, 2020 | Disp | Disp | F | |
| #40 | P_9-P_14 | Response to Request for Investigation of Discrimination | Disp | Disp | F | |

| | | Plaintiffs' Exhibits | | | | |
|---|---|---|---|---|---|---|
| Ex. # | Bates | Description | Authenticity | Admissibility | Objection | Admitted |
| | | and Harassment from Kathleen Otto dated December 10, 2020 | | | | |
| #41 | P_44 | Sign-In Sheet for Highway Maintenance Specialist Mower Position at Washougal dated February 2021 | Disp | Disp | F REL | |
| #42 | P_45-P_46 | Elias Pena Step-Two Grievance Response Letter from Interim Public Works Director Eva Haney to Union Representative Larry Clark dated July 29, 2021 | Disp | Disp | REL HS MIL#1 | |
| #43 | P_78-P_81 | Elias Pena Forward Email Please from Josh Lipscomb dated February 28, 2022 | Disp | Disp | HS REL MIL# 1 | |
| #44 | P_84-P_86 | Ray Alanis Inappropriate Conduct/Application Withdrawal Email dated March 10, 2022 | Disp | Disp | HS REL MIL#1 | |
| #45 | P_94 | Ray Alanis Investigation Conclusion from Brianna Bradley dated March 21, 2022 | Disp | Disp | HS REL MIL# 1, 8 | |
| #46 | P_93 | Ray Alanis Correction: Investigation Conclusion from Brianna Bradley dated March 21, 2022 | Disp | Disp | HS REL MIL#1 | |
| #47 | P_82-P_83 | Discussions Regarding the March 2022 Elias Pena Coaching Memo Email from William Winfield dated June 14, 2022 | Disp | Disp | HS REL MIL# 1 | |
| #48 | P_70-P_81 | Isaiah Hutson Inappropriate Conduct Email dated August 2022 | Disp | Disp | HS REL MIL# 1 | |
| #49 | P_91-P92 | Isaiah Hutson Unfair Treatment Email dated September 22, 2022 | Disp | Disp | HS REL MIL# 1 | |
| #50 | P_76-P_77 | Isaiah Hutson Proposal Meeting Email dated December 8, 2022 | Disp | Disp | HS REL MIL# 1 | |
| #51 | P_72-P_74 | Isaiah Hutson Inappropriate Conduct and Threats Email dated December 27, 2022 | Disp | Disp | REL HS MIL #1 | |
| #52 | P_47 | John May's Hangman Photo | Disp | Disp | REL | |
| #53 | P_48 | John May's Hangman Photo | Disp | Disp | REL cumulative | |

| Plaintiffs' Exhibits | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ex. # | Bates | Description | Authenticity | Admissibility | Objection | Admitted | |
| #54 | P_49 | John May's Hangman Photo | Disp | Disp | REL HS cumulative | | |
| #55 | P_50 | John May's Hangman Photo | | | REL | | |
| #56 | P_51 | John May's Hangman Photo | | | REL | | |
| #57 | n/a | Miscellaneous family photos of Elias Pena | | | REL | | |
| #58 | n/a | Miscellaneous family photos of Isaiah Hutson | | | REL MIL#10 | | |
| #59 | n/a | Miscellaneous family photos of Ray Alanis | | | REL MIL#10 | | |
| #60 | CC_6766 | Organizational Chart | Stip | Stip | | | |
| #61 | n/a | 4/23/23 Hangman Photo 006 | | | REL cumulative | | |
| #62 | n/a | 4/23/23 Hangman Photo 007 | | | "" | | |
| #63 | n/a | 4/23/23 Hangman Photo 008 | | | "" | | |
| #64 | n/a | 4/23/23 Hangman Photo 009 | | | "" | | |
| #65 | n/a | 4/23/23 Hangman Photo 010 | | | "" | | |
| #66 | n/a | 4/23/23 Hangman Photo 011 | | | "" | | |
| #67 | n/a | 4/23/23 Hangman Photo 012 | | | "" | | |
| #68 | n/a | 4/23/23 Hangman Photo 013 | | | "" | | |
| #69 | n/a | 4/23/23 Hangman Photo 014 | | | "" | | |
| #70 | n/a | 4/23/23 Hangman Photo 015 | | | "" | | |
| #71 | n/a | 4/23/23 Hangman Photo 001 | | | "" | | |
| #72 | n/a | 4/23/23 Hangman Photo 002 | | | "" | | |
| #73 | n/a | 4/23/23 Hangman Photo 003 | | | "" | | |
| #74 | n/a | 4/23/23 Hangman Photo 004 | | | "" | | |
| #75 | n/a | 4/23/23 Hangman Photo 005 | | | "" | | |

