THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PEÑA, ISAIAH HUTSON, and RAY ALANIS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>　　　　　Defendant. | No.: 3:21-cv-05411-DGE<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' UNOPPOSED MOTION REGARDING PRETRIAL PROCEDURE** |

　　　　This matter came before the Court on Plaintiffs' Unopposed Motion Regarding Pretrial Procedure.  Having considered the pleadings filed in support of the motion, Plaintiffs' Motion Regarding Pretrial Procedure is GRANTED in part and DENIED in part.

　　　　For the reasons stated during the pretrial conference, the Court declines to distribute Plaintiffs' proposed supplemental juror questionnaire. The Court will select which of the proposed voir dire questions to pose to the jury.  With respect to Plaintiffs' request that challenges for cause be heard outside the presence of the jury, the Court will follow this procedure as noted in the pretrial conference agenda. (Dkt. No. 93 at 3.)

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' UNOPPOSED MOTION REGARDING PRE-TRIAL PROCEDURE - 1

Dated: May 15, 2023.

_____
David G. Estudillo
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' UNOPPOSED MOTION REGARDING PRE-TRIAL PROCEDURE - 2