The Honorable David G. Estudillo
Trial Date: May 22, 2023

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

ELIAS PEÑA, ISAIAH HUTSON, and
RAY ALANIS,

                        Plaintiffs,

        v.

CLARK COUNTY, WASHINGTON,

                        Defendant.

No. 3:21-cv-05411-DGE

AMENDED JOINT NEUTRAL
STATEMENT OF THE CASE

The parties jointly propose the following amended joint neutral statement of the case:

Plaintiffs Elias Peña, Isaiah Hutson, and Ray Alanis work in the Roads Division of the Clark County Public Works Department. They are Latino and of Mexican heritage.  The plaintiffs claim that they were, and continue to be, subjected to a hostile work environment because of their race and/or national origin, and that the County did not reasonably prevent or remedy such conduct. The County denies the claims.

DATED:  May 15, 2023

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: /s/Jayne L. Freeman
    Jayne L. Freeman, WSBA #24318
    Audrey M. Airut Murphy, WSBA #56833
    *Special Deputy Prosecuting Attorneys for Defendant*

801 Second Avenue, Suite 1210
Seattle, WA  98104

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: jfreeman@kbmlawyers.com
Email: amurphy@kbmlawyers.com


BRESKIN JOHNSON & TOWNSEND PLLC



By: */s/ Roger M. Townsend* (via email permission)
     Roger M. Townsend, WSBA #25525
     Daniel F. Johnson, WSBA #27848
*Attorneys for Plaintiffs*

1000 Second Ave., Suite 3670
Seattle, WA  98104
Phone: 206-652-8660
Fax: 206-652-8290
Email: rtownsend@bjtlegal.com
Email: djohnson@bjtlegal.com


MEXICAN AMERICAN LEGAL DEFENSE AND
EDUCATIONAL FUND



By: */s/ Luis L. Lozada* (via email permission)
     Luis L. Lozada (Pro Hac Vice)
     NY Bar No. 5742945
     Fernandez Nunez (Pro Hac Vice)
     CA Bar No. 327390
*Attorneys for Plaintiffs*

634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
Phone: 213-629-2512
Email: llozada@maldef.org
Email: fnunez@maldef.org

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

MEXICAN AMERICAN LEGAL DEFENSE AND
EDUCATIONAL FUND

2

3

By: */s/ Leticia Saucedo* (via email permission)
    Leticia Saucedo (Pro Hac Vice)
    NY Bar No. 2953255
*Attorney for Plaintiffs*

4

5

6

1512 Fourth Street
Sacramento, CA  95814
Phone: 702-324-6186
Email: lsaucedo@maldef.org

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMENDED JOINT NEUTRAL
STATEMENT OF THE CASE - 3
3:21-cv-05411-DGE
1135-00007/622284

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Roger M. Townsend, WSBA #25525
Daniel F. Johnson, WSBA #27848
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Ave., Suite 3670
Seattle, WA  98104
Phone: 206-652-8660
Fax: 206-652-8290
Email:  rtownsend@bjtlegal.com
djohnson@bjtlegal.com
jmcclure@bjtlegal.com
admin@bjtlegal.com

**Attorneys for Plaintiffs**

Luis L. Lozada (Pro Hac Vice) NY Bar No. 5742945
Fernandez Nunez (Pro Hac Vice) CA Bar No. 327390
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
Phone: 213-629-2512
Email:  llozada@maldef.org
fnunez@maldef.org
mcorona@MALDEF.org

**Attorneys for Plaintiffs**

Leticia Saucedo (Pro Hac Vice) NY Bar No. 2953255
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
1512 Fourth Street
Sacramento, CA  95814
Phone: 702-324-6186
Email:  lsaucedo@maldef.org

and I hereby certify that I have mailed by United States Postal Service the document to the

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

following non CM/ECF participants:

[Insert non-CM/ECF mailing addresses here or type "N/A"]

DATED:  May 15, 2023

/s/ Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
Audrey M. Airut Murphy, WSBA #56833
Special Deputy Prosecuting Attorneys for
Defendant
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email:  jfreeman@kbmlawyers.com

AMENDED JOINT NEUTRAL
STATEMENT OF THE CASE - 5
3:21-cv-05411-DGE
1135-00007/622284

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423