The Honorable David G. Estudillo
**Trial Date:  May 22, 2023**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIAS PENA, ISAIAH HUTSON, and RAY ALANIS,<br><br>              Plaintiffs,<br><br>      v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>              Defendant. | No. 3:21-cv-05411-DGE<br><br>DEFENDANT'S MOTION TO CALL WITNESS OUT OF ORDER<br><br>NOTED ON MOTION CALENDAR: May 22, 2023 |

Defendant Clark County respectfully requests the Court's permission to call defense witness Dr. Eric Doerfler, M.D. on May 30, 2023 at 10:30am-12:00pm, which Defendant acknowledges may occur during the end of Plaintiffs' presentation of their case in chief. It is within the Court's discretion to allow witnesses to present testimony out of order and, for the following reasons, Defendant asserts that doing so would be appropriate in this circumstance to ensure Defendant is able to adequately present its case without foregoing witness testimony due to a scheduling conflict. *See Johns v. Misty Blue Inc.*, 149 Fed. Appx. 685, 688 (9th Cir. 2005) (Wardlaw, Circuit Judge, concurring) (agreeing with majority's decision to vacate order denying new trial motion, noting, "although district court judges have broad discretion in managing their trials," the trial court should have allowed a party to call a witness out of order after counsel refused to allow other party to present witness out of order at a time he was willing and able to testify).

DEFENDANT'S MOTION TO CALL WITNESS OUT OF ORDER - 1
3:21-cv-05411-DGE
1135-00007/Defendant's Motion to Call Witness Out of Order

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dr. Doerfler is Plaintiff Hutson's treating doctor who is expected to testify regarding Plaintiff Hutson's claimed emotional distress damages and claimed physical symptoms. According to his office, Dr. Doerfler will be out of town and unavailable to attend trial June 1-June 20, 2023. Dr. Doerfler is available to attend trial via Zoom the morning before his departure on May 30, 2023, at 10:30am-12:00pm.

Prior to submitting this request to the Court, Defense counsel corresponded with Plaintiff's counsel, requesting that Plaintiffs agree to allow Dr. Doerfler to testify during his available time. Plaintiffs have opposed this request, indicating they believe it would be more appropriate for Dr. Doerfler's testimony to proceed despite his unavailability via Zoom or be perpetuated in advance of trial.

Anticipating Dr. Doerfler's testimony is unlikely to last more than thirty minutes to an hour, Defense counsel does not believe it would be an efficient use of the parties' resources to schedule a last-minute perpetuation deposition instead of allowing Dr. Doerfler's direct examination to occur during the time period he is available, May 30th from 10:30am-12:00pm. Moreover, Dr. Doerfler's office has indicated he is not at all available from June 1 to June 20, which likely will include the full time period that Defendant will have an opportunity to present its case, and therefore calling him out of order—via Zoom or otherwise—will be necessary for this particular witness.

For these reasons, Defendant respectfully requests the Court's permission to call Dr. Doerfler via Zoom during the time period he is available to attend on May 30, 2023.

DEFENDANT'S MOTION TO CALL WITNESS OUT OF ORDER - 2
3:21-cv-05411-DGE
1135-00007/Defendant's Motion to Call Witness Out of Order

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED: May 16, 2023

          KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: <u>*/s/ Audrey M. Airut Murphy*</u>
Audrey M. Airut Murphy, WSBA #56833
Special Deputy Prosecuting Attorneys for Defendant

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: amurphy@kbmlawyers.com

DEFENDANT'S MOTION TO CALL WITNESS OUT OF ORDER - 3
3:21-cv-05411-DGE
1135-00007/Defendant's Motion to Call Witness Out of Order

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Roger M. Townsend, WSBA #25525
Daniel F. Johnson, WSBA #27848
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Ave., Suite 3670
Seattle, WA  98104
Phone: 206-652-8660
Fax: 206-652-8290
Email:  rtownsend@bjtlegal.com
djohnson@bjtlegal.com
jmcclure@bjtlegal.com
admin@bjtlegal.com

**Attorneys for Plaintiffs**

Luis L. Lozada (Pro Hac Vice) NY Bar No. 5742945
Fernandez Nunez (Pro Hac Vice) CA Bar No. 327390
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
Phone: 213-629-2512
Email:  llozada@maldef.org
fnunez@maldef.org
mcorona@MALDEF.org

**Attorneys for Plaintiffs**

Leticia Saucedo  (Pro Hac Vice) NY Bar No. 2953255
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
1512 Fourth Street
Sacramento, CA  95814
Phone: 702-324-6186
Email:  saucedo@maldef.org

DEFENDANT'S MOTION TO CALL WITNESS OUT OF ORDER - 4
3:21-cv-05411-DGE
1135-00007/Defendant's Motion to Call Witness Out of Order

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**Attorneys for Attorney for Defendant Clark County**

Leslie Anne Lopez, WSBA # 46118
Chief Civil Deputy Prosecuting Attorney
CLARK COUNTY PROSECUTING ATTORNEY
PO Box 5000
Vancouver, WA 98666-5000
Phone: (564) 397-4755
Email:  Leslie.Lopez@clark.wa.gov
nichole.carnes@clark.wa.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

DATED:  May 16, 2023

|  | /s/ Audrey M. Airut Murphy |
|---|---|
|  | Audrey M. Airut Murphy, WSBA #56833 |
|  | Audrey M. Airut Murphy, WSBA #56833 |
|  | Special Deputy Prosecuting Attorneys for Defendant |
|  | 801 Second Avenue, Suite 1210 |
|  | Seattle, WA  98104-1518 |
|  | Phone: (206) 623-8861 |
|  | Fax:    (206) 223-9423 |
|  | Email: amurphy@kbmlawyers.com |

DEFENDANT'S MOTION TO CALL WITNESS OUT OF ORDER - 5
3:21-cv-05411-DGE
1135-00007/Defendant's Motion to Call Witness Out of Order

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423