The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ELIAS PENA, ISAIAH HUTSON, and
RAY ALANIS,

                         Plaintiffs,

        v.

CLARK COUNTY, WASHINGTON,

                         Defendant.

No. 3:21-cv-05411-DGE

DECLARATION OF AUDREY M.
AIRUT MURPHY

I, Audrey M. Airut Murphy, declare as follows:

1.      I am one of the attorneys representing the Defendant in this lawsuit.  I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence.  I am competent to testify to the matters set forth in this declaration.

2.      The following exhibits are cited or relied upon in Defendants Motion to Call Witness Out of Order:

        A.      Attached as **Exhibit A** is a true and correct copy of emails exchanged on 5/15/2023 between counsel for both parties.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF AUDREY M. AIRUT MURPHY - 1
3:21-cv-05411-DGE
1135-00007/Declaration of AAM ISO Motion to Call Dr. Doerfler Out of Order

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

DATED this 16th day of May, 2023, at Seattle, Washington.

2

3

*/s/ Audrey M. Airut Murphy*
Audrey M. Airut Murphy, WSBA #56833

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on May 16, 2023, I electronically filed the foregoing with

3  the Clerk of the Court using the CM/ECF system which will send notification of such filing

4  to the following:

5

6          **Attorneys for Plaintiffs**

7     Roger M. Townsend, WSBA #25525
      Daniel F. Johnson, WSBA #27848
8     BRESKIN JOHNSON & TOWNSEND PLLC
      1000 Second Ave., Suite 3670
9     Seattle, WA  98104
      Phone: 206-652-8660
10    Fax: 206-652-8290
      Email:  rtownsend@bjtlegal.com
11    djohnson@bjtlegal.com
      jmcclure@bjtlegal.com
12    admin@bjtlegal.com

13         **Attorneys for Plaintiffs**

14
      Luis L. Lozada (Pro Hac Vice) NY Bar No. 5742945
15    Fernandez Nunez (Pro Hac Vice) CA Bar No. 327390
      MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
16    634 S. Spring Street, 11th Floor
      Los Angeles, CA  90014
17    Phone: 213-629-2512
      Email:  llozada@maldef.org
18    fnunez@maldef.org
      mcorona@MALDEF.org
19

20         **Attorneys for Plaintiffs**

21
      Leticia Saucedo  (Pro Hac Vice) NY Bar No. 2953255
22    MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
      1512 Fourth Street
23    Sacramento, CA  95814
      Phone: 702-324-6186
24    Email:  saucedo@maldef.org

25
           **Attorneys for Attorney for Defendant Clark County**
26
27    Leslie Anne Lopez, WSBA # 46118
      Chief Civil Deputy Prosecuting Attorney

DECLARATION OF AUDREY M. AIRUT MURPHY - 3
3:21-cv-05411-DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

2

3

4

CLARK COUNTY PROSECUTING ATTORNEY
PO Box 5000
Vancouver, WA 98666-5000
Phone: (564) 397-4755
Email:  Leslie.Lopez@clark.wa.gov
nichole.carnes@clark.wa.gov

5

6

7

and I hereby certify that I have mailed by United States Postal Service the document to the

following non CM/ECF participants: n/a

8

9

DATED:  May 16, 2023

10

11

12

13

14

/s/ Audrey M. Airut Murphy
Audrey M. Airut Murphy, WSBA #56833
Audrey M. Airut Murphy, WSBA #56833
Special Deputy Prosecuting Attorneys for
Defendant

15

16

17

801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: amurphy@kbmlawyers.com

18

19

20

21

22

23

24

25

26

27

DECLARATION OF AUDREY M. AIRUT MURPHY - 4
3:21-cv-05411-DGE
1135-00007/Declaration of AAM ISO Motion to Call Dr. Doerfler Out of Order

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423