HONORABLE DAVID ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIAS PEÑA, ISAIAH HUTSON, and RAY ALANIS,<br><br>                         Plaintiffs,<br><br>    v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>                         Defendant. | NO. 3:21-cv-05411-DGE<br><br>**PRAECIPE RE PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>Note on Motion Calendar: May 18, 2023 |

Plaintiffs hereby request that the attached Exhibits A, B and C be attached to dkt. 108. Plaintiffs' counsel erroneously filed a version that did not attach the referenced exhibits.

DATED: May 18, 2023.

BRESKIN JOHNSON & TOWNSEND, PLLC

By:  s/ *Roger M. Townsend*
Roger M. Townsend, WSBA #25525
Daniel F. Johnson, WSBA #27848
1000 Second Avenue, Suite 3670
Seattle, WA  98104
(206) 652-8660
rtownsend@bjtlegal.com
djohnson@bjtlegal.com

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s Leticia M. Saucedo*
Leticia M. Saucedo (Pro Hac Vice)
NY Bar No. 2953255

1512 14th Street,
Sacramento, CA 95814
Phone: 916-444-3031
Email: lsaucedo@maldef.org

By: /s Luis Lozada
Luis Lozada (Pro Hac Vice)
Fernando Nuñez (Pro Hac Vice)
CA Bar No. 344357
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Phone: 213-629-2512
Email: llozada@maldef.org
Email: fnunez@maldef.org

*Attorney for Plaintiffs*

PRAECIPE RE PLAINTIFFS' MOTION FOR
RECONSIDERATION - 2
Case No. 3:21-cv-05411-DGE

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

EXHIBIT A

**PUBLIC WORKS**
Operations



proud past, promising future

**CLARK COUNTY**
WASHINGTON

4700 NE 78th Street • Vancouver, WA 986665-0906 • tel: [360] 397-2446 • fax: [360] 576-0304 • www.clark.wa.gov

July 12, 2017

Elias Pena
████████████

Dear Elias:

Congratulations on being selected for the position of Highway Maintenance Worker in the Road Maintenance Division of the Public Works Department. As agreed, your work hours will be on a revolving 9/80 schedule working Monday through Thursday 6:30 a.m. to 4:00 p.m. and every other Friday 6:30 a.m. to 3:00 p.m. (subject to change).

In our discussion, we agreed on a starting date of Tuesday, August 15, 2017. Your initial rate of pay will be $18.68 per hour at Range PS.104, Step 1. Positions in this class are represented by the Association of Federal, State, County, and Municipal Employees, Local 307CO.

The first six months of your employment is considered the final stage in the selection process and is called a probationary period. This is intended to provide you and your manager an opportunity to confirm your decision to establish the employment relationship.

This offer of employment is contingent upon the successful completion of the pre-placement drug test, hearing test, and background investigation. For compliance with 49 CFR§391.21, Department of Transportation guidelines for placement into a safety-sensitive position, and RCW 43.43.830 and RCW 35.61.130, and in accordance with County policy, you are required to complete the following on or prior to your first day of employment. If you have already completed this information you may disregard this request.

- Provide a 3-year Abstract of Driving Record furnished by the Washington State Department of Licensing;
- Provide proof of a current and valid driver's license;
- Complete the Vehicle Use Agreement form;
- Complete the baseline hearing test;
- Successfully pass a pre-placement drug screen; and
- Complete the Safety Performance History Records Request form for all employers within the prior 3 years.
- Provide a copy of a current Flagger's card.

You will be required to provide proof of a current and valid Class A Commercial Driver's License, with tanker "N" endorsement within five months of your date of hire.

CC_002069

Elias Pena
Page 2
July 12, 2017

On your first day of employment, please report to Carl Oman's office and bring the enclosed forms.  You are required to bring **original** document(s) that establish your identity and employment eligibility to work in the United States.  Please refer to the List of Acceptable Documents on the last page of the I-9 form.

You are scheduled to attend new employee benefits orientation Part One: Human Resources, 8:00 am – 1:00 pm, Tuesday, August 15, 2017 and Part Two: Risk Management, 8:30 am – Noon, Thursday, August 17, 2017 in Room 679 on the 6th floor in the Public Service Center, 1300 Franklin Street.  You will report to your assigned work area that morning as scheduled before the orientation.

I am pleased to welcome you to Clark County Public Works and wish you success in your new position.  To confirm your acceptance of the position, please sign the enclosed copy and return it to me.  If you have any questions, please feel free to call me.

Sincerely,

Carl Oman
Operations Superintendent

Cc:     Leslie Harrington-Smith, Recruiter
        Josh Young, HR Representative
        Sheila Ensminger, Office Manager
        Karyn Morrison, AFSCME, Local 307CO

Accepted _____          Date __7/12/17__

# CLARK COUNTY
## PERSONNEL ACTION FORM – New Hire Data Sheet

**Hire Date** ___8/15/17___
***Attach offer letter ***

**From Recruitment Number** ___15062___

☒ New Hire   ☐ Rehire   ☐ Recall from Layoff   ☐ Reinstatement

### Employee Information:

| Social Security # (if known) | Date of Birth (if known) | Sheriff's Office PSN (if applicable) |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | |

| First Name | Preferred Name (if Different) | MI | Last Name | | |
|---|---|---|---|---|---|
| Elias | | C | Pena | | |

| Address | City | State | Zip | Home Phone |
|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮ |

### Employment Information:   ☐ Clark County Employee   ☐ Other Agency _____

| Department | Division | Location | Bargaining Unit / Employee Group |
|---|---|---|---|
| Public Works | Road Operations | PW - Operations | Local 307 AFSCME |

| Position No. | FTE | Job Classification | Working Title (if different) | Supervisor |
|---|---|---|---|---|
| ROP0115 | 1 | Highway Maintenance Worker | | Ken Price |

**Assignment Category**

☒ Regular Employee   ☐ Project Employee - End Date _____   ☐ Temporary   ☐ Job Share   ☐ Fellowship

### Salary Information:

| Range | Step | Rate | Special Ceiling |
|---|---|---|---|
| PS.104 | 1 | 18.68 | |

| Other Approved | ☐ Specialty Pay | ☐ Double-Fill | ☐ Upper Step Appointment | ☐ Credit for Temp Service |
|---|---|---|---|---|
| Attach supporting documentation | | | | |

