HONORABLE DAVID ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIAS PEÑA, ISAIAH HUTSON, and RAY ALANIS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>　　　　　　　　　　Defendant. | NO. 3:21-cv-05411-DGE<br><br>**MOTION TO EXCLUDE NON-DISCLOSED WITNESS**<br><br>Note on Motion Calendar: May 22, 2023 |

　　Plaintiffs respectfully moves the Court to exclude Pat Cosgrove, a Crew Chief in the Roads Division of the Clark County Public Works Department, from testifying at trial. Defendant did not disclose Cosgrove in its initial disclosures and added Cosgrove for the first time to their final witness list in the Amended Pretrial Order on May 12. *Compare* Dkt. 95, *with* Dkt. 78. Cosgrove is Ray Alanis' current supervisor.

　　On May 17, Plaintiffs' counsel reached out to Defendant's counsel regarding whether they would stipulate to exclude Cosgrove or otherwise explain why the late edition was justified. As of this filing, Defendant's counsel has not responded, which leaves Plaintiffs no choice but to seek relief from the Court. *See* Decl. Roger Townsend.

　　Fed. R. Civ. P. 26 governs the general duty to disclose information to oposing counsel. Defendant is required to provide "the name and, if not previously provided, the

MOTION TO EXCLUDE NON-DISCLOSED
WITNESS - 1
Case No. 3:21-cv-05411-DGE

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises." Fed. R. Civ. P. 26 (a)(3)(A)(I). Defendant is required to do so "at least 30 days before trial" unless otherwise ordered by this Court. Fed. R. Civ. P. 26 (a)(3)(A)(B). If Defendant fails to disclose a witness under the time requirements of Fed. R. Civ. P. 26(a), Defendant cannot use that witness for evidence at trial "unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37 (c)(1).

Defendant failed to disclose Cosgrove as a witness. As his employer, Defendant has no excuse for the failure, and the failure to disclose this witness in a timely and proper manner has prevented Plaintiffs from adequately investigating and or deposing this witness prior to trial, which prejudices Plaintiffs. As a result, Plaintiffs respectfully request this court exclude Pat Cosgrove from testifying at trial.

DATED: May 18, 2023.

BRESKIN JOHNSON & TOWNSEND, PLLC

By:  s/ *Roger M. Townsend*
Roger M. Townsend, WSBA #25525
Daniel F. Johnson, WSBA #27848
1000 Second Avenue, Suite 3670
Seattle, WA  98104
(206) 652-8660
rtownsend@bjtlegal.com
djohnson@bjtlegal.com

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s Leticia M. Saucedo*
Leticia M. Saucedo (Pro Hac Vice)
NY Bar No. 2953255
1512 14th Street,
Sacramento, CA 95814
Phone: 916-444-3031

Email: lsaucedo@maldef.org

By: */s Luis Lozada*
Luis Lozada (Pro Hac Vice)
Fernando Nuñez (Pro Hac Vice)
CA Bar No. 344357
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Phone: 213-629-2512
Email: llozada@maldef.org
Email: fnunez@maldef.org

*Attorney for Plaintiffs*