UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # 3

Witness name: Young.

Question:

Do you believe the anti-discrimination policy AND the CBA were adhered to @ all times by both the employees (union) & Management during the entire investigation? If not, who didn't adhere?

Juror Question

Date and Time: 5/30/23 11:36

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY, <br><br> Defendant. | No. 21-cv-05411-DGE <br><br> JUROR QUESTION TO WITNESS |

Juror # __2__

Witness name: __Darrell Young__

Question:

__I Believe you stated you are no longer in the Union. Why is that?__

Juror Question __2__     Date and Time: __5/30/23  11:35__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # 7

Witness name: Darrell Young

Question:

In your meeting notes you wrote a few things regarding treatment of white employees vs. treatment of employees of different nationality, can you say more about to what this is referring?

Juror Question 3

Date and Time: 5/30/23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY, <br><br> Defendant. | No. 21-cv-05411-DGE <br><br> JUROR QUESTION TO WITNESS |

Juror # 4

Witness name: DARELL YOUNG

Question:

AT THE INVESTIGATIVE MEETINGS WERE THE PLAINTIFFS EVER ASKED WHO AND WHERE AND WHAT REMARKS WERE SAID.

Juror Question 4

Date and Time: 30 MAY 23
1738

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # 6

Witness name: Darrell Young

Question:

Have you ~~been~~ recieved Trainer Pay without signing the list?

Juror Question 5

Date and Time: 30 may 23  11:36

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # __7__

Witness name: Kara Hill

Question:

You shared about the standard operating procedures for conducting investigations at Clark canty - how were you trained on these standard operating procedures? (a person, an online, an email, etc.)

Juror Question 1

Date and Time: 5/30

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror #: 1

Witness name: Kara Hill

Question:

You said you would recycle your hand written notes. However in a meeting with Hutson on July 29, 2019 you still held on to your notes from this day. Why did you still have notes from this date but not your interview notes from the investigation? And did you purposely not save your original notes?

Juror Question 2

Date and Time: 5/30/23