UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror #: 1

Witness name: Elias Pena

Question:

You said you got your CDL in 2 weeks. However, did you say *was* earlier 3 weeks isn't enough time to get your CDL.

Juror Question: 1

Date and Time: 6/1/23 13:50

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY, <br><br> Defendant. | No. 21-cv-05411-DGE <br><br> JUROR QUESTION TO WITNESS |

Juror #: 2

Witness name: Elias Pena

Question:

If you were alone while not following policy of wearing a face mask, how did anyone know that occured?

Juror Question 2

Date and Time: 6-1-23 1:50

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

　　　　　　　　Plaintiffs,

v.

CLARK COUNTY,

　　　　　　　　Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # 3

Witness name: Peña

Question:

Did you have trouble w/ racial remarks and/or harassment @ ESCO? Do you know why your attorney would have alleged that?

What the "coaching" session about?

Juror Question 3                                Date and Time: 6/1 1:50

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror #: 7

Witness name: Elias Peña

Question:

You described a coaching meeting in your testimony. How many times since you've worked at Clark County have you received coaching?

Juror Question 4

Date and Time: 6/1/23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CLARK COUNTY,<br><br>　　　　　　Defendant. | No. 21-cv-05411-DGE<br><br>JUROR QUESTION TO WITNESS |

Juror # __4__

Witness name: MR PENA

Question:

AFTER YOU RECIEVED YOUR CDL DID YOU EVER FEEL LIKE YOU WERE DENIED ANY WORK.

Juror Question  5

Date and Time: 01 JUNE 23
1350 hrs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # ___4___

Witness name: MRS ACACES

Question:

HOW HAS THIS AFFECTED THE RELATIONSHIP WITH YOUR FILLEREN.

Juror Question

Date and Time: 01 JUN 23
1426 HRS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

Plaintiffs,

v.

CLARK COUNTY,

Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # 1

Witness name: ~~Rebecca~~ ~~B~~ Martha Alanis

Question:

What did you say you did when you worked for Clark county?

Juror Question 2                                  Date and Time: 6/1/23 14:20

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # 5

Witness name: Martha Alanis

Question:

Did Ray share his feelings about work and vent the days happenings to you on a regular basis? In other words did he open up to you regularly about the negative things happening at work?

Juror Question 3

Date and Time: 6/1/23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

                Plaintiffs,

v.

CLARK COUNTY,

                Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror #: 1

Witness name: Matt Griswold

Question:

You said you've had to talk to an employee a few times because he would have run ins with people, who was it? Andrubo

Juror Question: 1

Date and Time: 6/1/23 15:47

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

          Plaintiffs,

v.

CLARK COUNTY,

          Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror # __2__

Witness name: Matt Griswold

Question:

When was the last time Ray phoned you and what was the nature of the call?

Juror Question  2

Date and Time: 6-1-23  3:46

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

          Plaintiffs,

v.

CLARK COUNTY,

          Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror #: 3

Witness name: Griswold

Question:

Did the employees who vented to you say why they ~~were~~ weren't getting paid correctly?

Juror Question 3

Date and Time: 6/1 3:47

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIAS PENA, et al.,

        Plaintiffs,

v.

CLARK COUNTY,

        Defendant.

No. 21-cv-05411-DGE

JUROR QUESTION TO WITNESS

Juror #: 7

Witness name: matt Grisuold

Question:

You shared that you hope bad treatment wasn't happening and said maybe you 'buried your head in the sand'. what did you mean by that?

Juror Question: 4

Date and Time: 6/1/23