The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIAS PENA, ISAIAH HUTSON, and RAY ALANIS,<br><br>       Plaintiffs,<br><br> v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>       Defendant. | No. 3:21-cv-05411-DGE<br><br>VERDICT FORM – PLAINTIFF RAY ALANIS |

**QUESTION 1: Do you find Plaintiff Ray Alanis proved by a preponderance of the evidence that Defendant Clark County is liable for hostile work environment harassment of him on the basis of his race and/or national origin under Title VII?**

   \_\_\_\_ YES   \_\_\_\_ NO

After you answer Question 1, go on to Question 2.

**QUESTION 2: Do you find Plaintiff Ray Alanis proved by a preponderance of the evidence that Defendant Clark County is liable for hostile work environment harassment of him on the basis of his race and/or national origin under Washington's Law Against Discrimination?**

   \_\_\_\_ YES   \_\_\_\_ NO

VERDICT FORM – PLAINTIFF RAY ALANIS - 1
3:21-cv-05411-DGE

1135-00007/VERDICT FORM - Alanis

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

If you answered "yes" to Question 1 or 2, go on to Question 3. If you answered "no" to Question 1 and 2, please sign and return the verdict form.

**QUESTION 3: What amount of damages do you find Defendant Clark County's hostile environment harassment on the basis of race and/or national origin caused Ray Alanis?**          $_____

Please sign and return the verdict form.

Dated this __ day of June, 2023

_____
Presiding Juror

DATED:  June 14, 2023

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*_____
      Jayne L. Freeman, WSBA #24318
      Audrey M. Airut Murphy, WSBA #56833
*Special Deputy Prosecuting Attorneys for Defendant*

801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: jfreeman@kbmlawyers.com

VERDICT FORM – PLAINTIFF RAY ALANIS - 2
3:21-cv-05411-DGE

1135-00007/VERDICT FORM - Alanis

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Roger M. Townsend, WSBA #25525
Daniel F. Johnson, WSBA #27848
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Ave., Suite 3670
Seattle, WA  98104
Phone: 206-652-8660
Fax: 206-652-8290
Email:  rtownsend@bjtlegal.com
            djohnson@bjtlegal.com
            jmcclure@bjtlegal.com
            admin@bjtlegal.com
            aiarossi@bjtlegal.com

**Attorneys for Plaintiffs**

Luis L. Lozada (Pro Hac Vice)
NY Bar No. 5742945
Fernandez Nunez (Pro Hac Vice)
CA Bar No. 327390
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
Phone: 213-629-2512
Email:  llozada@maldef.org
            fnunez@maldef.org
            mcorona@MALDEF.org

**Attorneys for Plaintiffs**

Leticia Saucedo (Pro Hac Vice)
NY Bar No. 2953255
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
1512 Fourth Street
Sacramento, CA  95814
Phone: 702-324-6186
Email:  saucedo@maldef.org

**Attorneys for Attorney for Defendant Clark County**

Leslie Anne Lopez, WSBA # 46118
Chief Civil Deputy Prosecuting Attorney
CLARK COUNTY PROSECUTING ATTORNEY
PO Box 5000
Vancouver, WA 98666-5000
Phone: (564) 397-4755
Email:  Leslie.Lopez@clark.wa.gov
            nichole.carnes@clark.wa.gov

DATED:  June 14, 2023

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Email: jfreeman@kbmlawyers.com

VERDICT FORM – PLAINTIFF RAY ALANIS - 3
3:21-cv-05411-DGE
1135-00007/VERDICT FORM - Alanis

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423