UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ELIAS PENA, ISAIAH HUTSON, and RAY ALANIS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CLARK COUNTY, WASHINGTON,<br><br>　　　　　　　　　　Defendant. | No. 3:21-cv-05411-DGE<br><br>ORDER REQUIRING AMANDA LAWRENCE TO APPEAR AT TRIAL VIA ZOOM |

　　This Court hereby **ORDERS** Amanda Lawrence to appear at trial, via Zoom, at 9:00 am PDT / 12:00 pm EDT today, June 15, 2023, or thereafter between the hours of 12:00pm – 2:00pm EDT today, to complete cross-examination testimony by Plaintiffs counsel in this matter. pursuant to Fed. R. Civ. P. 45 and Dkt. 92.

　　A zoom link invitation has been sent to you be the court clerk separately.

DONE IN OPEN COURT THIS 15th day of June 2023.

　　　　　　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REQUIRING AMANDA LAWRENCE TO
APPEAR AT TRIAL VIA ZOOM - 1
3:21-cv-05411-DGE

1135-00007/proposed order regarding mande lawrence.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
    Audrey M. Airut Murphy, WSBA #56833
*Special Deputy Prosecuting Attorneys for Defendant*

ORDER REQUIRING AMANDA LAWRENCE TO APPEAR AT TRIAL VIA ZOOM - 2
3:21-cv-05411-DGE
1135-00007/proposed order regarding mande lawrence.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423