UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA,<br><br>    Plaintiffs,<br><br>v.<br><br>CLARK COUNTY,<br><br>    Defendant. | CASE NO. CV21-5411DGE<br><br>MINUTE ORDER |

NOW, on this 16th day of June 2023, the Court directs the Clerk to enter the following Minute Order:

It is the order of the Court that the Jury in the above captioned case be committed to the custody of a duly sworn bailiff on June 16, 2023. The Clerk of U.S. District Court is ordered to pay for the meals of said Jury at the expense of the United States Court.

The foregoing Minute Order entered by direction of the HONORABLE DAVID G. ESTUDILLO, United States District Judge.

DATED this 16th day of June, 2023.

/s/Gretchen Craft
Courtroom Deputy

ORDER -1