UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY, <br><br> Defendant. | No. 21-cv-05411-DGE <br><br> JURY QUESTION AND COURT'S RESPONSE |

Jury Question

NOTE FROM JURY: #1

Jury Instructions 16, 17, 18 have a 5 prong test where #1 must be "yes" to continue. Jury Instructions 22, 23, 24 have a 2 prong test where #1 must be "yes" to continue. Can we use either test? As long as we can answer "yes" to #1 on either test, but maybe not both? Can we use them exclusive of each other?

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Juror / Foreperson

RESPONSE:

I am unable to provide you with any further instructions about the law. The jury instructions contain the applicable law, and you are required to apply those instructions to the facts of this case.

_____
Judge

6/16/23