UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIAS PENA, ISAIAH HUTSON, RAY ALANIS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CLARK COUNTY,<br><br>　　　　　Defendant. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. 3:21-cv-05411-DGE |

**XX**　**JURY VERDICTS.**  This action came to consideration before the Court for a trial by jury.  The issues have been considered and a decision has been rendered.

\_\_　**DECIDED BY THE COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

The Jury found that Defendant Clark County is liable for hostile work environment harassment of Plaintiffs Elias Pena, Isaiah Hutson and Ray Alanis on the basis of their race and/or national origin under Washington's Law Against Discrimination.

Judgment is entered in favor of Plaintiff Elias Pena against Defendant Clark County for $200,000.  Judgment is entered in favor of Plaintiff Isaiah Hutson against Defendant Clark County for $200,000.  Judgment is entered in favor of Plaintiff Ray Alanis against Defendant Clark County for $200,000.

Dated this 21st day of June 2023.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　*Gretchen Craft*
　　　　　　　　　　　　　　　　　Gretchen Craft
　　　　　　　　　　　　　　　　　Deputy Clerk

Judgment on Jury Verdict