## DEFENDANT'S OBJECTION KEY:

F = lack of foundation, FRE 602

REL= Relevance, FRE 401, 402, 403

HS=Hearsay, FRE 801, 802

Cumulative = cumulative, FRE

MIL#; subject of motion in limine

| Defendant's Exhibits | | | | | | |
|---|---|---|---|---|---|---|
| Ex. # | Bates | Description | Authenticity | Admissibility | Objection | Admitted |
| #500 | CC_18-27 | Human Resources Briefing Report | Disputed | Disputed | F | |
| #501 | CC_2568-CC_2569 | Email from C. Heniges to M. Lawrence re: Equipment Training Program Meeting | Disputed | Disputed | F | |
| #503 | CC_728-CC_729; | Email from K. Otto to R. Alanis re: Discrimination / Harassment | Disputed | Disputed | F | |

| | CC_723; CC_711-CC_712 | Claim Appeal; KO handwritten notes | | | | |
|---|---|---|---|---|---|---|
| #504 | CC_699-CC_700 | Correspondence to L. Clark from K. Otto re: Response to Step 3 Vincent Taylor Grievance | Disputed | Disputed | 402 | |
| #505 | CC_729 | Alanis-Email from K. Otto to R. Alanis re: Discrimination / Harassment Appeal | Stipulated | Stipulated | | |
| #506 | n/a | Alanis (dep exhs)-Dep exhibit 32 Alanis Discovery responses | Stipulated | Stipulated | | |
| #507 | CC_1963-CC_1971 | Alanis-Professional Profile | Stipulated | Stipulated | | |
| #508 | CC_701-CC_703 | Alanis-DPH Notes re: Appeal | Disputed | Disputed | F | |
| #509 | CC_4267 | Alanis-New Employee Orientation | Disputed | Disputed | 402; F | |
| #515 | CC_4673 | Alanis-Clark County WA Organization Chart | Stipulated | Stipulated | | |
| #516 | CC_2931 | Alanis (dep exhs)-Dep exhibit 34 Memorandum to R. Alanis from K. Hill re: Investigation Conclusion Memo | Stipulated | Stipulated | | |
| #517 | CC_729 | Alanis (dep exhs)-Dep exhibit 35 Email from K. Otto to R. Alanis re: Discrimination / Harassment Claim Appeal | Stipulated | Stipulated | | |
| #518 | CC_2867 | Alanis-Correspondence from K. Otto to Plaintiffs re: Response to Appeal of Discrimination / Harassment | Stipulated | Stipulated | | |
| #533 | CC_1848-CC_1868 | Hutson–Hutson Performance Evaluations | Stipulated | Stipulated | | |
| #537 | CC_5901 | Hutson – I. Hutson Retro Trainer Pay | Stipulated | Stipulated | | |
| #538 | CC_1455-CC_1463 | Hutson – Isaiah Hutson Professional Profile | Stipulated | Stipulated | | |
| #542 | CC_4187-CC_4277 | Hutson (dep exhs)- Deposition Exhibit 18  Agreement between Local 307CO Public Works, Community Development and Community Planning Units | Stipulated | Stipulated | | |
| #544 | CC_747-CC_748 | Hutson (dep exhs)- Deposition Exhibit 14  Email from I. Hutson to M. Lawrence re: NEED TO TALK | Stipulated | Stipulated | | |
| #545 | CC_1823-CC_1824 | Hutson – Hutson Hire Letter | Stipulated | Stipulated | | |
| #548 | CC_1511 | Hutson – Email re: CC'd Emails | Stipulated | Stipulated | | |
| #549 | CC_4076-CC_4077 | Hutson – Email re: Trainers for Training Program | Disputed | Disputed | F | |
| #550 | CC_4176-CC_4177 | Hutson – Email re: Training on Distributor | Disputed | Disputed | F | |
| #551 | CC_1070-CC_1071 | Hutson – Email re: Grievance – Trainer OCP | Disputed | Disputed | F | |
| #552 | CC_4143-CC_4145 | Hutson – Email re: Equipment Training Program Trainers List | Disputed | Disputed | F | |