### Payroll Information:

| Work Schedule | Timecard Approver | OTL Link (if known) |
|---|---|---|
| 9/80 – Mon-Thurs 9 hrs w/ 8 hrs every other Fri. | Ken Price | 600PW_MMS_L307 |

**Default Coding**

| Percent | Fund   Prog   Dept   Basub   Reporting Category | Percent | Fund | Prog | Dept | Basub | Reporting Category |
|---|---|---|---|---|---|---|---|
| 100 % | 1012 - 000 - 632 - 542712 - 000000 | % | - | - | - | - | |
| Percent | Fund   Prog   Dept   Basub   Reporting Category | Percent | Fund | Prog | Dept | Basub | Reporting Category |
| % | - - - - | % | - | - | - | - | |

### Other Comments:

Underfill

---

| Initiated by | Sheila Ensminger | Title | Office Manager | Date Signed | 8/9/17 |
|---|---|---|---|---|---|
| Manager Signature | _(signature)_ | | | Date Signed | 8/9/2017 |
| HR Representative Signature | | | | Date Signed | |

### Human Resources Use Only:

| Data entered by | Date entered | |
|---|---|---|
| Retirement Plan Eligible For | ☐ PERS   ☐ LEOFF   ☐ PSERS   ☐ Not Eligible | |
| Copy to   ☐ Payroll   ☐ Benefits   ☐ Other ____ | Employee No Assigned | |

CC_002073



**proud past, promising future**

**CLARK COUNTY**
WASHINGTON

*not returned*

## Safety Performance History Records Request

**Section 1:**                **TO BE COMPLETED BY PROSPECTIVE EMPLOYEE**

I, (Print Name)

*Last* Peña                    *First* Elios        *M.I.* C

Social Security Number: ▮▮▮▮▮▮▮

Date of Birth: ▮▮▮▮▮▮▮

*hereby Authorize:*

Previous Employer: NW Staffing

Previous Employer's Phone: ( ▮▮▮▮▮▮▮
Fax: ( )
Email:

Street, City, State:

*to release and forward the information requested by section 4 B of this document concerning my Alcohol and Controlled Substances Testing records within the previous 2 years from (date of employment application)*
*(Application Date)* 7/12/17
To:

Prospective Employer: **Clark County Public Works**

Attention:  Sheila Ensminger

Street:

City, State, Zip:

Prospective employer's confidential fax number:

Prospective employer's confidential email address:

**Applicants Signature** _____  **Date:** 7/12/17

*This information is being released in compliance with §40.25 and §391.23*

**Section 2:**                **TO BE COMPLETED BY PREVIOUS EMPLOYER**

The applicant above was employed by us. Yes ☐ No ☐
Employed as _____ from (m/y) _____ to (m/y) _____
   1.  Did he/she drive a motor vehicle for you? Yes ☐ No ☐ If yes, what type?
Straight truck ☐   Tractor-Semi-trailer  ☐ Bus  ☐ Cargo Tank  ☐ Double Triplex
      ☐ Other (Specify)_____

If there is no safety performance history to report, check here ☐ sign below and return.
**Accidents:**  Complete the following for any accidents included on your accident register (§390.15(b)) that involved the applicant in the 2 years prior to the application date shown above or check here ☐ if there is no accident register data for this driver.

| Date | Location | No. of Injuries | No. of Fatalities | Hazmat Spill |
|------|----------|-----------------|-------------------|--------------|
| 1. | 1. | 1. | 1. | 1. |
| 2. | 2. | 2. | 2. | 2. |
| 3. | 3. | 3. | 3. | 3. |



# Employee Information
## ** Please Print Clearly**

Date: 7·12·17

Name: Pena             Elias                    C
         Last            First                Middle Initial

Address:

City:                State:          Zip:

Public Works worksite that you live closest to:    78th
(Example: 78th, 149th, Maple, F.H., DB, Washougal)

## Your Contact Information:

Cell Phone:

Home Phone:

E-Mail:

## Your Emergency Contact Information:

Emergency
Contact Name #1: Stephanie Pena    Relationship to you: wife

Contact Phone #:                    Contact Phone #2:

Emergency
Contact Name #2: J Pena             Relationship to you: Brother

Contact Phone #:                    Contact Phone #2:

## Any Additional Information

### **Please turn in to Sheila Ensminger in Building A**

*100 CDL ?*

```
CCHRIAPL                          CC Application Report
Run Date: 22-MAY-2017 16:30:37        Mode: ALL
```

| | | |
|---|---|---|
| Vac Name | Vac Desc | Classification Name |
| **IRC15062** | Highway Maintenance Worker | Highway Maintenance |
| | 12-mo pool | Worker |

Page 1

Last Name    **Pena**                    Applicant Number  █████████   Application Date 20-APR-17
First Name   **Elias**                   *Applicant Rank*
MI           **C**                        Email Address   ████████████████████

Address
     ████████████████████████

                                   Accept Shift            Accept FT/PT EITHER
                                   Day      Y              At Least 18? Y
                                   Night    Y              Elig Work Us? Y

                                   Evening  Y
Phone       Number                 Weekend  Y
Emergency   ███████████    Times To Call
Cell                          Any
                              Any

Convicted Last 10 yrs?
Explain:

**Employer Name**                               Start Date      End Date
*NW Staffing/Clark County*                      *April 2016*    *October 2016*
*Vancouver, Washington*

**Job Title** *Flagger/Roads Maintenance*

**Job Duties**
*Performed general maintenance throughout Clark County.
*Pruned, trimmed, weeded, and removed trees.
*Drove County trucks and operated other county equipment in a responsible manner.
*Flagged vehicular traffic through construction or maintenance projects.
*Trash/animal pick-up and removal.
*Emergency response and clean-up of diesel spills.

**Leave Reason**  temporary position

**Supervisor Name**              Supvr Phone          Num Supvd    Hrs/Wk    Contact?
Mark                             ███████████          0            40        Y

CCHRIAPL
Run Date: 22-MAY-2017 16:30:37

## CC Application Report

Mode: ALL

| Vac Name | Vac Desc | Classification Name | |
|---|---|---|---|
| **IRC15062** | Highway Maintenance Worker | Highway Maintenance | Page 2 |
| | 12-mo pool | Worker | |

Last Name **Pena**          Applicant Number ▮▮▮▮▮▮          Application Date 20-APR-17
First Name **Elias**        Applicant Rank
MI         **C**            Email Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Employer Name**                                      **Start Date**    **End Date**
*Tetra Pak*                                            *June 2015*       *April 2016*
*Vancouver, Washington*

**Job Title** *Operations Associate*         *Christian Martindell*
                                             *HR*
**Job Duties**                               *ext.* ▮▮▮▮▮▮
*Operated high-speed manufacturing equipment.
*Loaded ingredients into Tetra Pak machines according to specifications.
*Detected equipment problems and troubleshoot.
*Inspected product as it moved through manufacturing process for quality.