| #553 | CC_4180-CC_4181 | Hutson – Email re: WOOC Pay | Disputed | Disputed | F | |
| #554 | CC_5771-CC_5808 | Hutson –Handwritten notes re: Hutson Grievance re: Trainer Pay | Disputed | Disputed | F | |
| #556 | CC_4129 | Hutson – Email re: MOU Trainer Pay Agreement | Disputed | Disputed | F | |
| #557 | p. 113-119 | Hutson Sleep Apnea Medical Records | Disputed | Disputed | 402; F | |
| #558 | CC_754-CC_755 | Hutson (dep exhs)- Deposition Exhibit 15  Email from K. Hill re: Ray Alanis Grievance | Stipulated | Stipulated | | |
| #559 | CC_4159 | Hutson – Email re: Out of Class | Disputed | Disputed | F | |
| #560 | CC_744-CC_746 | Hutson – Email re: Grievance Withdrawal | Disputed | Disputed | F | |
| #561 | p. 132-136 | Hutson Medical Records (redacted) | Disputed | Disputed | F | |
| #564 | CC_5042 | Hutson – Email re: COVID-19 Medical Update | Stipulated | Stipulated | | |
| #565 | CC_704-CC_707 | Hutson – Harrigan Handwritten Notes re: Hutson Appeal | Disputed | Disputed | F | |
| #566 | CC_708-CC_709 | Hutson – Harrigan Handwritten Notes re: Hutson Appeal | Disputed | Disputed | F | |
| #567 | CC_9-CC_10 | Hutson – Email re: Harassment / Discrimination Investigation | Stipulated | Stipulated | | |
| #569 | CC_3011 | Hutson – Memo re: Conclusion of Investigation | Stipulated | Stipulated | | |
| #570 | P_29 | Hutson (dep exhs)- Deposition Exhibit 11  Memo to E. Pena from K. Hill re: Investigation Conclusion Memo | Stipulated | Stipulated | | |
| #572 | P_27 | Hutson (dep exhs)- Deposition Exhibit 9 Email from E. Pena to K. Otto re: Appeal of Discrimination / Harassment Decision | Stipulated | Stipulated | | |
| #573 | P_28 | Hutson (dep exhs)- Deposition Exhibit 8 Notes re: Elias conversation with Kara | Stipulated | Stipulated | | |
| #575 | p. 175-177 | Hutson Medical Records (redacted) | Disputed | Disputed | F | |
| #576 | p. 137-141 | Hutson Medical Records (redacted) | Disputed | Disputed | F | |
| #577 | p. 178-180 | Hutson Medical Records (redacted) | Disputed | Disputed | F | |
| #579 | p. 142-145 | Hutson Medical Records | Disputed | Disputed | F | |
| #580 | p. 125-131 | Hutson Medical Records | Disputed | Disputed | F | |
| #582 | CC_4128 | Hutson (dep exhs)- Deposition Exhibit 13  Photo of Posting to fill a vacant Highway Maintenance Specialist Mower position at Washougal | Disputed | Disputed | F | |
| #584 | p. 186-189 | Hutson Medical Records (redacted) | Disputed | Disputed | F | |
| #585 | p. 212-216 | Hutson Medical Records (redacted) | Disputed | Disputed | F | |
| #586 | n/a | Hutson (dep exhs)-Deposition | Stipulated | Stipulated | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Exhibit 1 Complaint | | | | |
| #587 | p. 198-201 | Hutson Medical Records (redacted) | Disputed | Disputed | F | |
| #590 | n/a | Hutson (dep exhs)- Deposition Exhibit 5  Plaintiff Isaiah Hutson's Responses to Defendant's First Interrogatories and Requests for Production | Stipulated | Stipulated | | |
| #601 | CC_2024-CC_2028 | Pena (dep exhs)- Pena Status (redacted – personal info) | Stipulated | Stipulated | | |
| #602 | CC_2031-CC_2055 | Pena (dep exhs)-  Pena Performance Evaluations | Stipulated | Stipulated | | |
| #604 | CC_4066-CC_4067 | Pena -  Email re: L Training on 5th Wheel and Stick shift | Disputed | Disputed | 402;F | |
| #605 | CC_2069-CC_2071; CC_2093 CC_2131 | Pena -  Elias Pena hire letter and HR documents (reduced to excerpts) | Stipulated | Stipulated | | |
| #606 | CC_2057 | Pena (dep exhs)- Pena Policy Receipt | Disputed | Disputed | 402; F | |
| #608 | CC_4176-CC_4177 | Pena -  Email re: Training on Distributor | Disputed | Disputed | F | |
| #609 | CC_1453-CC_1454 | Pena -  Email re: Meeting request- CDL requirements | Disputed | Disputed | F | |
| #611 | CC_4131 | Pena -  Email re: CDL Endorsement Training | Disputed | Disputed | F | |
| #612 | CC_4184 | Pena (dep exhs)- Deposition Exhibit 24  Email from K. Hill re: Unrestricted CDL Meeting Follow Up | Disputed | Disputed | F | |
| #615 | CC_4072-CC_4073 | Pena -  Email re: Application For CDL Student Training | Disputed | Disputed | F | |
| #616 | CC_4134-CC_4135 | Pena -  Email re: CDL School Training | Disputed | Disputed | F | |
| #619 | CC_4060-CC_4061 | Pena – Email re: COVID-19 Matters at Operations | Disputed | Disputed | 402; F | |
| #620 | CC_894-CC_897 | Pena -  Email re: COVID-19 Update | Disputed | Disputed | 402; F | |
| #622 | CC_1144-CC_1147 | Pena (dep exhs)- Deposition Exhibit 29  Email from K. Otto to E. Pena re: Discrimination / Retaliation Complaint | Disputed | Disputed | F | |
| #623 | CC_719-CC_722 | Pena -  Harrigan handwritten notes re: Pena appeal | Disputed | Disputed | F | |
| #625 | CC_1131 | Pena (dep exhs)- Deposition Exhibit 28  Email from E. Pena re: Harassment Appeal / Hearsay | Disputed | Disputed | F | |
| #626 | CC_1132 | Pena (dep exhs)- Deposition Exhibit 30  Email from E. Pena to K. Otto re: Meeting Forward Notification Discussion | Disputed | Disputed | F | |
| #629 | n/a | Pena (dep exhs)- Deposition Exhibit 21  Plaintiff Elias Pena's Responses to Defendant's First Interrogatories and Requests for Production | Stipulated | Stipulated | | |