**Leave Reason** Wanted Opportunity With County

**Supervisor Name**          **Supvr Phone**       **Num Supvd**   **Hrs/Wk**   **Contact?**
Jeff *Pray*                  ▮▮▮▮▮▮▮             0               65           Y

**Employer Name**            *HR says they*          **Start Date**    **End Date**
*Esco Corporation*           *Don't do references.*  *May 2010*        *November 2014*
*Portland, Oregon*           *7/24/17*

**Job Title** *Molder/Machine Operator*

**Job Duties**
*Followed oral and written instructions.
*Steel foundry work: molds, cores, pouring, sand handling, pattern making, shake out.
*Poured or loaded metal or sand into molds using shovel, ladle, or machine.
*Inspected metal casts, and molds for cracks, bubbles, or other defects and measure castings to ensure specifications are met.
*Observed continuous operations of machines to detect jams or any malfunctions and make any necessary adjustments.

**Leave Reason** Laid Off

**Supervisor Name**          Supvr Phone           **Num Supvd**   **Hrs/Wk**   **Contact?**
Jason                                              0               40           Y

CC_002086

```
CCHRIAPL                              CC Application Report
Run Date: 22-MAY-2017 16:30:37            Mode: ALL
```

| Vac Name | Vac Desc | Classification Name | |
|---|---|---|---|
| **IRC15062** | Highway Maintenance Worker | Highway Maintenance | Page 3 |
| | 12-mo pool | Worker | |

Last Name    **Pena**              Applicant Number  ▮▮▮▮▮▮ Application Date 20-APR-17
First Name   **Elias**             *Applicant Rank*
MI           **C**                 Email Address  ▮▮▮▮▮▮▮▮▮▮▮

**Employer Name**                                        **Start Date**      **End Date**
*Precision Pressure Wash*                                *January 2009*      *May 2010*
*Vancouver, Washington*

**Job Title** *Supervisor/Pressure Washer*

**Job Duties**
*Thorough knowledge of methods of maintaining, cleaning, and preserving a variety of surfaces.
*Great knowledge of the proper use of a wide range of chemicals according to state and federal regulations.
*Excellent knowledge of handling and disposing of hazardous materials.
*Profound ability to work safely in an environment containing caustic chemicals.

**Leave Reason** Seeking Benefits

| **Supervisor Name** | Supvr Phone | **Num Supvd** | **Hrs/Wk** | **Contact?** |
|---|---|---|---|---|
| Martin | ▮▮▮▮▮▮ | 5 | 40 | Y |

**Employer Name**                                        **Start Date**      **End Date**
*Boise Cascade*                                          *January 2006*      *January 2009*
*Vancouver, Washington*

**Job Title** *Forklift Operator/Grounds Maintenance*

**Job Duties**
*Operated forklift to organize and prepare merchandise for immediate sale.
*Used communication equipment to consult with workers to coordinate activities and solve problems.
*Performed preventive maintenance and followed written work orders.
*Prepared records and reports pertaining to production and inventory.
*Loaded/unloaded trucks with heavy parcels and inspected packages for damage.
*Maintained yard and landscaped areas.

**Leave Reason** Laid Off

| **Supervisor Name** | **Supvr Phone** | **Num Supvd** | **Hrs/Wk** | **Contact?** |
|---|---|---|---|---|
| Bill | ▮▮▮▮▮▮ | 0 | 40 | Y |

**Education and Training:**

*CCHRIAPL*                              CC Application Report
*Run Date: 22-MAY-2017 16:30:37*              Mode: ALL

| Vac Name | Vac Desc | Classification Name | |
|---|---|---|---|
| **IRC15062** | Highway Maintenance Worker | Highway Maintenance | Page 4 |
| | 12-mo pool | Worker | |

Last Name **Pena**                  Applicant Number ████████   Application Date 20-APR-17
First Name **Elias**                *Applicant Rank*
MI       **C**                      Email Address ██████████████

| **Establishment** | **Location** | **Degree** | **Major Subject** |
|---|---|---|---|
| *Fort Vancouver Highschool* | *Vancouver, US* | *Certificate* | *General Education* |

### Certificates, Licenses & Registrations:

| Category | Type | Additional Info | No. | Date Received | Expiry Date |
|---|---|---|---|---|---|
| Certificate | *Flagger Certificate* | | *286152* | | *May 2019* |
| Certificate | *Other Certificate* | *Forklift operator* | | | |
| Certificate | *Other Certificate* | *Lock out/tag out certificate* | | | |
| Certificate | *Other Certificate* | *confined space certificate* | | | |
| License | *Driver's License* | *valid license* | | | *July 2018* |

| **Skill** | **Level** | **Skill** | **Level** |
|---|---|---|---|
| 5 Yard Truck | 7+ years Experience | Blowers | 7+ years Experience |
| Chain link fencing installation and repair | 5 years Experience | Chainsaw | 7+ years Experience |
| Cutting brush by hand / using a chipper | 7+ years Experience | Dumptruck (1 ton) | 7+ years Experience |
| Flagging traffic / setting up traffic controls | 5 years Experience | Hand Tools | 7+ years Experience |
| Hedge Trimmers | 7+ years Experience | Landscape installation of plant materials / seed / sod | 7+ years Experience |
| Loading materials into dump trucks and hauling materials | 7+ years Experience | Mower (Riding) | 7+ years Experience |
| Mowing / Weedeating | 7+ years Experience | Post Hole Digger | 7+ years Experience |
| Pothole patching, using either hot or cold mix | 5 years Experience | Report Preparation | 7+ years Experience |
| Supervision | 4 years Experience | Tractor | 7+ years Experience |
| Weedeater | 7+ years Experience | | |