AMENDED (PROPOSED) PRETRIAL ORDER,
CASE NO. 3:21-CV-05411-DGE

The Parties' Objection Code:

| F | Lack of Foundation |
|---|---|
| MIL | Subject of Motion in Limine |

## ACTION BY THE COURT

(a)      This case is scheduled for trial before a jury on May 22, 2023 at 9:00 am.

(b)      The court issued an order granting in part and denying in part Defendant's motion for summary judgment on April 28, 2023. See, Dkt. #90.

(c)      Trial briefs were submitted to the court on or before April 21-24, 2023. The parties may submit amended trial briefs based on the court's Summary Judgment Order, Dkt. #90.

(d)      Jury instructions requested by either party were submitted to the court on April 21, 2023.  The parties will submit amended proposed jury instructions based on the court's summary judgment order, Dkt. #90 and trial testimony, as appropriate.

(e)      Suggested questions of either party to be asked of the jury by the court on voir dire were submitted to the court on April 20, 2023.

(f)      Agreed neutral statement of the case was submitted to the court on April 20, 2023.

(g)      Agreed supplemental jury questionnaire was submitted to the court on April 20, 2023.

(h)      Deposition designations were submitted to the court on April 21, 2023.

This order has been approved by the Parties as evidenced by the signatures of their counsel.  This order shall control the subsequent course of the action unless modified by a subsequent order.

This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.


Dated this _____ day of _____, 2023.


_____

The Honorable David G. Estudillo

FORM APPROVED

BRESKIN JOHNSON & TOWNSEND PLLC


By:  */s/ Roger M. Townsend*
    Roger M. Townsend, WSBA #25525
    Daniel F. Johnson, WSBA #27848
*Attorneys for Plaintiffs*

1000 Second Ave., Suite 3670
Seattle, WA  98104
Phone: 206-652-8660
Fax: 206-652-8290
Email:  rtownsend@bjtlegal.com
    djohnson@bjtlegal.com


MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND


By:  */s/ Luis L. Lozada*
    Luis L. Lozada (Pro Hac Vice) NY Bar No. 5742945
    Fernandez Nunez (Pro Hac Vice) CA Bar No. 327390
*Attorneys for Plaintiffs*

634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
Phone: 213-629-2512
Email:  llozada@maldef.org
    fnunez@maldef.org


MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND


By:  */s/ Leticia Saucedo*
    Leticia Saucedo  (Pro Hac Vice) NY Bar No. 2953255
*Attorney for Plaintiffs*

1512 Fourth Street
Sacramento, CA  95814
Phone: 702-324-6186
Email: lsaucedo@maldef.org

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Audrey M. Airut Murphy, WSBA #56833
*Attorneys for Defendant Clark County*
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone:  (206) 623-8861
Fax:  (206) 223-9423
Email: jfreeman@kbmlawyers.com
Email: amurphy@kbmlawyers.com


CLARK COUNTY PROSECUTING ATTORNEY


By: */s/ Leslie A. Lopez*
Leslie Anne Lopez, WSBA # 46118
*Chief Civil Deputy Prosecuting Attorney*
*Attorney for Defendant Clark County*

PO Box 5000
Vancouver, WA 98666-5000
Phone: (564) 397-4755
Email: Leslie.Lopez@clark.wa.gov

**AMENDED (PROOPSED) PRETRIAL ORDER,**
CASE NO. 3:21-CV-05411-DGE