CCHRIAPL
Run Date: 22-MAY-2017 16:30:37

## CC Application Report

Mode: ALL

| Vac Name | Vac Desc | Classification Name | |
|---|---|---|---|
| **IRC15062** | Highway Maintenance Worker 12-mo pool | Highway Maintenance Worker | Page 5 |

Last Name   **Pena**                      Applicant Number ██████████ Application Date 20-APR-17
First Name  **Elias**                     *Applicant Rank*
MI          **C**                         Email Address ██████████████████

**User Uploaded Documents:**

| File Name | Description | Type | Creation Date |
|---|---|---|---|
| Elias C Pena Resume Waste Water Operator.docx | | RESUME | 08-MAY-2017 16:34:05 |
| Elias Pena   Cover Letter Wastewater Operator.docx | | COVERLETTER | 08-MAY-2017 16:34:05 |
| Elias cover letter  Maint. Highway.docx | | COVERLETTER | 20-APR-2017 19:29:00 |
| Elias C Pena Resume Highway Maint. Worker.docx | | RESUME | 20-APR-2017 19:29:00 |
| Elias C Pena Resume.docx | | RESUME | 27-FEB-2017 16:20:37 |
| Elias Pena weed control tech..docx | | COVERLETTER | 27-FEB-2017 16:20:37 |
| Elias C Pena Resume.docx | | RESUME | 12-JAN-2017 14:20:23 |
| Cover Letter for Warehouse Helper.docx | | COVERLETTER | 12-JAN-2017 14:20:23 |
| Elias C Pena Resume.docx | | RESUME | 11-NOV-2016 10:54:01 |
| Elias Pena   Cover Letter.docx | | COVERLETTER | 11-NOV-2016 10:54:01 |
| Elias-Pena (10).pdf | | RESUME | 27-JUN-2016 17:31:12 |
| Cover Letter CC.rtf | | COVERLETTER | 27-JUN-2016 17:31:12 |
| 1353667902.docx | | RESUME | 09-SEP-2013 15:13:41 |

| Assignment Status | Change Reason | Status Change Date |
|---|---|---|
| Active Application | | 20-APR-2017 00:00:00 |
| ER - Eligible | | 22-MAY-2017 00:00:00 |

**Clark County Attached Text and Documents:**

| Description | | Last Update By | Last Update Date |
|---|---|---|---|

| Description | Type | Name | Last Update By | Last Update Date |
|---|---|---|---|---|

CC_002089

CCHRIAPL
Run Date: 22-MAY-2017 16:30:37

CC Application Report

Mode: ALL

| | Vac Name | Vac Desc | Classification Name | |
|---|---|---|---|---|
| | IRC15062 | Highway Maintenance Worker | Highway Maintenance | Page 6 |
| | | 12-mo pool | Worker | |

Last Name    **Pena**
First Name   **Elias**
MI           **C**

Applicant Number    ██████████   Application Date  20-APR-17
*Applicant Rank*
Email Address       ███████████████████

# CLARK COUNTY
## PERSONNEL ACTION FORM - Status Changes/Termination

**Effective Date Of Change:**   01-SEP-17

### Employee Information:

| Employee No. | First Name **Elias** | MI **C** | Last Name **Pena** |
|---|---|---|---|
| GRE **Clark County** | Hire Date **15-AUG-17** | Preferred First Name **Elias** | Preferred Last Name **Pena** |

### Type of Status Change

| Position Change | Pay Change | Leave of Absence | Misc. Transaction | Terminations |
|---|---|---|---|---|
| ☐ Transfer | ☐ Salary Increase | ☐ Personal | ☐ Title Change | ☐ Termination |
| ☐ Reclassification | ☐ Work out of Class | ☐ Family Medical Leave | ☐ Change in FTE | ☐ Resignation |
| ☐ Promotion | ☐ Pay Grade Realignment | ☐ Pregnancy Disability Leave | ☐ Schedule Change | ☐ Layoff |
| ☐ Reassignment | ☐ Special Assignment | ☐ Military Leave | ☐ Other | ☐ Retirement |
| ☐ Voluntary Demotion | ☐ Special Steps | ☐ Educational | | |
| | | ☐ Return from Leave | | |

### Employment Information: 16-JAN-18

| Assignment Status **Active Assignment** | Assignment Category **Fulltime-Regular** | Job Classification  Title **Highway Maintenance Worker** | | Position No. **ROP0111** | FTE **1** |
|---|---|---|---|---|---|
| Department **Public Works** | Division **Road Operations** | Working Title **Highway Maintenance Worker** | | | |
| Organization **PW- Road Operations** | Location **PW Operations** | Supervisor **Kenneth Price** | | Hours Worked **40** | |
| | Employee Group **PS** | Bargaining Group **Local 307 AFSCME** | | Leave Category | |
| OTL Link **600PW_MMS_L307** | Classification Date **15-AUG-17** | Adjusted Accrual Date **15-AUG-17** | | Union Seniority Date **15-AUG-17** | |
| Special Pay | | Comments | | | |

### Salary Information: 01-JAN-18

| Hourly/Salaried **Hourly** | Salary Basis **Regular Wage 2080** | Rate of Pay **19.09** |
|---|---|---|
| Range **PS.104** | Step **1** | Special Ceiling |
| Change Reason **General Wage Increase** | Salary Anniversary Date **01-AUG-2018** | Next Review / Step Date |

### Leave of Absence:

| Start Date: | Expected Date of Return | Reason: |
|---|---|---|

### Termination:

| Last day of Employment: | Last Date Paid: | Reason: |
|---|---|---|

| Initiated by: | Date: |
|---|---|
| Manager's Signature: | Date: |
| HR Representative Signature: | Date: |

| HRIS Entered by: | Date Entered: |
|---|---|
| Copy to:  ☐ Payroll   ☐ Benefits | **Department - Retain copy for your records** |



CC_002093

# CLARK COUNTY
## PERSONNEL ACTION FORM - Status Changes/Termination

**Effective Date Of Change:** 01-SEP-17

### Employee Information:

| Employee N⁻ | First Name Elias | MI C | Last Name Pena |
|---|---|---|---|
| GRE Clark County | Hire Date 15-AUG-17 | Preferred First Name Elias | Preferred Last Name Pena |

### Type of Status Change

| Position Change | Pay Change | Leave of Absence | Misc. Transaction | Terminations |
|---|---|---|---|---|
| ☐ Transfer | ☐ Salary Increase | ☐ Personal | ☐ Title Change | ☐ Termination |
| ☐ Reclassification | ☐ Work out of Class | ☐ Family Medical Leave | ☐ Change in FTE | ☐ Resignation |
| ☐ Promotion | ☐ Pay Grade Realignment | ☐ Pregnancy Disability Leave | ☐ Schedule Change | ☐ Layoff |
| ☐ Reassignment | ☐ Special Assignment | ☐ Military Leave | ☐ Other | ☐ Retirement |
| ☐ Voluntary Demotion | ☐ Special Steps | ☐ Educational | | |
| | | ☐ Return from Leave | | |

### Employment Information: 15-AUG-17

| | | | | |
|---|---|---|---|---|
| Assignment Status **Active Assignment** | Assignment Category **Fulltime-Regular** | Job Classification Title **Highway Maintenance Worker** | Position No. **ROP0115** | FTE **1** |
| Department **Public Works** | Division **Road Operations** | Working Title **Highway Maintenance Worker** | | |
| Organization **PW- Road Operations** | Location **PW Operations** | Supervisor **Kenneth Price** | Hours Worked **40** | |
| | Employee Group **PS** | Bargaining Group **Local 307 AFSCME** | Leave Category **PC** | |
| OTL Link **600PW_MMS_L307** | Classification Date **15-AUG-17** | Adjusted Accrual Date **15-AUG-17** | Union Seniority Date **15-AUG-17** | |
| Special Pay | | Comments | | |

### Salary Information: 01-JAN-18

| | | |
|---|---|---|
| Hourly/Salaried **Hourly** | Salary Basis **Regular Wage 2080** | Rate of Pay **19.09** |
| Range **PS.104** | Step **1** | Special Ceiling |
| Change Reason **General Wage Increase** | Salary Anniversary Date **01-AUG-2018** | Next Review / Step Date |

### Leave of Absence:

| Start Date: | Expected Date of Return | Reason: |
|---|---|---|

### Termination:

| Last day of Employment: | Last Date Paid: | Reason: |
|---|---|---|

| | |
|---|---|
| Initiated by: | Date: |
| Manager's Signature: | Date: |
| HR Representative Signature: | Date: |

| | |
|---|---|
| HRIS Entered by: | Date Entered: |
| Copy to:  ☐ Payroll  ☐ Benefits | **Department - Retain copy for your records** |

CC_002095

# CLARK COUNTY
## PERSONNEL ACTION FORM - Status Changes/Termination

**Effective Date Of Change:**    15-AUG-17

### Employee Information:

| Employee N^ | First Name **Elias** | MI **C** | Last Name **Pena** |
|---|---|---|---|
| GRE **Clark County** | Hire Date **15-AUG-17** | Preferred First Name **Elias** | Preferred Last Name **Pena** |

### Type of Status Change

| Position Change | Pay Change | Leave of Absence | Misc. Transaction | Terminations |
|---|---|---|---|---|
| ☐ Transfer | ☐ Salary Increase | ☐ Personal | ☐ Title Change | ☐ Termination |
| ☐ Reclassification | ☐ Work out of Class | ☐ Family Medical Leave | ☐ Change in FTE | ☐ Resignation |
| ☐ Promotion | ☐ Pay Grade Realignment | ☐ Pregnancy Disability Leave | ☐ Schedule Change | ☐ Layoff |
| ☐ Reassignment | ☐ Special Assignment | ☐ Military Leave | ☐ Other | ☐ Retirement |
| ☐ Voluntary Demotion | ☐ Special Steps | ☐ Educational | | |
| | | ☐ Return from Leave | | |

### Employment Information: 15-AUG-17

| Assignment Status **Active Assignment** | Assignment Category **Fulltime-Regular** | Job Classification Title **Highway Maintenance Worker** | Position No. **ROP0115** | FTE **1** |
|---|---|---|---|---|
| Department **Public Works** | Division **Road Operations** | Working Title **Highway Maintenance Worker** | | |
| Organization **PW- Road Operations** | Location **PW Operations** | Supervisor **Kenneth Price** | Hours Worked **40** | |
| | Employee Group **PS** | Bargaining Group **Local 307 AFSCME** | Leave Category **PC** | |
| OTL Link **600PW_MMS_L307** | Classification Date **15-AUG-17** | Adjusted Accrual Date **15-AUG-17** | Union Seniority Date **15-AUG-17** | |
| Special Pay | | Comments | | |

### Salary Information: 15-AUG-17

| Hourly/Salaried **Hourly** | Salary Basis **Regular Wage 2080** | Rate of Pay **18.68** |
|---|---|---|
| Range **PS.104** | Step **1** | Special Ceiling |
| Change Reason **New Hire** | Salary Anniversary Date **01-AUG-2018** | Next Review / Step Date |

### Leave of Absence:

| Start Date: | Expected Date of Return | Reason: |
|---|---|---|

### Termination:

| Last day of Employment: | Last Date Paid: | Reason: |
|---|---|---|

| Initiated by: | Date: |
|---|---|
| Manager's Signature: | Date: |
| HR Representative Signature: *(signature)* | Date: 8/11/17 |

| HRIS Entered by: | Date Entered: |
|---|---|
| Copy to:   ☐ Payroll   ☐ Benefits | **Department - Retain copy for your records** |



CC_002097

EXHIBIT B

1

2

3

4

5

6

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ELIAS CORTEZ PENA, an individual, | Case No. _____ |
| Plaintiff, | COMPLAINT & JURY TRIAL DEMAND |
| v. | 1.  Retaliation ORS 659A.030(1)(f) |
| | 2.  OFLA Interference & Retaliation ORS 659A.183 *et seq.* |
| ESCO CORPORATION, a domestic corporation, | 3.  Disability Discrimination ORS 659A.112 *et seq.* |
| | 4.  Failure to Accommodate ORS 659A.112 *et seq.* |
| Defendant. | 5.  Common-Law Wrongful Termination |
| | **Fee Authority: Ch. 595, Sec. 15(1)(c)** |
| | **Prayer Amount $65,000.00** |
| | **NOT SUBJECT TO MANDATORY ARBITRATION** |

For his Complaint, Plaintiff, Elias Cortez Pena, alleges as follows:

## <u>JURISDICTION, VENUE AND PARTIES</u>

1.

Defendant ESCO Corporation ("ESCO") is a domestic corporation with its principal place of

business in Multnomah County, Oregon, that is licensed and registered to conduct business in

Oregon.

2.

At all material times, ESCO employed Plaintiff in Multnomah County, Oregon.

3.

All or substantially all of the acts and omissions alleged herein occurred in Multnomah County,

Oregon.

Page 1 -   COMPLAINT AND JURY TRIAL DEMAND

Eric Wilson, P.C.
CROWN PLAZA
1500 SW 1ST AVE, SUITE 1170
PORTLAND, OR 97201
(503) 880-9372

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4.

ESCO is vicariously liable for the acts of its agents and employees who were acting within the course and scope of their employment with ESCO.

## STATEMENT OF FACTS

5.

Plaintiff worked for ESCO in Northwest Portland.

6.

Plaintiff is a member of a protected class in that he is Hispanic.

7.

In 2014, Plaintiff learned that ESCO was planning layoffs; he asked to "step down,"—i.e., take a voluntary demotion—to work at another facility so he could potentially avoid layoffs.

8.

ESCO denied Plaintiff's request.

9.

Plaintiff had reason to believe that ESCO approved similar requests for employees outside his protected class. This and other observations of less preferential treatment led Plaintiff to believe that ESCO's decision was racially motivated.

10.

Plaintiff complained to Teresa Hogan, an ESCO Human Resources Manager, in September and October 2014 that he believed he was being discriminated against based on his race.

11.

Plaintiff also set a meeting with Hogan and another supervisor to discuss his concerns about race discrimination at ESCO.

Page 2 -    COMPLAINT AND JURY TRIAL DEMAND

12.

After Plaintiff requested this meeting, Hogan disciplined Plaintiff for alleged unexcused absences.

13.

At least two of the absences for which Plaintiff was disciplined should not have been counted against him.

14.

Specifically, one absence was covered by PTO, and another absence took place on a day when Plaintiff's supervisor told him he could leave early.

15.

Plaintiff reasonably believed this discipline was retaliatory, in that Hogan disciplined Plaintiff in mid-October 2014 for alleged unexcused absences months earlier, in June and July 2014.

16.

When Plaintiff met with Hogan and another ESCO supervisor, Plaintiff reported not only race discrimination, but he also complained that Hogan was retaliating against him.

17.

The other ESCO supervisor at the meeting expressed concern about Plaintiff's report and pressed Hogan for an explanation about the timing of the disciplinary notice.

18.

Hogan claimed the timing was a coincidence, and was not retaliatory.  Hogan said she would look into Plaintiff's report that some of the days should not have been counted against him and report back—but she never did.  Her failure to do so was also retaliatory.

19.

On or around October 28, 2014, Hogan suspended Plaintiff for three days after a Caucasian co-worker intentionally injured Plaintiff with a motorized pallet jack and then angrily confronted Plaintiff, forcing Plaintiff to push him away.   Plaintiff had reason to believe that he received harsher discipline for this incident that the Caucasian employee—despite the fact that the

Page 3 -    COMPLAINT AND JURY TRIAL DEMAND

Eric Wilson, P.C.
CROWN PLAZA
1500 SW 1ST AVE, SUITE 1170
PORTLAND, OR 97201
(503) 880-9372

Caucasian employee was the aggressor.

20.

On November 17, 2014, Plaintiff was again disciplined by ESCO and Hogan as a further act of retaliation. This discipline involved Plaintiff allegedly leaving a work crane unattended.

21.

In fact, the act for which ESCO disciplined Plaintiff was routine.

22.

Moreover, Plaintiff's supervisor undoubtedly knew about the incident when it occurred, but said nothing.

23.

Instead, ESCO disciplined Plaintiff days after the incident, after allegedly reviewing a video of Plaintiff's work for some unknown reason. Hogan was directly involved in this discipline.

24.

Plaintiff told Hogan that he disagreed with the discipline, and that he viewed the discipline as an additional act of retaliation.

25.

At all material times, Plaintiff suffered from severe migraines headaches, about which ESCO was aware.

26.

Plaintiff was at work at ESCO on or around November 23, 2014 when he developed a debilitating migraine headache.

27.

Plaintiff told his supervisor that he was suffering from a migraine headache, that he could not work, and that he needed immediate medical care.

Page 4 -     COMPLAINT AND JURY TRIAL DEMAND

Eric Wilson, P.C.
CROWN PLAZA
1500 SW 1ST AVE. SUITE 1170
PORTLAND, OR 97201
(503) 880-9372

28.

Plaintiff was excused from work by his supervisor.   Plaintiff sought emergency medical treatment and obtained a note excusing him from work through November 25, 2014.

29.

On November 24, 2014, Plaintiff spoke with his manager before his next shift.

30.

During this call, Complainant confirmed that he was suffering from a debilitating migraine headache, that he had been treated for his condition at the ER, and that he had a note from his physician taking him off-work due to his migraine through November 25, 2014.

31.

 A different manager called Plaintiff that same day and told Plaintiff he could miss any time because of his previous attendance issues.

32.

Plaintiff reiterated that he had been ordered off work by his doctor due to a severe migraine headache.   The manager said he would speak with HR call back.

33.

Shortly thereafter, a Human Resources (HR) representative called and Plaintiff also told this HR representative that he had been ordered off-work by his doctor because of a severe migraine headache.   Plaintiff explained that he believed his absence was protected since he had been to the ER and since his migraines were a chronic problem.   The HR employee said he would talk with Hogan and call back.

34.

The same HR employee called Plaintiff later that day.   During this call, the HR employee confirmed he had communicated with Hogan, and that Hogan and ESCO had made the decision to terminate Plaintiff due to his absences on November 23, 2014, and November 24, 2014.

Page 5 -    COMPLAINT AND JURY TRIAL DEMAND

Eric Wilson, P.C.
CROWN PLAZA
1500 SW 1ST AVE, SUITE 1170
PORTLAND, OR 97201
(503) 880-9372

1           **DAMAGES**

2                   35.

3   Plaintiff has suffered and continues to suffer loss of earnings and loss of benefits, which continue

4   to accrue in an amount to be determined at trial, not to exceed $40,000.

5                   36.

6   Plaintiff suffered emotional distress as a result of the above unlawful conduct in the form of

7   anxiety, depression, grief, worry and fear and requests an award of compensatory damages in an

8   amount to be determined by a jury at trial, not to exceed $25,000.

9                   37.

10  Plaintiff also seeks reasonable attorney's fees and costs in an amount to be proven at trial

11  pursuant to ORS 659A.885(1) and/or ORS 20.107; said attorney's fees are no more than $6,055

12  as of the date of filing of the instant Complaint.

13

14          **FIRST CLAIM FOR RELEIF**
            Retaliation – ORS 659A.030(1)(f)

15                  38.

16  Plaintiff restates and incorporates by reference paragraphs 1-34, as though fully set forth herein.

17                  39.

18  Plaintiff engaged in protected activity when Plaintiff opposed what he reasonably believed was

19  unlawful discrimination and retaliation, as described in detail above.

20                  40.

21  ESCO, acting through its employees and/or agents, retaliated against Plaintiff by disciplining

22  Plaintiff and terminating Plaintiff in substantial part because of Plaintiff's oppositional conduct.

23                  41.

24  In perpetrating the actions described in the above paragraphs, ESCO violated ORS

25  659A.030(1)(f), causing Plaintiff to suffer damages.

26

Eric Wilson, P.C
CROWN PLAZA
1500 SW 1ST AVE. SUITE 1170
PORTLAND, OR 97201
(503) 880-9372

42.

Plaintiff requests an award of damages, costs, and attorney's fees, as alleged in paragraphs 35 through 37, inclusive, supra.

**SECOND CLAIM FOR RELIEF**
OFLA Interference & Retaliation – ORS 659A.183 *et seq.*

43.

Plaintiff restates and incorporates by reference paragraphs 1-34, as though fully set forth herein.

44.

At all material times, Plaintiff suffered from a serious health condition, as set forth above. Plaintiff worked an average of more than 25 hours per week during the 180 days leading up to his utilization of leave that qualified as OFLA leave.

45.

ESCO employed 25 or more persons in Oregon for each working day during each of 20 or more calendar workweeks in the year immediately preceding the year in which Plaintiff utilized leave that qualified as protected medical leave under OFLA.

46.

ESCO interfered with Plaintiff's right to protected OFLA leave by denying Plaintiff the ability to take protected OFLA leave, by failing to inform Plaintiff of his right to OFLA leave, by failing to provisionally categorize Plaintiff's leave as a qualifying absence, and by terminating Plaintiff for his absences on or around November 23, 2014, and November 24, 2014.

47.

ESCO also retaliated against Plaintiff for utilizing leave that qualified as OFLA leave by terminating Plaintiff's employment in substantial part because he utilized such leave.

48.

In perpetrating the above actions, ESCO violated ORS 659A.183 *et seq.*, causing Plaintiff to suffer damages.

Page 7 -   COMPLAINT AND JURY TRIAL DEMAND

Eric Wilson, P.C.
CROWN PLAZA
1500 SW 1ST AVE. SUITE 1170
PORTLAND, OR 97201
(503) 880-9372

1                          49.

2 Plaintiff requests an award of damages, costs, and attorney's fees as alleged in paragraphs 35 and

3 37, supra.

                    **THIRD CLAIM FOR RELIEF**

4               Disability Discrimination (ORS 659A.112 *et seq*.)

5                          50.

6 Plaintiff restates and incorporates by reference paragraphs 1-34, as though fully set forth herein.

7                          51.

8 At all material times, Plaintiff was "disabled" as that term is defined in ORS 659A.104 in that he

9 had an impairment that substantially limited one or major life activities including, but not

10 necessarily limited to: thinking. Despite Plaintiff's condition, Plaintiff was able to perform the

11 essential functions of his position. Plaintiff's condition was episodic in nature.

12                          52.

13 In perpetrating the actions described above, ESCO subjected Plaintiff to disability discrimination

14 in violation of ORS 659A.112 *et seq.*, by terminating Plaintiff in substantial part because of

15 Plaintiff's disability.

16                          53.

17 In perpetrating the above actions, ESCO violated ORS 659A.112 *et seq.*, causing Plaintiff to

suffer damages.

18                          54.

19 Plaintiff requests an award of damages, equitable relief, costs, and attorney's fees as alleged in

20 paragraphs 35 through 37 inclusive, supra.

21                   **FOURTH CLAIM FOR RELIEF**

22             Failure to Accommodate ORS 659A.118 *et seq.*

23                        55.

24 Plaintiff restates and incorporates by reference paragraphs 1-34, and 51, as though fully set forth

25 herein.

26

Page 8 -   COMPLAINT AND JURY TRIAL DEMAND

56.

Despite knowledge of Plaintiff's disability, the symptoms of Plaintiff's disability, and/or Plaintiff's request for accommodation in the form of a leave of absence to seek medical treatment and recover from his episodic condition, ESCO failed to accommodate Plaintiff by permitting Plaintiff to take lave as a reasonable accommodation on November 23, 2014, and November 24, 2014, and by failing to engage in the interactive process with Plaintiff.

57.

In perpetrating the actions described in the above paragraphs, ESCO, acting through its employees, violated ORS 659A.112 *et seq.*, causing Plaintiff to suffer damages.

58.

Plaintiff requests an award of damages, equitable relief, costs, and attorney's fees as alleged in paragraphs 35 through 37 inclusive, supra.

**FIFTH CLAIM FOR RELIEF**
Common-Law Wrongful Discharge

59.

Plaintiff restates and incorporates by reference paragraphs 1-34, as though fully set forth herein.

60.

At all materials times, the public policy of the State of Oregon prohibited an employer from retaliating against an employee for requesting or utilizing leave that qualified as FMLA/OFLA leave or leave the employee reasonably believed qualified as protected medical leave.

61.

This public policy is embodied in the common law, statutes, and regulations of the State of Oregon protecting employees from retaliation because they request or utilize FMLA/OFLA leave or leave reasonably believed to qualify as protected medical leave including, but not limited to ORS 659A.183 and *Yeager v. Providence Health Sys. Oregon,* 195 Or. App. 134 (2004).

Page 9 -    COMPLAINT AND JURY TRIAL DEMAND

Eric Wilson, P.C.
CROWN PLAZA
1500 SW 1ST AVE, SUITE 1170
PORTLAND, OR 97201
(503) 880-9372

62.

ESCO, acting through its agents and/or employees, violated the above public policies by terminating Plaintiff in substantial part because Plaintiff utilized protected OFLA leave and/or leave he reasonably believed was protected by FMLA or OFLA, as described in detail above.

63.

ESCO's discharge of Plaintiff was taken in substantial part because of Plaintiff's exercise of Plaintiff's rights related to his employment, which are of important public interest.

64.

Plaintiff requests an award of damages, equitable relief, costs, and attorney's fees as alleged in paragraphs 35 through 37 inclusive, supra.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all claims and issues to the extent allowed under the law.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff requests the following judgments and relief according to proof:

1.    Economic damages;

2.    Non-economic damages;

3.    Reasonable costs and attorney's fees per statute;

4.    All such other relief as this Court may deem proper.

Dated: March 7, 2016.                    **ERIC WILSON, P.C.**

Eric Wilson, OSB No. 044556
ewilson@oregonemploymentlaw.com
Tel: (503) 880-9372
Attorneys for Plaintiff

Page 10 -   COMPLAINT AND JURY TRIAL DEMAND

EXHIBIT C

| | | |
|---|---|---|
| 11:23:36AM | 1 | THE COURT:  Thank you.  Ms. Freeman. |
| 11:23:40AM | 2 | MS. FREEMAN:  Yes, your Honor.  Mr. Pena's prior |
| 11:23:43AM | 3 | lawsuit against his -- the employer he worked for right |
| 11:23:47AM | 4 | before he came to Clark County was not just for |
| 11:23:50AM | 5 | particularly discrimination, it included allegations of |
| 11:23:53AM | 6 | race discrimination. |
| 11:23:54AM | 7 | It is significant for a number of reasons, not the |
| 11:23:57AM | 8 | least of which what you mentioned, that he told Dr. Brown |
| 11:24:02AM | 9 | that he had a positive experience when he reported |
| 11:24:05AM | 10 | concerns to his prior employer.  Actually, his lawsuit |
| 11:24:09AM | 11 | alleges that when he reported concerns to his employer he |
| 11:24:12AM | 12 | was fired, and he was fired because of his race.  So that |
| 11:24:15AM | 13 | goes to his credibility. |
| 11:24:17AM | 14 | It also is relevant to issues of causation here. |
| 11:24:20AM | 15 | Both Dr. Brown, plaintiff Pena, apparently Mr. Pena's |
| 11:24:25AM | 16 | spouse, are prepared to testify about his damages in this |
| 11:24:28AM | 17 | case, about emotional distress, anxiety, other conditions |
| 11:24:33AM | 18 | that they will attribute to Clark County, they allege were |
| 11:24:40AM | 19 | caused by the racially hostile work environment at Clark |
| 11:24:44AM | 20 | County.  In fact, immediately before --  And that he had |
| 11:24:47AM | 21 | no prior problems with employment or issues of |
| 11:24:49AM | 22 | discrimination with an employer. |
| 11:24:52AM | 23 | Immediately before coming to Clark County, Mr. Pena |
| 11:24:55AM | 24 | filed this lawsuit alleging that his prior employer, ESCO, |
| 11:24:59AM | 25 | caused him the same damages, emotional distress, anxiety, |

11:25:03AM 1   et cetera, because of their race discrimination against

11:25:07AM 2   him.  And so we are entitled to bring this evidence in as

11:25:10AM 3   to not only, again, credibility -- there are some

11:25:13AM 4   credibility impeachment issues here, but also to provide

11:25:18AM 5   additional evidence of what the plaintiff himself has

11:25:24AM 6   said, other causes of his emotional distress and similar

11:25:28AM 7   physical and psychological symptoms.

11:25:30AM 8        It is also significant that -- you know, we should be

11:25:31AM 9   able to ask Dr. Brown about this, in terms of what her

11:25:35AM 10  subject did or did not disclose to her, and the way --

11:25:39AM 11  what information in addition to the comment made earlier,

11:25:43AM 12  other information he did or did not disclose to her that

11:25:47AM 13  was inconsistent with his actual sworn lawsuit against his

11:25:52AM 14  prior employer.

11:25:57AM 15           MR. LOZADA:  Judge, can I make some further

11:26:01AM 16  argument?

11:26:01AM 17           THE COURT:  Yes.

11:26:02AM 18           MR. LOZADA:  These are two different employers.

11:26:04AM 19  Dr. Brown mentioned one employer that Mr. Pena had some

11:26:09AM 20  disagreement with.  These are not credibility issues.

11:26:12AM 21  These are two different employers.  They are not related.

11:26:15AM 22  It is our position that this information is not probative

11:26:17AM 23  of anything.  It is misleading, it is distracting, and it

11:26:23AM 24  should not be introduced at trial.

11:26:27AM 25           THE COURT:  All right.  Thank you.  While, yes, I

11:26:36AM 1   do agree this has some different issues involved in the

11:26:39AM 2   litigation, I think it is something that's referenced --

11:26:46AM 3   although not specifically identified, but referenced by

11:26:49AM 4   Dr. Brown about prior employment and having similar issues

11:26:53AM 5   or possibly similar issues in a prior employment.  I do

11:26:58AM 6   think that can be addressed or at least examined with

11:27:03AM 7   Dr. Brown.

11:27:05AM 8        And likewise, to the extent that Mr. Pena identifies

11:27:11AM 9   in his testimony that, "Hey, I have not had to go through

11:27:14AM 10  this," or, "I have not had issues similar to this before,"

11:27:20AM 11  again, I think that can be referenced as far as possible

11:27:24AM 12  impeachment.  I am going to deny this, allow it for

11:27:29AM 13  impeachment purposes.  That's Motion in Limine No. 1.  I

11:27:39AM 14  am going to deny that.

11:27:42AM 15       No. 2, I think it has been resolved, given that the

11:27:50AM 16  L&I ALJ -- the ALJ withdrew their decision --

11:27:59AM 17            MR. LOZADA:  Your Honor, for No. 2, we had two

11:28:01AM 18  questions.  The first is that opposing counsel filed a

11:28:05AM 19  supplemental declaration withdrawing their opposition to

11:28:08AM 20  our motion in limine.  But then she says that if the

11:28:13AM 21  plaintiffs introduced testimony, evidence that opens the

11:28:16AM 22  door, then they can reference it.

11:28:18AM 23       We need clarification of what does opening the door

11:28:21AM 24  mean.  Specifically, Mr. Hutson was on workers' comp from

11:28:25AM 25  January 2020 to December 2021.  Would that alone be